# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

SEMINOLE TRIBE OF FLORIDA,

    Plaintiff,

v.

CONSOLIDATED CASE
CASE NO.: 4:15-cv-516-RH/CAS

STATE OF FLORIDA,

    Defendant.

_____/

## DEFENDANT'S NOTICE OF FILING
## <u>DEPOSITION OF JIMMIE RAY KILBY</u>

The Defendant, STATE OF FLORIDA, by and through its undersigned attorneys, files the deposition transcript of Jimmie Ray Kilby, with Exhibits 1 through 21, taken on June 28, 2016.

1

Dated:  July 22, 2016

Respectfully submitted,

Jason Maine
Florida Bar No. 091833
General Counsel
Department of Business and Professional Regulation
2601 Blair Stone Road
Tallahassee, Florida 32399
Telephone: (850) 717-1241
Facsimile: (850) 922-1278
jason.maine@myfloridalicense.com

William N. Spicola
Florida Bar No. 0070732
General Counsel
Executive Office of the Governor
William.Spicola@eog.myflorida.com
*Counsel for Defendant*

*/s/ J. Carter Andersen*
J. Carter Andersen, Esq.
Florida Bar No. 0143626
candersen@bushross.com
Anne-Leigh Gaylord Moe, Esq.
Florida Bar No. 018409
amoe@bushross.com
BUSH ROSS, P.A.
1801 North Highland Avenue
P.O. Box 3913
Tampa, Florida  33601-3913
Telephone: (813) 224-9255
Fax: (813) 223-9620
*Local Counsel for Defendant*

*OF COUNSEL*:
Robert W. Stocker II, Esq.
MI Bar No.: P21040
DICKINSON WRIGHT PLLC
215 S. Washington Square - Suite 200
Lansing MI 48933
Telephone: (517) 487-4715
Facsimile: (517) 487-4700
rstocker@dickinsonwright.com

Dennis J. Whittlesey, Esq.
DC Bar No.: 053322
dwhittlesey@dickinsonwright.com
Patrick M. Sullivan, Esq.
DC Bar No.: 1018119
psullivan@dickinsonwright.com
DICKINSON WRIGHT PLLC
1825 Eye St, N.W. - Suite 900
Washington, D.C.  20006
Telephone: (202) 659-6928
Facsimile: (202) 659-1559
*Pro Hac Vice Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 22, 2016, the foregoing was filed electronically with the Clerk of the United States District Court for the Northern District of Florida using the CM/ECF system which will send a notice of electronical filing to the following parties:

| | |
|---|---|
| Barry Richard, Esquire<br>Greenberg Traurig, P.A.<br>101 East College Avenue<br>Tallahassee, FL  32301<br>Email: richardb@gtlaw.com;<br>trammellc@gtlaw.com<br>flservice@gtlaw.com | Joseph H. Webster, Esquire<br>Hobbs Straus Dean & Walker, LLP<br>2120 L Street, N.W., Suite 700<br>Washington, D.C.  20037<br>Email: jwebster@hobbsstraus.com |

*/s/ J. Carter Andersen*
Attorney