UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF FLORIDA

TALLAHASSEE DIVISION


SEMINOLE TRIBE OF FLORIDA,

      Plaintiff,         CONSOLIDATED CASE NO.:

                             4:15-CV-516-RH/CAS

vs.

STATE OF FLORIDA,

      Defendant.

_____/


DEPOSITION OF JIMMIE RAY KILBY

Taken at San Diego, California

June 28, 2016


Reported by Tatiana A. Kouprianova, CSR No. 11759

**Jimmie Ray Kilby - 6/28/2016**

```
 1                  I N D E X
 2  Deposition of JIMMIE RAY KILBY
    June 28, 2016
 3
 4  EXAMINATION                              PAGE
 5  BY MR. ANDERSEN                        5, 237
 6  BY MR. WEBSTER                            230
 7
               INDEX OF EXHIBITS
 8               (not attached)
 9  FOR DEFENDANT                          MARKED
10  1   Mr. Kilby's expert report            39
11  2   Seminole Tribe of Florida website    51
        printout
12
    3   Verified Complaint                   72
13
    4   25 USC Section 2703                  83
14
    5   25 CFR Section 502.4                 86
15
    6   National Indian Gaming Commission   101
16      Bulletin No. 95-1
17  7   Letter from Chairman of NIGC to     105
        Agua Caliente Band of Cahuilla Indians,
18      dated June 6, 1995
19  8   Florida Statute 849.086             132
20  9   GLI report dated October 12, 2011   147
21  10  GLI report dated March 1, 2011      147
22  11  Chapter 16D-14 of Florida Administrative 148
        Code
23
    12  Standard GLI-11                     157
24
    13  GLI report dated November 26, 2012  163
25
```

**Jimmie Ray Kilby - 6/28/2016**

1          INDEX OF EXHIBITS
                (continued)
2
    14  GLI report dated November 6, 2009        163
3
    15  GLI report dated November 13, 2012       166
4
    16  GLI report dated October 12, 2009        169
5
    17  GLI report dated April 15, 2009          169
6
    18  GLI report dated October 6, 2014         170
7
    19  GLI report dated August 22, 2014         170
8
    20  Seminole Hard Rock Hollywood website     176
9       printout
10  21  GLI report dated July 1, 2008            229
11
12
13
14
15
16
17
18
19
20
21
22
23
24  Witness signature page                       242
25  Reporter certificate page                    243

**SHELBURNE SHERR COURT REPORTERS, INC. (619) 234-9100**
**www.sscourtreporters.com**

3

Jimmie Ray Kilby - 6/28/2016

```
 1           On Tuesday, June 28, 2016, commencing at the
 2  hour of 9:13 a.m., at 207 Fifth Avenue, the Watchtower
 3  Meeting Room, in the City of San Diego, County of
 4  San Diego, State of California, before me, Tatiana A.
 5  Kouprianova, Certified Shorthand Reporter, in and for
 6  the State of California, personally appeared:
 7               JIMMIE RAY KILBY,
 8  called as a witness by the defendant, who, being by me
 9  first duly sworn, was thereupon examined and testified
10  in said cause.
11              A P P E A R A N C E S
12        FOR PLAINTIFF:
13            HOBBS, STRAUS, DEAN & WALKER, LLP
             BY:  JOSEPH H. WEBSTER, ESQ.
14            2120 "L" Street, N.W., Suite 700
             Washington, D.C., 20037
15            jwebster@hobbsstraus.com
16        FOR DEFENDANT:
17            BUSH ROSS, P.A.
             BY:  J. CARTER ANDERSEN, ESQ.
18            1801 North Highland Avenue
             Tampa, Florida  33602
19            (813) 224-9255
             candersen@bushross.com
20               - and -
             DICKINSON WRIGHT, PLLC
21            BY:  ROBERT W. STOCKER, II, ESQ.
             215 South Washington Square, Suite 200
22            Lansing, Michigan  48933
             (517) 487-4715
23            rstocker@dickinsonwright.com
24        ALSO PRESENT:  E. Jacobson
25
```

**Jimmie Ray Kilby - 6/28/2016**

```
 1  SAN DIEGO, CALIFORNIA; June 28, 2016; 9:13 A.M.

 2

 3                     JIMMIE RAY KILBY,

 4       having been sworn, testified as follows:

 5

 6                     EXAMINATION

 7  BY MR. ANDERSEN:

 8       Q.   Good morning, Mr. Kilby.  Could you please

 9  state your full name for the record.

10       A.   My legal is name Jimmie, J-i-m-m-i-e, Ray,

11  R-a-y, Kilby K-i-l-b-y.

12       Q.   And could you tell us your address.

13       A.   10249 Rayford, R-a-y-f-o-r-d, Drive,

14  Escondido, E-s-c-o-n-d-i-d-o, California, 92026.

15       Q.   And could you tell us -- is that your home

16  address?

17       A.   Yeah.

18       Q.   And is it also your business address?

19       A.   Yes.

20       Q.   And could you tell us what business you are

21  in?

22       A.   Well, I'm retired.  I do some consulting.  I'm

23  an author of these books I sell and stuff like that.

24       Q.   And what's the nature of your consulting

25  business?
```

**Jimmie Ray Kilby - 6/28/2016**

 1    A.   It's related to gaming, casino management.

 2    Q.   Okay.  And do you understand the matter that

 3   you are here for today?

 4    A.   Yes.

 5    Q.   What is your understanding of this matter?

 6    A.    It's a dispute between the tribe and the State

 7   of Florida over banked card games and electronic table

 8   games.

 9    Q.   Okay.  And were you retained to serve as an

10   expert witness on behalf of the Seminole Tribe of

11   Florida?

12    A.   Yes, sir.

13    Q.   And you have submitted an expert report for

14   use in the lawsuit?

15    A.   That's correct.

16    Q.   Okay.  And you understand that you are being

17   deposed today with respect to your opinions regarding

18   this case and your expert report?

19    A.   Correct.

20    Q.   And so have you ever provided sworn testimony

21   or been deposed before?

22    A.   Yes.

23    Q.   And how many times?

24    A.    I think you only have to go back four years,

25   but I would say maybe -- I really can't remember the

**Jimmie Ray Kilby - 6/28/2016**

1    dates.  In the last four years -- I believe it's in my
2    resume there -- I think was only -- I testified once,
3    and it wasn't a deposition.  It was at a -- I believe
4    it was called an administrative hearing in Singapore.
5    And prior to that, I believe I testified -- it's
6    outside of the four-year window -- in Nevada, for the
7    State of Nevada, in a sales tax thing.
8        Q.   And so in that administrative hearing in
9    Singapore, were you a fact witness, or were you
10   serving as an expert?
11       A.   I believe, an expert.
12       Q.   And who was your client?
13       A.   A gaming operator out of the Philippines.
14       Q.   Do you recall their name?
15       A.   No.  I do not.  I could get it, but -- no.
16       Q.   And what was the subject of that dispute?
17       A.   Well, it was a management contract between --
18   basically, the argument was that they had failed to
19   provide what they had promised to provide in the
20   management contract.
21       Q.   Between who?
22       A.   Between the owner of the casino and the
23   company that they contracted with to manage it.
24       Q.   And so am I right you've only given sworn
25   testimony once in the last four years?

Jimmie Ray Kilby - 6/28/2016

1      A.    Yeah.

2      Q.    How about before that?  How many times have

3  you given testimony as an expert witness?

4      A.    I would say half a dozen in the last, you

5  know, 20 years prior to that.

6      Q.    And how much of your professional time do you

7  spend serving as an expert witness?

8      A.    I don't do it professionally.  It's whenever

9  I'm called upon.  I do -- now I've been retained by

10  three companies over patent issues, gaming patents.

11  So I'm prepared to serve as an expert witness when

12  those issues come up, but I haven't been called yet.

13      Q.    And who are those three companies?

14      A.    Well, I didn't bring this stuff with me.  I

15  don't have it with me.  I can't tell you offhand.

16      Q.    What's the nature of the patents?  What part

17  of the industry are they in?

18      A.    It's gaming.  It's table -- one's table games;

19  one's slots, and it's just a dispute over the patent.

20      Q.    And it's a pending lawsuit?

21      A.    Yes.

22      Q.    In what state?

23      A.    I do not remember.

24      Q.    And do you recall who hired you to do that?

25      A.    I'd have to look at my notes.  I do not.

Jimmie Ray Kilby - 6/28/2016

```
 1      Q.   I mean, in this case, maybe you got a call
 2   from either somebody at the tribe or one of their
 3   lawyers, Joe Webster.  Do you remember who called
 4   about that case?
 5      A.   No, because I got a retainer about a year ago,
 6   and I'm just sitting on it.  They may just have wanted
 7   me to keep me from the other side having access to me,
 8   so -- as I remember, it was a law firm -- I may have
 9   the -- I may have the name of the attorney here, one
10   of them.  Let's see.  Maybe.  I know his name is Bob.
11   Does that help?  Bob Rowan, R-o-w-a-n, Nixon Band.
12   Does that ring a bell?  That's his e-mail.
13      Q.   Do you know what city he is in?
14      A.   (703).
15           MR. ANDERSEN:  Virginia?
16           MR. WEBSTER:  Sounds like it.
17   BY MR. ANDERSEN:
18      Q.   Okay.  So are you familiar with kind of the
19   rules of depositions in terms of making sure that the
20   court reporter's able to transcribe everything that
21   you and I both say, so I would ask that you answer
22   with words as opposed to gestures or shaking your
23   head?
24      A.   I understand that.
25      Q.   And if you need a break, I'd ask for you to
```

Jimmie Ray Kilby - 6/28/2016

```
 1   just ask for a break at any time.
 2       A.   Will do.
 3       Q.   And if you don't understand one of my
 4   questions, will you just ask me to rephrase it?
 5       A.   Yes, sir.
 6       Q.   And I'm going to -- if you don't tell me you
 7   don't understand the question, I'm going to assume
 8   that you understand.
 9       A.   I understand.
10       Q.   And Mr. Webster, the lawyer for the Seminole
11   Tribe of Florida, might be making objections on the
12   record.  Unless he instructs you not to answer a
13   question, after he makes objections, you still answer
14   the question.
15       A.   Okay.
16       Q.   Do you have any questions about the rules of
17   the deposition?
18       A.   None at this moment.
19       Q.   Okay.  And the court reporter would strongly
20   prefer that you and I not talk over each other, so
21   you've got to let me finish my questions and I'll try
22   to let you finish your answers.
23       A.   I'm trying to do that.
24       Q.   Okay.  Great.  Can you just give me your
25   educational background, beginning with college?
```

Jimmie Ray Kilby - 6/28/2016

1    A.   Well, I -- in 1967, I went to the University
2    of Oklahoma on a football scholarship.  I was there
3    for a year.  Then I transferred to the University of
4    Tampa on a football scholarship.  And between my
5    sophomore and junior year, I went to Las Vegas in the
6    summer and fell in love with Las Vegas, so --
7         And I got involved in the gambling business.
8    I was actually a dealer, and I worked up to a position
9    of -- I worked at the Golden Gate, Silver Slipper,
10   Stardust, Las Vegas Hilton, the International before
11   it was called the Hilton.  I was an inspector in the
12   Bahamas back in the early '70s.
13        In 1976 I went back to college, University of
14   Oklahoma.  I graduated in 1980 with a degree in
15   finance, and that is it.
16   Q.   And so after you graduated with your finance
17   degree from University of Oklahoma in 1980, have you
18   had any further formal education or earned any further
19   degrees?
20   A.   No.  No further degrees.  I have -- I was
21   accepted in the master's program at UNLV while I was
22   an instructor there, but they had a deal where they
23   were -- you could not get a cross-campus degree.  So I
24   have about -- I don't know -- I don't remember how
25   many credits within the master's program, but they had

**Jimmie Ray Kilby - 6/28/2016**

1  a problem with faculty trying to get an advanced

2  degree at the school.  Now that's changed, but at the

3  time, you couldn't do it.

4      Q.   And what field of study was that master's

5  program?

6      A.   It was business, BBA -- or MBA.

7      Q.   And so how about any other education or

8  training or certifications or licenses that you have

9  achieved since 1980?  Are there any?

10     A.   Well, at one time, I had a Series 63, I

11  believe, and a Series -- but that's expired, but I did

12  have that at one time.

13     Q.   Do you remember approximately when that

14  occurred?

15     A.   I would say probably -- probably '09, 2009.

16     Q.   Do you recall where you were living?

17     A.   Escondido.

18     Q.   Why did you obtain that license?

19     A.   I enjoy learning stuff, and I -- you know, I

20  had a friend that was credentialed.  You have to be

21  sponsored, as I remember.  And so I just -- I have --

22  I got a Series 6, 63.  I have a real estate license.

23  I just learned stuff, you know, so -- I haven't used

24  any of them.

25     Q.   Okay.  And then -- so you attached your resume

1   to your report, and the first job on there is July of

2   1990, with the Crown Plaza, San Juan, Puerto Rico.

3       A.   That's correct.

4       Q.   Can you fill me in on the 10 years prior to

5   that, between graduation in 1980 and then July of

6   1990?

7       A.   Yes.  I graduated in 1980 University of

8   Oklahoma.  At the time -- and I was living in

9   Oklahoma.  And at the time, the oil industry was

10  booming.  And I accepted a position as a landman with

11  Hunt Energy.  I was interviewed by Bunker and

12  Herbert Hunt, and I accepted the job.  I became in

13  charge of their -- their landman team.  I had about

14  probably six landmen that worked for me, and I

15  supervised all six of them.

16          And in '83 -- no.  In -- yeah.  '83.  I don't

17  know if you remember.  You are probably not old

18  enough.  This gentleman (indicating) might be, not

19  that you look older, but --

20          The Penn Square Bank -- there was a bank in

21  Oklahoma that failed.  They really put the oil

22  industry in dire straits.  And my love has always been

23  the gaming industry, and it was an opportunity for me

24  to go back into gaming.

25          So I accepted a position at the Tropicana in

Jimmie Ray Kilby - 6/28/2016

1    1983 as a floorman.  And I had positions from floorman
2    to assistant vice president of casino operations.  And
3    in '86, I thought it would add to my resume to be a --
4    I actually took a course at UNLV on casino operations.
5    And it was absolutely worthless.  Absolutely
6    worthless.  The guy taught stuff that no one should
7    ever teach.
8         So after I took the course, I went to the
9    dean.  I didn't rat the guy out, but the guy that
10   taught the course didn't even have a college diploma.
11   I'm not sure he had a high school.  I just -- at the
12   time, I'd written an article.  I was published.  I'd
13   written an article for -- I forget -- Gaming and
14   Wagering Magazine, early.  If you go back to 1983 and
15   '84 and '85, a casino executive -- to have anything in
16   print was unusual.
17        As a matter of fact, I have to tell you a
18   quick story.  When I was at Tropicana, one of my jobs
19   there was to put together a job compendium of all the
20   personnel we had in casino operations.  And it was
21   important, they told me, that all the people in the
22   positions -- that they have enough educational
23   requirements for that position.  And you would not
24   believe -- the people that were making, you know, 80-,
25   $90,000-a-year salaries, I would put down, "High

 1   school diploma or equivalent."

 2          So, anyway, back in that era, there wasn't a

 3   lot of educated people.  So I went to the dean of the

 4   college, and I said, "If" -- I gave him my resume, and

 5   I said, "If a position ever becomes available as a

 6   P-99 or an adjunct, I would love an opportunity to do

 7   it."  Well, between then and the next semester, he

 8   calls me up, and he wanted to audition me, basically.

 9   So I taught one semester as an adjunct, a P-99.

10          And after that semester, Sam and Mary Boyd --

11   you may have heard of the Boyd family in Las Vegas.

12   They own Sam's Town and several casinos.  They gave

13   the university $1 million to endow the Sam and

14   Mary Boyd chair of gaming.  And they had a search.  I

15   was probably the only one with a college degree that

16   was involved in that search.  But, anyway, there was,

17   like, 30 applicants, and lo and behold, I was the one

18   that was selected.  And I left the Tropicana to accept

19   this position.

20      Q.   What year was that?

21      A.   '86.  And as far as gaming, I left -- you

22   know, I'd only planned to do it a short time, you

23   know, to look impressive on my resume:  "I taught

24   casino management."  At the time, it was the only

25   full-time gaming profession in the country.  Now we

Jimmie Ray Kilby - 6/28/2016

```
 1    have over a hundred schools that teach casino
 2    operations, so --
 3            But I've left three times to go back to the
 4    industry.  I liked teaching.  I accepted a position
 5    in, '88, at the Dunes.  I was assistant casino
 6    manager.  And in '90, for 18 months, I went down to
 7    Puerto Rico to prepare a casino for opening in
 8    Isla Verde.  It's in the San Juan area.  And then --
 9    and these are all leaves of absences.  And then I came
10    back to UNLV and taught.  And then in 2000, another
11    leave of absence.  I was a vice president of
12    international marketing at the Rio, and I think that's
13    it.
14        Q.   So how long were you the Boyd professor of
15    gaming at the University of Nevada, Las Vegas?
16        A.   How many years?
17        Q.   Yes.
18        A.   21.
19        Q.   Starting in about --
20        A.   '86.
21        Q.   And going until 2007?
22        A.   Yeah.
23        Q.   And so these jobs that you had during that
24    time were during leaves of absences from your
25    professorial post?
```

Jimmie Ray Kilby - 6/28/2016

1      A.   Yes.  Simply because when you teach gaming,
2   there's going to be -- certainly in Las Vegas,
3   30 percent of my class were people from the industry.
4   If you try to teach something you don't know anything
5   about, that you just read about, you lose all
6   credibility.  And the people in the class knew that I
7   had done it, that I had experience in it, and,
8   consequently, I had credibility.  And I was always
9   eager to go back to the industry and find out what was
10  going on, so I didn't want to teach strictly from an
11  academic position.
12     Q.   And you've referenced, I think, in year 2000,
13  you became the vice president of international
14  marketing for the Rio Hotel & Casino.  Where is that
15  located?
16     A.   Las Vegas.
17     Q.   And why did you leave the Rio after one year?
18     A.   Leave of absence.
19     Q.   So you were not teaching during that year?
20     A.   No.
21     Q.   And then you came back to teaching?
22     A.   None of the leaves of absences did I teach.
23  They were leaves of absences, you know, from teaching.
24     Q.   Okay.  And then, in August or September of
25  2007, you -- did you resign your post at the UNLV?

Jimmie Ray Kilby - 6/28/2016

1      A.   Yeah.  Retired.

2      Q.   Retired?

3      A.   Uh-huh.

4      Q.   And have you been back there since, as a

5   teacher or professor?

6      A.   No.

7      Q.   And then your first job after that retirement

8   from academia was with the Chickasaw Nation in

9   Oklahoma; is that right?

10      A.   Yes, sir.

11      Q.   And it looks like you were there for about six

12   months, from September of '07 to February of '08?

13      A.   That's correct.

14      Q.   And did you plan for that to be just a

15   six-month stint, or did that not turn out to be what

16   you expected?

17      A.    It was not what I expected.  I was raised in

18   Oklahoma, and it kind of looked nice to go back to

19   Oklahoma.  Have you ever been to Oklahoma?  It's about

20   as big as this room, Ada, Oklahoma.  Anyway, I just

21   didn't -- I'll only go back to Oklahoma one more time,

22   for my 50th high school reunion next year and then if

23   I have to go back for a funeral.  I've got nothing in

24   common with Oklahoma.

25      Q.    All right.  And so what were the terms of your

1   departure from the Chickasaw Nation?

2        A.   What do you mean, "terms"?

3        Q.   Did you resign?  Did they pay out your

4   contract?  What?

5        A.   Well, I didn't have a contract.  I'll tell you

6   what happened.  I had a talk with my supervisor, and I

7   told him, I said, "This was a mistake, me coming

8   here."  I told him, I said, "This" -- you know, "This

9   is not" -- we had actually taken a seminar on -- you

10  are supposed to be -- meet with your supervisor

11  afterwards.  And he's asked me stuff, and you are

12  supposed to say you have your dream job.  That's what

13  they were getting to.  And I said, "Look, this is not

14  my dream job."  I basically told him I was extremely

15  unhappy.  And a couple of days later, he's got a check

16  waiting for me.  So you could call it -- I don't know.

17  I told him it just wasn't right for me, but I didn't

18  officially resign.

19       Q.   Did they send you a termination letter --

20       A.   No.

21       Q.   -- together with that check?

22       A.   No.  It was actually a bonus for the last

23  quarter or something like that.

24       Q.   And then, since then, since February of '08,

25  you've been a consultant to the gaming industry?

Jimmie Ray Kilby - 6/28/2016

1    A.   And during those years.  I've done consulting
2  since 1986.
3    Q.   And do you have a company that you operate the
4  consulting business out of?
5    A.   No.
6    Q.   Okay.  What is Okie International?
7    A.   Well, that's a corporation I have, but
8  everything's ran (sic) through Jim Kilby.
9    Q.   Individually?
10   A.   Yes.
11   Q.   And what does Okie International do?
12   A.   Well, I have two books that are sold, and it's
13 the publisher, Okie International.
14   Q.   What are those two books?
15   A.   Introduction to Casino Management and
16 Principles of Casino Marketing.
17   Q.   Have you written any other books?
18   A.   Yes.  Casino -- let's see.  Casino Operations.
19 It was the first one done in, I believe 1995, Casino
20 Operations.
21   Q.   Any others?
22   A.   No.
23   Q.   And have you published any articles or books
24 that are not listed on your resume that you attached
25 to your report?

Jimmie Ray Kilby - 6/28/2016

1      A.   I do not.  I believe you have everything.
2   Next semester -- you haven't asked this, but next
3   semester, I'm scheduled to teach a course at San Diego
4   State.
5      Q.   What course is that?
6      A.   Tribal casino management.
7      Q.   Have you ever been retained by the Seminole
8   Tribe of Florida before this matter?
9      A.   No.
10     Q.   Have you ever been retained by any tribe to
11  serve as an expert --
12     A.   No.
13     Q.   -- before this matter?
14     A.   No.
15     Q.   Have you been retained by any tribe to serve
16  as a consultant in any fashion before this matter?
17     A.   I've done seminars for Foxwoods.  They've
18  asked me to come in and -- you know, development
19  stuff.  I believe Foxwood's listed as one of my -- let
20  me look at my resume and I'll tell you, because I
21  didn't list all of my --
22     Q.   I think this (indicating) is your expert
23  report, with all the exhibits or references, but the
24  resume is in the front.
25     A.   I guess not.  The only tribe that I've done

Jimmie Ray Kilby - 6/28/2016

1   anything for would be Foxwoods.

2       Q.    Where is Foxwoods?

3       A.    Connecticut.  Ledyard, Connecticut.

4       Q.    How long ago was that?

5       A.    20 years.

6       Q.    What did you do for them?

7       A.    They had me do a series of management training

8   seminars.

9       Q.    And so what is the course that you are going

10  to teach, again?

11      A.    I believe it's called tribal casino

12  management.

13      Q.    And have you put together a syllabus for the

14  course?

15      A.    No, but I will.  Last semester, it was

16  scheduled and it didn't make.  In other words, there

17  wasn't enough students.  So as a result, I went to

18  the -- I actually made a pitch.  The lady that had

19  taught this course before me has no gaming experience,

20  and as I told you, the audience knows that they are

21  not really getting their dime's worth, and there was

22  really no interest in the course.  So they asked me to

23  teach it.  Students didn't know who I am, and it

24  didn't make.  So what I did last semester, I went down

25  and talked to a group of students.  I said, "Look,

Jimmie Ray Kilby - 6/28/2016

1   here's what you are going to get from me.  We are
2   going to talk about how casinos operate, how the
3   sportsbooks operate, how lines are made, Indian
4   regulatory control, Nevada gaming control,"
5   everything.  But I haven't put the syllabus together
6   until I know all the classmates.
7        Q.   And are you an expert on all of those things
8   that you just mentioned?
9        A.   I would say yes.
10       Q.   So what do you do with the sportsbooks area?
11       A.   Well, I explain to the students how lines are
12  made, the difference between the point spread and the
13  moneyline, how much earn is in the moneyline, how
14  6-to-5 probable odds turns into a moneyline, where
15  those 6-to-5 probable odds came from, why the line
16  moves; as far as risks goes, when do we alter that
17  line, when do we change it; magic numbers, the whole
18  megillah.
19       Q.   And what's your experience in that industry?
20       A.   Studied it.  I've studied it.
21       Q.   Do you gamble?
22       A.   Yes, I do:  the lottery.
23       Q.   Anything other than the lottery?
24       A.   Yes.  Whenever I'm in a casino, the two or
25  three times a year, I'll blow $40 in Megabucks.

Jimmie Ray Kilby - 6/28/2016

1    That's it, $40.  I haven't hit it yet, nor the
2    lottery.  How many times do you got to play that to
3    hit that lottery?
4        Q.   So do you bet on sports?
5        A.   No.  I take that back.  Who doesn't bet on
6    sports?  Occasionally, I'll bet -- for instance, if I
7    were in Vegas and -- what I usually do, come
8    Super Bowl, I'll bet the dog on the moneyline.  If
9    University of Oklahoma is playing in a championship
10   game, I'll bet Oklahoma on the moneyline.  So I won't
11   take the points.  I only bet the moneyline.
12       Q.   So when were you retained to serve as the
13   Seminole Tribe's expert in this case?
14       A.   When?  Six months ago.
15       Q.   Was it in the year 2016, or was it before the
16   end of the year?
17       A.   Well, we are in '16 now.
18       Q.   Yes.
19       A.   So I'll say '15.
20       Q.   It was in 2015?
21       A.   I believe.  Yes.
22       Q.   And how were you contacted?
23       A.   I got a phone call from Mr. Webster, as I
24   remember.
25       Q.   Had you ever worked with him before?

Jimmie Ray Kilby - 6/28/2016

```
 1        A.    The -- no.  I had been contacted before by
 2   Mr. Allen.  I do seminars.  I've done them for a long,
 3   long time.  And I always tell all the people that are
 4   there, "With my seminars, you get a lifetime
 5   guarantee.  If I can provide any help to you, I will."
 6   And I get calls all the time from tribes, that I don't
 7   charge for.  A lot of just simple stuff, very, very
 8   simple stuff, and I'm not going to charge them for it.
 9             And Mr. Allen -- I believe he called me one
10   time to talk about the rolling program in Asia.  So he
11   was familiar with me.
12        Q.    What's the rolling program in Asia?
13        A.    All right.  That is the marketing tool of
14   choice to attract premium baccarat players, basically.
15   A kind of an overview of how the thing works.  With
16   slot machines, we know the total amount wagered.  We
17   know the casino advantage.  Consequently, if we know
18   that a slot machine with a 5 percent advantage, every
19   time you put $1.00 in it, we know that we
20   theoretically win $0.05.  And we can give you back
21   part of that $0.05.  We may give you a penny back of
22   that $0.05, and we still retain $0.04.
23             Well, the rolling program is basically a slot
24   program.  It's basically a slot program.  You see,
25   with rolling, the players get these chips,
```

Jimmie Ray Kilby - 6/28/2016

1    non-negotiable chips.  They can only be wagered.  They
2    cannot be redeemed for cash.  Whenever they win a bet,
3    they are paid with negotiable chips.  And when we
4    enter into agreements with players, we say that we
5    will give you, for instance, 1 percent of the total
6    amount that you roll, which would be these negotiable
7    chips that are lost -- non-negotiable chips that are
8    lost.  We track that.  And we'll give you, say,
9    1 percent.
10          Well, we know each one of those chips lost, on
11   average, we wager about 2.25 times.  We know that,
12   because, you know, you are going to win -- if you bet
13   the player side, you are going to lose whenever the
14   bank wins -- let's see -- roughly, just over
15   50 percent of the time, you are going to lose.  So the
16   chip is going to last about 2.25 hands, and we are
17   going to earn the casino advantage for those.
18          So to make a long story short, we know that
19   each one of those chips lost will generate about
20   2.7 percent of win for the casino.  So if we are going
21   to give you back 1 percent, we are giving you back 1
22   percent of the 2.7 percent that we win from those
23   rolling chips.
24          So, anyway, did you understand that?
25      Q.   I followed it.  Yes.  Thank you.

Jimmie Ray Kilby - 6/28/2016

1    A.   If we had a blackboard, you'd be able to
2    understand it.
3    Q.   So have you met with Jim Allen with respect to
4    this case?
5    A.   I don't believe so.  I met him.  I went down
6    to meet Mr. Webster and Mr. Allen was there, but I --
7    I don't believe -- I just think he was leaving as I
8    was coming, as I remember.
9    Q.   When was that?
10   A.   I'm thinking in '15, toward the end of '15,
11   2015.
12   Q.   When did you first prepare any opinions
13   related to this case?
14   A.   The written report?
15   Q.   Yes.
16   A.   Toward the end of January.
17   Q.   When you met with those gentlemen in 2015, did
18   you share any of your opinions with them?
19   A.   I don't believe so.
20   Q.   Did you discuss this case?
21   A.   Yes.
22   Q.   What did you discuss?
23   A.   As I remember, just an outline of the issues,
24   an overview of the issues.  The meeting didn't last
25   30 minutes.

Jimmie Ray Kilby - 6/28/2016

1    Q.   The meeting with Mr. Allen or the meeting with
2    Mr. Webster didn't last 20 minutes?
3    A.   We were all together.  Mr. Allen was there for
4    a few minutes, then Mr. Webster, and Barry Richard was
5    there, so, really, the three of us talked.  I think it
6    was more or less for them to feel me out.  There
7    really wasn't much substance in the meeting.  They
8    wanted to know what -- I think, if I looked
9    legitimate.
10   Q.   How many days did you spend in Florida during
11   that time?
12   A.   I think two, because I visited several of the
13   casinos down there, or the racinos and cardrooms.
14   Q.   Who accompanied you on those visits to those
15   cardrooms?
16   A.   No one.
17   Q.   You went by yourself?
18   A.   Yes.
19   Q.   Do you recall the dates of those visits?
20   A.   No.
21   Q.   Do you know if it was before the end of 2015?
22   A.   Yes.
23   Q.   Have you been on any other trips to Florida
24   for the purpose of visiting cardrooms or casinos?
25   A.   Yes.

Jimmie Ray Kilby - 6/28/2016

1      Q.   When did you go back?

2      A.   I believe this was in January of '16.

3      Q.   What did you do in January of '16?

4      A.   I believe I flew into Tampa, and I drove about

5   1,500 miles over a three-day period.  I went to

6   casinos in Ebro, Naples, Jacksonville.  I believe that

7   was it.

8      Q.   Just those three cities?

9      A.   Well, as I remember.  I'd have to -- I'll tell

10   you.  "Venues visited."  All right.  Okay.

11   Jacksonville Kennel Club, Ebro, Naples.  Okay.  That's

12   in Florida.  Yeah.  That trip, I went to three:

13   Jacksonville -- Jackson Kennel Club, Ebro, and Naples.

14      Q.   So that was January of 2016?

15      A.   Correct.

16      Q.   You are referring to page 5 of your report?

17      A.   Yes, sir.

18      Q.   So those are trips "f," "g," and "h"?

19      A.   Yes.

20      Q.   And then, which of those venues visited listed

21   there did you go to in 2015?

22      A.   As I remember, "a," "b," "c," "d," and "e."

23      Q.   And those were all in that one trip where you

24   were down there for two days?

25      A.   Yes.

Jimmie Ray Kilby - 6/28/2016

1    Q.   Have you ever been to the Seminole Hard Rock
2    casino in Tampa, Florida?
3    A.   No.
4    Q.   Okay.  And then, have you ever been to any
5    other cardrooms or casinos in Florida?
6    A.   No.
7    Q.   And then, tell me why you list the Idaho and
8    Nevada casinos here -- or venues here.
9    A.   Well, the Couer D'Alene has the same game that
10   was at Magic City Casino.
11   Q.   What game is that?
12   A.   What's it called?  DigiDeal, I believe.  And I
13   wanted to see that game in operation.
14   Q.   Did you see that game in operation at the
15   Magic City Casino in Miami?
16   A.   No.
17   Q.   Did you see it at the Couer D'Alene in Idaho?
18   A.   Yes.
19   Q.   Did you play that game?
20   A.   No.
21   Q.   What did you do?
22   A.   I talked to the dealer, observed the players,
23   asked her how it worked.
24   Q.   What else?
25   A.   That was it.

Jimmie Ray Kilby - 6/28/2016

1    Q.   Do you think she knew how the machine worked?

2    A.   The dealer?

3    Q.   Yes.

4    A.   Yeah.  I believe so.

5    Q.   What did she tell you?

6    A.   Well, I asked her, "How do I buy in?"  She

7    says, "You give me money," and then they will give me

8    credits for it.  "How do I cash out?"  "It's ticket

9    out."  So it spits out a little ticket that you can

10   take to the cage.

11   Q.   What else did she say to you?

12   A.   That was all I asked, and that's all she

13   answered.

14   Q.   How long did you observe that machine in play?

15   A.   Probably -- they had some other games there.

16   I believe it might have been Scientific Games, but

17   they had another game there.  I just -- probably

18   30 minutes.

19   Q.   Did you also observe other games, other than

20   the DigiDeal?

21   A.   At that casino?

22   Q.   Yes.

23   A.   Yes.  Yes.

24   Q.   What else did you observe?

25   A.   Well, they had another game.  It might have

Jimmie Ray Kilby - 6/28/2016

1  been Scientific Games.  I'd have to look at my notes.
2  But another game where they had a simulated dealer and
3  they had, you know, five or six betting spots.  They
4  had one DigiDeal game.  No.  I believe they had two
5  DigiDeal games.  One was open, and one was closed, as
6  I remember.
7      Q.   What do you mean?
8      A.   One, the dealer was there, and one, the dealer
9  wasn't there and you couldn't play, as I remember.
10     Q.   And the other games, that you believe were
11  Scientific Games, what did you observe about those
12  games?
13     A.   Well, I just went to Scientific Games in
14  Las Vegas to look at their showroom, to see the games
15  they had as far as the electronic table games.
16     Q.   And what is Scientific Games?
17     A.   Slot machine manufacturer in Las Vegas.  And
18  they make electronic table games, as well.
19     Q.   Did the Scientific Games that you observed in
20  Idaho or that you saw at the company in Las Vegas
21  include the ShuffleMaster games?
22     A.   I believe Scientific Games owns ShuffleMaster.
23     Q.   So did it include the ShuffleMaster games?
24     A.   Yes.
25     Q.   Do you know what game?

1      A.   Well, I looked at the blackjack version.  They

2  have a showroom there, and I just wanted to see what

3  they had, the technology they had.

4      Q.   So when you refer to the showroom, you are

5  talking about the company's location in Las Vegas?

6      A.   That's correct.

7      Q.   And did I also understand you to say that you

8  saw the ShuffleMaster blackjack on the floor of the

9  Couer D'Alene casino in Idaho?

10     A.   They had an electronic game there, a table

11 game, other than the DigiDeal, and I really don't

12 remember -- you have about three manufacturers, maybe

13 more.  It could have been ShuffleMaster.  I believe

14 Bally's has a version.  I think there's one called --

15 I've got notes of what the different ones they had.  I

16 don't remember.

17     Q.   Different ones they had at the Couer D'Alene

18 casino in Idaho or the different ones they had at

19 Scientific Games in Las Vegas?

20     A.   Okay.  At Couer D'Alene, they had, as I

21 remember, two DigiDeal games.  And as I remember, they

22 had two simulated-dealer electronic table games, as

23 well.  I believe they were ShuffleMaster, I believe.

24     Q.   Okay.  Did you obtain any documents from the

25 casino in Idaho regarding the DigiDeal or the other

1   machines that you observed that told the

2   specifications for those machines or anything else

3   about the machines?

4         A.   What do you mean, "specifications"?

5         Q.   Things like user manual or anything that just

6   identified what the machine was that you looked at.

7         A.   No, but, you know, I may have taken a picture

8   of it.  It may be on my cell phone.  I think I took

9   pictures in there while I was there.  Do you want to

10  see the pictures?

11        Q.   Well, maybe you could e-mail those pictures to

12  Mr. Webster, and he could e-mail them to me.

13        A.   I'm not sure, but I believe I took some

14  pictures.

15        Q.   Okay.  Did you produce your notes?  Are those

16  part of the production you made with your report in

17  this case?

18        A.   No.  I just took pictures.  I didn't know I

19  was supposed to.

20        Q.   But do you have those notes, still, that you

21  made during that trip?

22        A.   I don't remember.  I may have just -- I could

23  investigate.  I don't remember.

24        Q.   Okay.  Did you make notes in the 2015 and the

25  2016 trips to Florida where you visited the sites that

**Jimmie Ray Kilby - 6/28/2016**

1   are listed, "a" through "h"?

2        A.   I wrote down how many poker games they had.

3   Yes.  I have notes.

4        Q.   And do you still have those notes?

5        A.   Yes.  I do.

6        Q.   For all of those 2015 and 2016 trips to

7   Florida?

8        A.   Yes.

9        Q.   Okay.  Do you know if the DigiDeal machine

10   that you observed in Idaho was identical to the

11   DigiDeal machine at Magic City?

12        A.   According to DigiDeal -- I called DigiDeal up,

13   and I said, "Where do you have the same game that they

14   had in Magic City?"  And they told me the Couer

15   D'Alene casino.

16        Q.   Do you have any knowledge of the optional

17   settings in the DigiDeal machine that you observed in

18   Idaho?

19        A.   What do you mean by "optional settings"?

20        Q.   How the machine is set up to play.

21        A.   You mean the rules of the game?  Is that what

22   you mean?

23        Q.   Well, that and other options.

24        A.   You have to give me an example of another

25   option.

Jimmie Ray Kilby - 6/28/2016

1    Q.   We'll start with the rules of the game.  Do
2  you know what rules of the game are optional settings
3  within the DigiDeal machine?
4    A.   I do not know from DigiDeal, but I can -- I
5  can tell you what they would be.  They would be the
6  same thing we would offer in the casino.  The casino
7  would be able to hit or stand on soft 17.  I noticed
8  that in DigiDeal, they had a side bet, which you also
9  find on the physical table games.  It's called Buster
10  Blackjack, where you bet that the dealer is going to
11  bust an X number of cards.
12       Electronic table games gives us a flexibility
13  to do anything.  We can change the number of decks on
14  the fly.  It's a computer.  And I'm sure Mr. Jacobson
15  will tell you.  It's a computer.  We can do anything
16  with a computer.
17    Q.   What I'm asking you is, what familiarity do
18  you have with the DigiDeal game and what all those
19  options are?
20    A.   None.  That would be done by management and,
21  obviously, somebody that's there, a customer.  They
22  wouldn't -- they wouldn't inform me of --
23    Q.   Did you ask any questions to anybody other
24  than that one dealer who you spoke with?
25    A.   No.

**Jimmie Ray Kilby - 6/28/2016**

1    Q.   And you told me that one question you asked
2  her and her answer, but just to be sure, did you ask
3  her any questions about the settings or the setup of
4  the machine with respect to the options that the
5  DigiDeal machine offers?
6    A.   I'm not sure what you are talking about.
7  Whenever we sit down to the game, they have rules,
8  rules of play, like hit or stand on soft 17.  I'm sure
9  you can figure the number of decks.  I'm sure you can
10  do all of that stuff.  She wouldn't know anything
11  about that stuff, other than what the game had been
12  configured.
13    Q.   And when you were there in Idaho, was there
14  any way for you to know any of that stuff?
15    A.   I don't think you and I are on the same page
16  here.  As an observer, I would not know anything
17  about -- they present the settings to you.  That's the
18  rules of the game.
19    Q.   Okay.  Did you look at the rules of the game?
20    A.   Yes.
21    Q.   How was it presented?
22    A.   There's a little -- as I remember, there's
23  something on the table that said that the house will
24  stand on soft 17, that had a little -- presented a
25  little card there that said that you could bet the

Jimmie Ray Kilby - 6/28/2016

1    Buster Blackjack, it was a side bet; that you could
2    re-split aces, as I remember.  I actually wrote the
3    rules down.  I believe you could double after split.
4    But these are all configurable.
5        Q.   And when you say you actually wrote the rules
6    down, you wrote them in your notes from that trip?
7        A.   Yeah.
8        Q.   And those are the notes that you are going to
9    try to go back and find?
10       A.   Yeah.
11       Q.   And just like you offered to send pictures to
12   Mr. Webster, could you send those notes to Mr. Webster
13   and have him send them to me?
14       A.   Okay.  I'll do it.  I'll do it.
15       Q.   And same with the notes from the 2015 and 2016
16   visits to all the Florida facilities.
17       A.   Okay.  Done.
18       Q.   Did you also make notes at Scientific Games in
19   Las Vegas, Nevada?
20       A.   I do not remember.
21       Q.   If you have any notes from that, will you send
22   those to Mr. Webster and have him send them to me?
23       A.   Yes.
24           MR. ANDERSEN:  Why don't we go ahead and just
25   mark what's in front of Tab 1 in your binder that's in

Jimmie Ray Kilby - 6/28/2016

```
 1   front of you as Exhibit 1 to this deposition.
 2           MR. WEBSTER:  Just to clarify, you are
 3   referring to the report itself and not to the
 4   exhibits?
 5           MR. ANDERSEN:  I'm actually referring to the
 6   report itself, with the four appendices, which
 7   includes Mr. Kilby's resume; Appendix B, which is a
 8   "Designated Player Information Request"; Appendix C,
 9   which is entitled, "History of Blackjack"; and
10   Appendix D, which is entitled, "Electronic Blackjack,"
11   and then it stops there.  That would be Exhibit 1.
12           (Exhibit 1 was marked.)
13   BY MR. ANDERSEN:
14       Q.   How are you being paid for your work in this
15   case?
16       A.   The charge?
17       Q.   Yes.
18       A.   I think it's $300 an hour.
19       Q.   And when was the last time you sent an invoice
20   for your work in this case?
21       A.   February, I think.
22       Q.   February of 2016?
23       A.   Yes.
24       Q.   And how many invoices have you sent for your
25   work in this case?
```

Jimmie Ray Kilby - 6/28/2016

```
 1        A.    Two or three.
 2        Q.    And what are the total dollars that you've
 3   been paid for your work in this case?
 4        A.    I'm thinking -- I'm thinking $40,000.  I'm not
 5   exact.
 6        Q.    And how much time have you spent prior to
 7   issuing the report that we just marked as Exhibit 1 on
 8   this case?  How much time have you spent?
 9        A.    Let's call it 100 hours, I guess.  My trip to
10   Florida, I drove 1,500 miles, so, I mean, that's one
11   trip.
12        Q.    And how many meetings have you had with
13   employees or officers of the Seminole Tribe of Florida
14   regarding this case?
15        A.    None.
16        Q.    How many meetings have you had with attorneys
17   for the Seminole Tribe of Florida regarding this case?
18        A.    I believe just one, the trip in late '15.
19        Q.    The very first meeting?
20        A.    Yes.
21        Q.    Is today the second time you've met
22   Mr. Webster in person?
23        A.    Actually, it'd be the third.
24        Q.    When was the other?
25        A.    We met yesterday.
```

Jimmie Ray Kilby - 6/28/2016

1    Q.   Where did you meet yesterday?

2    A.   Well, Hard Rock.

3    Q.   This hotel that we are sitting in?

4    A.   Yes.

5    Q.   And what did you do yesterday?

6    A.   What did we do?  We discussed the case.  He

7    told me how to prepare, not to -- much of the stuff

8    that you just told me.

9    Q.   Did you discuss the expert issues in the case

10   and your report?

11   A.   Not my report.

12   Q.   Did you discuss the expert issues in the case?

13   A.   Well, we discussed -- nothing in detail.  We

14   just discussed the issues.  He asked me if I'd read

15   those summary -- what are those things called -- the

16   summary -- anyway, those -- you guys got so many names

17   for documents.  But he asked if I'd read those, and he

18   told me to go over my report and be fresh with that.

19   We studied Mr. Jacobson's report, and that was it.

20   And we ate, and we talked about stuff.  We talked

21   about animals dying in the world and stuff like that.

22   Q.   When did you first receive Mr. Jacobson's

23   report?

24   A.   Six weeks ago, eight weeks ago, something like

25   that.

Jimmie Ray Kilby - 6/28/2016

1      Q.   And how much time have you spent reviewing

2   that report?

3      A.   I'd say three hours, I guess, four hours.

4      Q.   Have you done any research regarding any of

5   the issues mentioned in Mr. Jacobson's report?

6      A.   Well, there's not -- no.  Mr. Jacobson is --

7   no -- is wrong in many of the things he says in there,

8   so I don't know how to investigate that.

9      Q.   What causes you to say that?

10     A.   45 years of experience in the gaming industry.

11     Q.   What specific things are you thinking of that

12  you would describe as wrong?

13     A.   Well, for instance, in there, he talks about

14  "hold" on slot machines.  He says that one of the

15  justifications that the tribe calls it a slot is the

16  accounting.  He says in table games, we have "win"

17  divided by "drop," what he refers to as "hold," and in

18  slot machines, we know the total amount of wager, and

19  we actually look at the casino advantage.

20          In slot machines, before the early ages,

21  before the electromechanicals, we only had two

22  numbers:  We had "win," and we had "drop."  And we

23  also had "hold" in slot machines.  Even at the

24  beginning of the electromechanicals, they had what

25  they called hard meters, which were not accurate in

Jimmie Ray Kilby - 6/28/2016

1    many casinos.

2           When I went to work for the -- teaching at

3    UNLV, I did some consulting for the Boyd Group.  In

4    the early '80s, they still relied on "win" versus

5    "drop" in slot machines, "hold."  The only reason we

6    do not use the theoretical advantage in blackjack is

7    because we don't have it.  However, there's a company

8    out of Canada called Tangam Gaming that has that

9    vision technology.  We are striving to get that

10   information.  Tangam Gaming actually has that.  They

11   collect all the same information we do in slot

12   machines.  So we want that data.  But that's silly,

13   because -- since they account for it this way, it

14   means it's a slot machine.  That's -- it's ridiculous.

15          Also, he mentions three -- well, he

16   mentions -- he said something to the effect that they

17   are in violation of any of the three following things

18   that happen.  One of them were -- and I'm not sure he

19   visited those casinos, because those three things that

20   he says that don't happen happen.  If you visit the

21   casinos, you realize that.

22      Q.   What are you talking about?  Designated player

23   games?

24      A.   Yeah.  Yeah.

25      Q.   What three things are you talking about?

Jimmie Ray Kilby - 6/28/2016

1     A.   Well, one of them, he said as long as the

2  button rotates from player to player.  It doesn't

3  rotate from player to player.  If you go to those

4  cardrooms, as I did, I asked them how I would go

5  about -- "Could I be a player banker?"  And you have

6  to fill out an application, and you have to accompany

7  the application with a deposit.  I believe they told

8  me at the Isle of Capri it was $50,000, and with

9  Naples, it was $25,000.  And once you are approved --

10  and I also included in my report a picture from Ebro.

11        One of his things was that as long as -- a

12  banker does haven't to pay more "rake" than someone

13  else.  If you look at that picture from Ebro in my

14  report, if there's two designated bankers, the "rake"

15  doubles.  So that's wrong.  Rotating is wrong.  And I

16  forget the third one, but he is wrong.  He must have

17  not visited the casinos, all I can figure.

18     Q.   Anything else that caused you to make that

19  statement?

20     A.   Anything else?  No.  One other thing.  He

21  talks about casino advantage.  He says that -- he

22  compares -- casino advantage is a percentage.  It can

23  be calculated.  He compares -- in poker, we have what

24  we call "blinds," which really is a forced ante.  And

25  he compares the person before the "blind" that acts

1    last as having a mathematical advantage.  He does.

2    He's got a strategic advantage.  You'd never be able

3    to calculate that, what that thing is actually worth.

4    It depends on the skill of the players and all that

5    stuff.

6         He also talks about a "deep stack" or "high

7    stack" or something like that as if your advantage

8    increases the more money you've got.  A 1 percent

9    advantage -- I don't care if you've got a zillion

10   dollars, it's 1 percent.  So it has nothing to do with

11   that.  So he is wrong.  Sorry.

12        Q.   All right.  So did you -- have you reviewed

13   the mediation briefs of the parties for the mediation

14   that occurred last fall, fall of 2015, in this case --

15   or not in this case -- in the relationship between the

16   tribe and the State?

17        A.   I'm sure I have.  I'm sure I have.

18        Q.   Including the State's mediation brief?

19        A.   Well, can you show me what it looks like and

20   I'll tell you.  You know, the terms of these things, I

21   don't -- if it was given to me, I did, so --

22        Q.   I don't believe you list it in your report.

23        A.   Well, then, I didn't review it, except two

24   documents I got from Joe, like, last week.  They

25   were -- I believe they asked for a summary judgment or

Jimmie Ray Kilby - 6/28/2016

1   a response to it.  I forget the exact terminology

2   you've got.  I don't know what you call those

3   documents, but I reviewed those.

4        Q.   Was that the tribe's summary judgment motion

5   and then the State's partial summary judgment motion?

6        A.   Yes.  Exactly.

7        Q.   Those two documents?

8        A.   Yes.

9        Q.   And all the exhibits thereto?

10       A.   Yes.

11       Q.   Is there anything else that's not listed in

12   your report that's marked as Exhibit 1 that you've

13   reviewed in relationship to this case?

14       A.   I do not believe so.

15       Q.   Have you reviewed any deposition transcripts

16   of depositions taken in this case?

17       A.   No.

18       Q.   Did you review the deposition transcript of

19   Jim Allen?

20       A.   No.

21       Q.   Did you review the deposition transcript of

22   Gordon Dickie?

23       A.   No.

24       Q.   Did you review the deposition transcript of

25   Richard LaBrocca?

Jimmie Ray Kilby - 6/28/2016

1    A.   No.

2    Q.   Do you know Mr. LaBrocca?

3    A.   No.

4    Q.   Do you know those other two gentlemen?

5    A.   I've met Mr. Allen, but the other gentleman, I

6   don't know who he is.

7    Q.   Gordon Dickie?

8    A.   (Shakes head.)

9    Q.   And let me ask this one more time.  Obviously,

10  the expert report of Mr. Jacobson is not listed in

11  your report because yours came before his, but you

12  reviewed his?

13   A.   I did.

14   Q.   Did you review the references to his report,

15  the 50 references?

16   A.   Yes.  Well, I didn't see the documents.  Not

17  all 50 documents.  No.

18   Q.   Some of them, did you review?

19   A.   I don't believe I had access to any of them.

20   Q.   Just the report itself?

21   A.   Yes.

22   Q.   And then, have you reviewed the report of

23  Alan Meister?

24   A.   No.

25   Q.   Do you know who Alan Meister is?

Jimmie Ray Kilby - 6/28/2016

1     A.    Yes.

2     Q.    Who is he?

3     A.    He is an economist.

4     Q.    Have you had any contact with him with respect

5  to this case?

6     A.    I actually spoke at a Viejas Gaming Conference

7  a couple of months ago, and I'd never met him, and we

8  introduced each other, and we just acknowledged that

9  we were both working on the case, and that was it.

10    Q.    How long was that meeting?

11    A.    It wasn't a meeting.  It was a "Hi, How are

12 you doing?"  90 seconds.

13    Q.    Had you ever met with him before?

14    A.    No.

15    Q.    And I think you already said you have not

16 reviewed Alan Meister's report in this case --

17    A.    No.

18    Q.    -- or any exhibits to his report?

19    A.    No, sir.

20    Q.    So we've got the things referenced in your

21 report that's marketed as Exhibit 1.  We've got the

22 two summary judgment motions and the exhibits thereto,

23 and we've got Mr. Jacobson's report.  Is there

24 anything else that you've reviewed or looked at in

25 forming your opinions in this case?

Jimmie Ray Kilby - 6/28/2016

 1      A.   No.

 2      Q.   I'm going to ask you to look at page 1 of

 3  Exhibit 1, under the term "Introduction."

 4      A.   Page 1.  Okay.  Good.

 5      Q.   Is it accurate to say that that first

 6  sentence, that is three lines, is the description of

 7  your assignment in this case?

 8      A.   Yes.

 9      Q.   You were asked to "compare and opine on the

10  similarities of the electronic blackjack and the

11  Designated Player games being offered to the public at

12  several Florida cardrooms, racinos, and the Hard Rock

13  Casino"?

14      A.   Yes.

15      Q.   Is that correct?

16      A.   Correct.

17      Q.   Did you review the 2010 Gaming Compact in your

18  work in this case?

19      A.   Yes.

20      Q.   Would it surprise you to say that the 2010

21  Gaming Compact was kind of a big deal in Florida at

22  the time?

23      A.   Do I understand it was a big deal?

24      Q.   Yes.

25      A.   Yes.

Jimmie Ray Kilby - 6/28/2016

1      Q.   Do you understand why?

2      A.   Yes.

3      Q.   Why?

4      A.   Well, it allowed the tribe for, as I remember,

5   a billion dollars or more they paid the state, for the

6   privilege to have exclusivity of card games.

7      Q.   What games were those that came to the state

8   of Florida at the tribe facilities that were not there

9   previously?

10      A.   I believe it was blackjack.  I believe,

11   three-card poker.  Blackjack was the big one.

12   Baccarat.  Excuse me.

13      Q.   Anything else?

14      A.   Nothing I can think of.  The big money-makers

15   are blackjack and baccarat.

16      Q.   Have you spoken to anyone who was a part of

17   those negotiations back in 2010?

18      A.   No.

19      Q.   Has anybody described to you what they were

20   referring to, what games they were referring to when

21   they wrote the Compact at that time?

22      A.   Has anybody described it to me?

23      Q.   Yes.

24      A.   No.

25      Q.   Any person.

```
 1        A.    No.
 2              MR. ANDERSEN:  So I'm going to show you what
 3    the court reporter's marking as Exhibit 2.
 4              (Exhibit 2 was marked.)
 5    BY MR. ANDERSEN:
 6        Q.    And I will represent to you that that is a
 7    printout of the Seminole Tribe of Florida website that
 8    lists the table games that the tribe offers today.
 9        A.    Uh-huh.
10        Q.    Do you see the list of table games?
11        A.    Yes.
12        Q.    Do you see where it says, "We've Got Your
13    Favorite Table Games," in the middle of the page?
14        A.    Yes.
15        Q.    And in the list under that there appear to be
16    13 -- or I should say 12 table games listed.
17        A.    Yes.
18        Q.    Is it your understanding that the tribe did
19    not offer these games prior to the 2010 Compact?
20        A.    That is my understanding.
21        Q.    And so is it your understanding that the 2010
22    Compact allowed the tribe to offer these games?
23        A.    Yes.
24        Q.    Would it be fair to describe these games as,
25    in its most general term, different forms of poker?
```

Jimmie Ray Kilby - 6/28/2016

1      A.    Not at all.

2      Q.    Are some of them different forms of poker?

3      A.    The only one that's related to poker would be

4   three-card poker, and they just do ranking of the

5   hands, but it's not poker.

6      Q.    Would you say that Texas Hold'em is related to

7   poker?

8      A.    This is Ultimate Texas Hold'em.  It's related

9   in that they use ranking of hands, but as far as

10  poker, if it's, like, one player versus the other,

11  neither of these games do that.  It's not skill versus

12  skill.  These games have set rules, and you are

13  playing against a rule set.  In poker, you are not.

14     Q.    Okay.  And is it your understanding that in

15  each of these games, there is a dealer who is an

16  employee of the Seminole Tribe of Florida?

17     A.    Yes.

18     Q.    And that dealer is controlling the cards that

19  are played -- with which the game is played, that are

20  tangible traditional playing cards that can you touch?

21     A.    Yes.  I haven't seen all these games, but I'm

22  assuming that you can, but you don't have to.  These

23  could easily be electronic cards, as well.

24     Q.    Well, you see the picture at the top of the

25  page there?  You see the table and the felt and the

Jimmie Ray Kilby - 6/28/2016

1  cards on the table?

2      A.   Yes.

3      Q.   Would it be your expectation that each of

4  these games is played at a table that looks something

5  like that and with a dealer that's behind the table

6  and felt and cards that are on the table and players

7  that are around the table?

8      A.   I would assume.  I've never seen Mississippi

9  Stud, but I would assume.  I would accept your -- if I

10  were just guessing, I would say yes.  You have a

11  dealer on one side and players on the other side.

12      Q.   Have you studied the Seminole Tribe of

13  Florida's website?

14      A.   No.

15      Q.   Have you ever seen this page before?

16      A.   No.

17      Q.   But you are willing to concede that these are

18  the table games that did not exist before the 2010

19  Compact, that do exist today, that are being played in

20  Seminole Tribe of Florida's casinos?

21      A.    That's my understanding.  Pai Gow Tiles -- I

22  don't know when that came into play.  That's not a

23  card game, so I don't --

24      Q.   For each of these games, is it your

25  understanding that the employee of the Seminole Tribe

Jimmie Ray Kilby - 6/28/2016

1   of Florida who serves as the dealer behind the table

2   has a bank of chips in front of them?

3       A.   Yes.

4       Q.   And that each of the players plays against

5   that dealer?

6       A.   Against the entity representing the house,

7   yes, the dealer.

8       Q.   And for each of these games that the Seminole

9   Tribe is offering in its casino, is it true that the

10  dealer deals hands of cards to each of the players and

11  a hand to the dealer themself (sic)?

12      A.   I'm not sure with some of these games -- Asia

13  Poker -- but I would imagine that on some of these

14  oddball games, that's how it works.

15      Q.   So that's your basic understanding?

16      A.   Yes.

17      Q.   Even though you are not familiar with the

18  rules of each of the games?

19      A.   No.  Most of them, but not Asia Poker.  I've

20  never seen it.  Mississippi Stud.  Those are the only

21  two I've never seen.  I don't know exactly how they

22  work.

23      Q.   Is there any Seminole Tribe of Florida

24  facility that plays any table card game with a

25  designated player as you describe the designated

Jimmie Ray Kilby - 6/28/2016

1    player in your report?
2         A.   Nothing with that name.  However, the
3    designated player is just another term for the casino.
4         Q.   Okay.  Well, what I'm asking you is, in these
5    games that are described in Exhibit 2, could a person
6    come up to seat 6, sit down with a big stack of chips,
7    and say, "I'd like to be the designated player, and
8    I'd like to play against everyone else instead of that
9    person who is behind the table, the dealer, sitting
10   there doing that"?
11        A.   I don't think they allow that.
12        Q.   Seminole Tribe of Florida does not allow that?
13        A.   No.
14        Q.   But that's what you described having observed
15   at certain cardrooms throughout the state --
16        A.   Yes.
17        Q.   -- that are not facilities of the Seminole
18   Tribe of Florida?
19        A.   That's correct.
20        Q.   Okay.  And I think we all have read your
21   report.  We understand the section that you describe
22   the designated player situation, you describe the
23   California things, and you describe what you observed
24   in Florida; right?
25        A.   Yes.

Jimmie Ray Kilby - 6/28/2016

1    Q.   Did you observe at any cardroom in Florida
2  what's pictured on the top half of this page, which is
3  an employee of the casino serving as the dealer, with
4  the dealer's bank in front of him, without any
5  designated player at the table, playing against all
6  the players around the table, which is what you see in
7  this picture?
8    A.   In other words -- one more time.
9    Q.   If we went to the Seminole Hard Rock Casino in
10  Florida today, we could see what's depicted in this
11  picture; correct?
12    A.   That's correct.
13    Q.   And I asked you some questions about it, and
14  we agreed that there would be a Seminole Hard Rock
15  employee behind the table, a casino employee behind
16  the table, with a bank in front of him, playing
17  against all the players at a table that looks like the
18  one in this picture; correct?
19    A.   That's correct.
20    Q.   And there's no designated player at this
21  table, nor would the Seminole Tribe allow it; correct?
22    A.   That is correct.
23    Q.   And you went to Seminole casinos and observed
24  exactly that at a blackjack table, for example?
25    A.   Yes.  There are no designated players at the

**Jimmie Ray Kilby - 6/28/2016**

1    Hard Rock.

2        Q.   Well, on page 5 of your report, you say you

3    went to the Seminole Hard Rock Casino in Hollywood.

4        A.   That's correct.  I stayed there.

5        Q.   Did you go look at a blackjack table there?

6        A.   Yes.

7        Q.   Okay.  You saw what's depicted in this

8    picture, something similar to that?

9        A.   Correct.

10       Q.   Okay.  And all the questions I just asked you

11   is what you saw at the Seminole casino?

12       A.   That's correct.

13       Q.   My question was, at any other cardrooms that

14   you went to in the state of Florida, did you observe

15   the exact same thing that you saw at the Seminole

16   casino, where there was a dealer/employee of the

17   casino itself, with a bank that belonged to the casino

18   itself, without any designated players sitting at the

19   table, where the players were sitting around the

20   table, playing against that dealer/employee of the

21   casino?

22       A.   No.

23       Q.   Okay.  And let me go back to the introduction

24   here, on page 1 of your report, where it has your

25   assignment.  Was there -- is there any other

Jimmie Ray Kilby - 6/28/2016

1    description of your assignment that you have written

2    down anywhere that you haven't shared in your report?

3        A.    Not that I'm aware of.  No.

4        Q.    Okay.  So -- and again, earlier, I asked you

5    about whether there were any documents other than what

6    you referenced in your report, and I'm just going to

7    refer you to what I marked as Exhibit 1 and page 2,

8    where there's a list of -- starting on page 2 and

9    stretching through page 5, of 36 or 35 documents, and

10   then 36 is the venues.

11       A.    Uh-huh.

12       Q.    And that is a complete list of everything

13   you've reviewed, other than what you told me here

14   today?

15       A.    That's correct.

16       Q.    Okay.  So, then, at the bottom of page 5

17   there, you have what I believe is a question for

18   section V of your report.  It says, "Is the phrase

19   'banking or banked card game' generally understood in

20   the gaming industry to include games banked by a party

21   other than the house such as by a player?"  Is that

22   the first question?

23       A.    That's correct.

24       Q.    And did you draft that question for yourself,

25   or did somebody draft that and ask you to answer it?

Jimmie Ray Kilby - 6/28/2016

1        A.    I believe I drafted it myself.

2        Q.    Okay.  Other than seeing the term, quote,

3    "banking or banked card game," close quote, in the

4    2010 Compact between the Seminole Tribe of Florida and

5    the State of Florida, have you ever seen that term,

6    all five words of it, used together in any other

7    context?

8        A.    "Banking or banked card game"?

9        Q.    Yes.

10       A.    Those terms are in the gaming industry since

11   day one.  I'm sure, through the years, I've

12   encountered that.

13       Q.    Okay.  Other than the 2010 Compact and what

14   has followed it in terms of trying to interpret those

15   five words as one phrase, can you point to anything

16   outside of the 2010 Compact or the communications back

17   and forth between the tribe and the state that,

18   independent of this dispute, provides an exact

19   definition for those five words together, as they are

20   phrased here?

21       A.    I may even have in one of my books the

22   definition of "banking," but as far as putting all

23   five together, if you say "a banking game" or "a

24   banked card game," it's just a clarification.  So,

25   basically, if you say "a banked card game," you are

1    saying the same as "a banking game."  It's not --

2    nothing unique about it.  It's just --

3           You know, I used to tell my students -- we

4    used to talk about -- 1931 is when gaming became legal

5    in Nevada.  Back then, they had classifications of

6    games for taxing purposes.  They had slot machines,

7    and they had what they called card games, and they had

8    what they called table games.  And I would tell -- my

9    students would ask, "What's a table game?"  I would

10   say a table game is a game where the casino has an

11   advantage.  "And how would you be able to spot a table

12   game?"  "Well, you spot a table game if you go up to

13   the game and the only person there is the dealer and

14   you can play, then you are playing a table game."  If

15   you go up to a poker game, the only person there is

16   the dealer and you want to play, he is going to say,

17   "Who with?"

18          Those words, as far as in that particular

19   order -- I'm sure it's out there.  I don't remember

20   when I've seen it.  We could Google it and find out,

21   but I'm sure it's somewhere on the Internet.

22      Q.   Okay.  When you are talking about telling your

23   students, you are talking between '86 and 2007, when

24   you were a professor at UNLV?

25      A.   Yeah.  And 2016, if I teach at San Diego

Jimmie Ray Kilby - 6/28/2016

1  State.  It hasn't changed.

2      Q.   And so I think I heard you say that the

3  term -- and you have it in quotes here -- "banking or

4  banked card game" could have been just "banking card

5  game," or could have been "banked card game," that

6  there's no different meaning for the word "banking" or

7  "banked" as it's used in that five-word phrase?

8      A.   I don't see any difference.

9      Q.   Okay.  And so your report is based on there

10  not being any difference between those two; that's

11  just one term that means the same thing; it's not

12  given any more meaning by the fact that it says

13  "banking" or "banked"?

14      A.   Here's the way I will define it.  "Banking" is

15  the game, a game that's capable of being banked.  And

16  once the money is there, it is now banked.  So we can

17  have a banking game that's not banked because there's

18  no money that's put up.  Once the money is put up, now

19  it's banked.  It's a banking game that is banked, as

20  well.

21      Q.   So could you tell me whether you believe

22  there's a difference between the phrase "banking card

23  game" and the phrase "banked card game"?

24      A.   "Banking card game" is -- this reminds me of

25  "what the definition of 'is' is."

Jimmie Ray Kilby - 6/28/2016

1           Okay.  "Banking" or "banked card game."  Once
2    again, banking the game -- when you are describing a
3    game, this is a banking game.  A banked card game
4    is when the money is -- it's -- the funds are
5    available.  That's the way I interpret that.
6        Q.   Is that the only difference between those two
7    terms?
8        A.   That's the only difference that I see.
9        Q.   So a banking card game is a card game that's
10   capable of being banked, and a banked card game is a
11   card game -- is a banking card game that has been
12   banked?
13       A.   There you go.  That's correct.
14       Q.   That's it?  Do you have any other explanation
15   for why the terms "banking" or "banked" are used in
16   that phrase?
17       A.   Well, I believe that came from the Compact.
18   That's the reason I use that terminology.  The
19   terminology came from the Compact.
20       Q.   Right.  And earlier, I asked you, have you
21   talked to anybody who was there to understand what
22   they meant by any particular terms.
23       A.   No, but you can read it and figure it out.
24       Q.   So that's what you've done?
25       A.   Yes.

Jimmie Ray Kilby - 6/28/2016

```
1       Q.   So then below that section V, at the bottom of
2   page 5 and the top of page 6, is it fair to say that
3   you were provided the definition of a banked card
4   game?
5       A.   That's correct.
6       Q.   And you have made the statement that, "The
7   definition of a banked card game has nothing to do
8   with who provides the bank"; is that correct?
9       A.   That is correct.
10      Q.   And then you assert here that, "A banked card
11  game has the two following" -- well, that, "If a
12  banked card game has the two following
13  characteristics, it is a banked game"; is that
14  correct?
15      A.   That is correct.
16      Q.   And those are, No. 1, "The player, or players,
17  are gambling against one entity often referred to as
18  the house," and, No. 2, "The player, or players, have
19  a negative expectation (a disadvantage) and the
20  banking entity has a positive expectation
21  (advantage)"?
22      A.   That is correct.
23      Q.   And then you go on to say, "It is irrelevant
24  who provides the bank.  Game mathematics make the game
25  a banked card game."
```

Jimmie Ray Kilby - 6/28/2016

1     A.   That's correct.

2     Q.   And then you say, "A game where a 'designated

3 player' provides the bank, as found in many Florida

4 cardrooms, in no way makes the game any less of a

5 banked game," period.

6     A.   Correct.

7     Q.   Okay.  So am I correct that that section V and

8 those words that we just worked through on the bottom

9 of page 5 and the top of page 6 are your definition of

10 either "banking card game" or "banked card game"?

11     A.   That's correct.

12     Q.   How committed are you -- how convinced are you

13 that is absolutely correct?

14     A.   It's correct.  I would throw in one -- a

15 step 3, and that would be that the entity acting as

16 the banker makes no decisions; they just execute the

17 game.  And we can throw in the fourth:  The entity

18 acting as the banker always acts last.

19     Q.   So are you offering what you just referred to

20 as steps 3 and 4 as, let's say, an amendment to this

21 section of your report at this time?

22     A.   Yes.  It's -- 1 and 2 is accurate.  This is

23 more accurate, so --

24     Q.   So is there a reason why you are adding what

25 you referred to as steps 3 and 4 now, as opposed to

Jimmie Ray Kilby - 6/28/2016

1    including them in your report when you issued it?

2        A.   Well, I've been thinking about this for weeks

3    now.  No one told me -- you know, in the gaming

4    industry, we never have -- I never get into a debate

5    of what is a "banked game" or a "banked card game."

6    You just know it.  I forget the Supreme Court Justice

7    who said, you know, he can't define pornography, but

8    he knows what it is when he sees it.  It's the same

9    thing.  We know what a banking game is.  So I'm just

10   thinking about it.  No one told me to include that,

11   but that's it.  That would be the test.

12       Q.   Have you had any discussions with anyone since

13   the time you issued your report where you discussed

14   these steps 3 and 4 to be added to your definition of

15   "banked card game"?

16       A.   I told Joe.  Exactly.  Yesterday I told him

17   that --

18       Q.   You told Mr. Webster that you were going to

19   add steps 3 and 4?

20       A.   Yeah.  I told him that's the test for a card

21   game.  I said that I'd throw it in.  We were talking

22   about it.  That's the whole idea of this case, so --

23   yes.

24       Q.   And before your conversation with Mr. Webster

25   yesterday, had you had any other conversations about

Jimmie Ray Kilby - 6/28/2016

```
 1   adding steps 3 and 4 to this definition?
 2        A.   No.
 3        Q.   And let me make sure I have steps 3 and 4
 4   correct.  Step 3, you said, is that the entity acting
 5   as the banker makes no decisions; they just execute
 6   the game; is that correct?
 7        A.   Correct.
 8        Q.   And step 4 is, the entity acting as the banker
 9   always acts last?
10        A.   Correct.
11        Q.   And now I'm going to ask you the question I
12   asked you before you gave me steps 3 and 4.
13        A.   Okay.
14        Q.   With the inclusion of steps 3 and 4, how
15   committed are you and how certain are you that that is
16   the most accurate definition of "banking card game" or
17   "banked card game" that you can provide?
18        A.   I will tell you how convinced I am.  In the
19   next edition of my book, it will be included.  And
20   some day, in a courtroom like this, they'll say, "In
21   this book, we found the definition," and there'll be
22   some other people around the table, and I'll be
23   referred to as the expert.  But that will be the
24   definition.
25        Q.   And to what book are you referring?
```

Jimmie Ray Kilby - 6/28/2016

1    A.   Well, "Introduction to Casino Management,"

2    possibly "Casino Operations."  We update these texts

3    periodically.

4    Q.   Does -- do any of the books that you have

5    written in the past, that are currently offered in

6    publication today, have some version of a definition

7    of the term "banking" or "banked card game"?

8    A.   Maybe.  I don't have a book with me.  I don't

9    remember.  Once again, that's just not -- we don't use

10   that.  There's a possibility I included it in the

11   glossary.  I would have found it in another book.  But

12   I just don't -- I don't remember.

13   Q.   Okay.  So I noticed that in section V, you

14   don't provide any cites to any other statutes or

15   regulations or any other authorities.  Did you rely on

16   anything else, any authorities, or do you rely on any,

17   to support your belief that that is the most accurate

18   definition of "banking" or "banked card game"?

19   A.   I would probably be the authority that people

20   contact.  I wouldn't know who to contact to ask, but I

21   assure you, that person that I'd talk to, if I

22   presented these four points, they would say,

23   "Mr. Kilby, I could haven't come up with a better

24   definition myself."

25   Q.   Is there any document that you refer to in

Jimmie Ray Kilby - 6/28/2016

1    your report that you relied on in coming up with that

2    definition of "banking" or "banked card game"?

3         A.   Not at all.

4         Q.   So did I just hear you to represent that you

5    personally, yourself, would be the most singular

6    authority in the gaming industry on the definition of

7    "banking" or "banked card game"?

8         A.   I'm sure there's other people that are as

9    qualified as me, but I would argue that I would be one

10   of the names submitted if someone would ask, "Who

11   would we contact to hear the definition of this?"  My

12   book -- my three books are used in over 100 schools

13   throughout the country.  No one else can say that.

14   People often call my first book the Bible of the

15   Gaming Industry.  We have a small industry.  Whenever

16   I do seminars, I tell people that anytime that you've

17   got a redneck from Oklahoma that is considered a guru,

18   which I am, you've got a weak industry.

19        Q.   And when you refer to your first book, you are

20   talking about "Casino Operations Management"?

21        A.   Correct.  Wiley.

22        Q.   And do you know how many chapters that book

23   has?

24        A.   I don't know.  Between 12 and 16, I would

25   imagine.

Jimmie Ray Kilby - 6/28/2016

1    Q.   Do you know what subjects those chapters
2   cover?
3    A.   The history of gaming, gaming control, cage
4   operations, race and sports, table games, hold as a
5   management tool -- all kinds of stuff.
6    Q.   Okay.  Just a couple more questions about this
7   book.  It seems to have had a 1998 edition and a 2005
8   edition; is that right?
9    A.   I know there was an update, so I assume you
10   are accurate with that.
11    Q.   In the original edition, did you have
12   coauthors, Jim Fox and Anthony Lucas?
13    A.   No.  I picked up Tony on the third one or the
14   second edition.  He was the third author on the second
15   edition.
16    Q.   What about Jim Fox?
17    A.   It was just he and I on the first one.
18    Q.   So there were two of you on the first one, and
19   you picked up Anthony Lucas on the second edition?
20    A.   Yeah.  He was one of my ex-students.
21    Q.   Okay.  And so I was trying to find the table
22   of contents for your book, for that book, "Casino
23   Operations Management," but I'm --
24    A.   Did you go to amazon?
25    Q.   I went to wiley.com?

Jimmie Ray Kilby - 6/28/2016

```
 1        A.   On amazon, you might see something.
 2        Q.   I'm trying to understand where in your book I
 3   may find the definition of "banking" or "banked card
 4   game" in that particular book.  Do you know?
 5        A.   I'm not sure where.  I don't know.  I don't
 6   know.
 7        Q.   Do you believe it's in there?
 8        A.   I doubt it.  We don't use those terms, so it
 9   may be.  I don't know.
10        Q.   Okay.  What about your book "Principles of
11   Casino Marketing"?  Do you think there's a definition
12   of that term in that book?
13        A.   I doubt it.
14        Q.   What about your book "Introduction to Casino
15   Management"?  Do you think there's a definition of
16   that term in that book?
17        A.   I would have to look.  There's no reason to do
18   that.  Once again, a table game and a banked game are
19   essentially the same thing.
20        Q.   What do you mean by that?
21        A.   My four points of the test there, my four
22   questions.  They would apply to both.  A table game,
23   as far as taxes go in the state of Nevada, all four of
24   those questions apply.
25        Q.   Did you say, "as far as taxes go in the state
```

Jimmie Ray Kilby - 6/28/2016

1    of Nevada"?

2        A.   Well, whenever we use the terminology -- in

3    1931, we had three classifications of devices.  We had

4    slot machines, we had card games, and we had table

5    games.  Table games were all banked games.  Card games

6    were not banked games.  So a table game is a banked

7    game.

8        Q.   Okay.  And so what you are referring to in the

9    1931 context as a card game is what would be what

10   today?

11       A.   All of the games today -- as a matter of fact,

12   you'll find these same games (indicating) in Nevada.

13   You know what they are called in Nevada?  They are

14   called table games.

15       Q.   So what the 2010 Compact calls "banking" or

16   "banked card game" is the same thing as the industry

17   in Nevada calls "table games"?

18       A.   Correct.

19           MR. ANDERSEN:  Did you want to take a break?

20           THE REPORTER:  Yes, please.

21           (Brief recess.)

22   BY MR. ANDERSEN:

23       Q.   We are back on the record.  Okay.  So,

24   Mr. Kilby, you mentioned off the record that you

25   believe your second trip to Florida to visit card

Jimmie Ray Kilby - 6/28/2016

```
 1    games and casinos in this case occurred on November 3,
 2    2015?
 3         A.   That's what my phone says, and I'm sure that's
 4    accurate.
 5         Q.   Okay.  So your first trip to Florida was
 6    sometime before November 3, 2015?
 7         A.   Yes.  Yes.
 8         Q.   Thank you for clarifying that.  And I'm going
 9    to ask you to look at what's behind tab 1 in the
10    binder, which is --
11         A.   Verified Complaint?
12         Q.   Yeah.  And that's a document that you
13    reference as the first document that you looked at
14    regarding your report.
15         A.   Okay.
16         MR. ANDERSEN:  I'm going to ask the court
17    reporter to mark that as Exhibit 3.
18         (Exhibit 3 was marked.)
19    BY MR. ANDERSEN:
20         Q.   And attached to the verified complaint is the
21    2010 Compact.
22         A.   Okay.
23         Q.   And so I want to ask you a couple of questions
24    about the 2010 Compact, beginning on page 31 of the
25    Compact.
```

Jimmie Ray Kilby - 6/28/2016

```
 1        A.    Okay.
 2        Q.    Under the "Jurisdiction" section, which is
 3   part IX --
 4        A.    Uh-huh.
 5        Q.    -- it says that, "The obligations and rights
 6   of the State and the Tribe under this Compact are
 7   contractual in nature, and are to be construed in
 8   accordance with the laws of the State of Florida."
 9   Have you seen that language before today?
10        A.    I'm sure I looked at it.  This is months ago,
11   but --
12        Q.    Okay.  And I just want to know, with respect
13   to your definition of a "banking card game," did you
14   consider that the Compact is to be construed in
15   accordance with the laws of the State of Florida?
16        A.    I mean, the definition I gave you of a
17   "banking game," that stands, period.  So I didn't pay
18   any particular attention to this statement.
19   Regardless of what the State of Florida calls a
20   banking game, I gave the definition of a "banking
21   game."
22        Q.    Okay.  So is it -- so, then, are you saying
23   that it's not relevant to your definition of "banking
24   game" as to what the laws of the State of Florida say
25   on that topic?
```

Jimmie Ray Kilby - 6/28/2016

1        A.    Whatever Florida says as far as the topic goes
2   does not change my definition.
3        Q.    So then I would ask, did you consider Florida
4   Statute 849.086, which says -- I'm quoting the
5   statute -- "Banking game means a game in which the
6   house is a participant in the game, taking on players,
7   paying winners, and collecting from losers, or in
8   which the cardroom establishes a bank against which
9   participants play," period.  Did you consider that
10  definition of "banking game" when you came up with
11  your definition of "banking game" in your report?
12       A.    Possibly.  However, my definition is much
13  simpler than that one and more accurate.
14       Q.    Okay.  Well, would you agree that the Compact
15  requires the parties to follow the definition of
16  "banking game" in the Florida statutes?
17       A.    I'm not an attorney, so I would assume that
18  they would follow what's stipulated in the Compact.
19       Q.    Okay.  So now that you are aware of part IX of
20  the Compact and Florida Statute 849.086(b), does that
21  cause you to change your opinions in section V
22  regarding the definition of "banked card game" in any
23  way?
24       A.    No.
25       Q.    And referring to the Compact, that is -- that

Jimmie Ray Kilby - 6/28/2016

1   you are looking at in front of you, which is part of

2   Exhibit 3, can you find any definition in the Compact

3   itself of the term "banking" or "banked card games,"

4   or, in your review of it, did you find any definition

5   of that?

6        A.   I don't remember, to be truthful with you.  I

7   think you just read to me -- did that come out of the

8   Compact, the definition you gave me?

9        Q.   No.  I read you the Florida Statute 849.086

10  (b).

11       A.   Somewhere in here, I think it talked

12  about what a --

13       Q.   Maybe I'll refer you to pages 3 and 4.  It

14  might be what you are thinking of.  There's a

15  definition of "covered games."

16       A.   Okay.  Thank you.  All right.  Good.  Uh-huh.

17       Q.   And that's in Part III --

18       A.   Page 4, where it says, "Banking or banked card

19  games, including baccarat, chemin de fer, and

20  blackjack"?

21       Q.   Well, yeah.  And the definition of "covered

22  games" starts on page 3.  It's Part III(F).  It says,

23  "'Covered Game' or 'Covered Gaming Activity' means the

24  following Class III gaming activities."

25       A.   Okay.

Jimmie Ray Kilby - 6/28/2016

1       Q.   And it says, "1," and it talks about slot
2    machines, and then, over there on page 4, it says, "2.
3    Banking or banked card games, including baccarat,
4    chemin de fer, and blackjack."
5       A.   Uh-huh.  Yes.
6       Q.   Did you consider any of this language or the
7    definition of "covered game" from the Compact pages 3
8    and 4 in determining your definition of "banking" or
9    "banked card game"?
10      A.   I don't think there's a definition here of
11   "banking" or "banked card game."  It gives you an
12   example.  It says, "Banking or banked card games,
13   including baccarat, chemin de fer, and blackJack."
14   I'm assuming that's just representative of the
15   different types of games, but it doesn't give you a
16   definition of what banked card game is.  It gives you
17   an example.
18      Q.   Okay.  So would you agree that this
19   Section III(F), or Part III(F) that we are talking
20   about, is not relied on in any way to come up with
21   your definition of "banking" or "banked card game"?
22      A.   Not at all.
23      Q.   When you say "not at all," does that mean you
24   do not agree with me or you do agree with me?
25      A.   No.  This did not influence my -- this does

Jimmie Ray Kilby - 6/28/2016

```
 1   not define anything.
 2       Q.    Okay.  Do you -- I will represent to you that
 3   I couldn't find anything else in this Compact that
 4   provides a definition of "banking" or "banked card
 5   games."  Do you know of anything else in there that
 6   does?
 7       A.    I do not.
 8       Q.    Now, in terms of "covered games," Section III
 9   has kind of four categories.  Section 1 is slot
10   machines, and it describes what a slot machine is.
11   Would you agree?
12       A.    Correct.
13       Q.    And then 2 references banking game and banked
14   card games.  3 references raffles and drawings.
15   4 references new games.  And each one of those is
16   qualified by the phrase up above it that says, "the
17   following Class III gaming activities."  Do you see
18   that?
19       A.    Yes.
20       Q.    So would you agree that "covered games" in the
21   Compact have to be Class III gaming activities?
22       A.    This particular section F, yes.  It has to be
23   Class III.  Yeah.  Exactly.
24       Q.    And then, up above it, in section C, there's a
25   definition of Class III gaming.
```

Jimmie Ray Kilby - 6/28/2016

1       A.   Correct.

2       Q.   Do you see that?

3       A.   Yes.

4       Q.   Do you agree that Class III gaming means "the

5   forms of Class III gaming defined in 25 USC section

6   2703(8)"?

7       A.   Yes.  And NIGC also has 95-1, which talks

8   about player banked games as being banked games.

9       Q.   Okay.  And when you are referring to 95- --

10      A.   -1.

11      Q.   -- -1, you are talking about the April 10,

12  1995, National Indian Gaming Commission Bulletin

13  No. 95-1 that is referenced as document No. 28 in your

14  report?

15      A.   Correct.

16      Q.   Okay.  And it's accurate to describe 95-1 as

17  an advisory opinion of the National Indian Gaming

18  Commission; isn't that correct?

19      A.   That's correct.

20      Q.   So we'll get to that in a second.  But I want

21  to stick with this definition of Class III gaming, in

22  25 USC 2703.  I guess before we do that, can you tell

23  me what you believe the definitions of either Class II

24  gaming or Class III gaming or the differences between

25  those two things are?

Jimmie Ray Kilby - 6/28/2016

```
 1        A.    As I -- actually, I've got a presentation on
 2   this, but I don't have it with me, whenever I go over
 3   that stuff.  But Class I is traditional Indian games,
 4   you know, that they -- and then Class II is,
 5   basically, bingo-based and poker-based.  I shouldn't
 6   say "based."  Poker- and bingo-based slot machines,
 7   Class II.  And Class III is anything else.  As I
 8   remember -- well, I thought anything, basically,
 9   that's offered in Vegas is Class III, but I don't
10   think that's in the definition, but -- anything that's
11   not I or II is Class III.
12        Q.    When did you give the presentation?
13        A.    Every semester when I taught.
14        Q.    Oh, it's part of your syllabus?
15        A.    Yeah.  Well, it's my class.  Yes.
16        Q.    And you said you are not sure if you have a
17   copy of the presentation or --
18        A.    I've got a -- yeah.  I've got several.  I've
19   got 100 presentations.
20        Q.    On Class II and Class III gaming?
21        A.    On gaming control, which touches upon Atlantic
22   City, touches upon Nevada, touches upon Macau, touches
23   upon Indian gaming.
24        Q.    Well, what I'm interested in is the
25   presentation that describes the differences between
```

Jimmie Ray Kilby - 6/28/2016

1  Class II and Class III gaming.  Do you have that or

2  it's in one of your presentations?

3      A.   Uh-huh.  Yes.

4      Q.   Is that something that you could e-mail to

5  Mr. Webster and he can send to me?

6      A.   Yes.  You need to make a list of this stuff

7  I'm supposed to send to you.  We got three things:  my

8  notes, pictures, which I've already sent the pictures,

9  and what you just said.

10     Q.   Presentations.

11     A.   Presentations.  Remember, we are talking about

12  trade secrets.  I'm just kidding.

13     Q.   Okay.  Can you give me the definition of a

14  Class II card game?

15     A.   Well, a card game will be poker.

16     Q.   What do you mean by that?

17     A.   I mean poker, where one player versus another,

18  and the casino is -- they provide the dealer, and

19  they'll either -- they'll charge either by every

20  30-minute -- it will be what they call "time-buy," or

21  they'll charge some sort of a "rake" or ante -- not

22  ante -- some sort of a "rake" to the casino to

23  compensate them for the expenses.  But the house

24  cannot lose anything.

25     Q.   Those would be the characteristics of Class II

**Jimmie Ray Kilby - 6/28/2016**

1    card games?

2        A.    Yeah.  As far as my classes go, we don't spend

3    a lot of time on Class II, so I'm just not -- you

4    know, I'm not -- because Class II is not in

5    competition with casinos, other than those bingo slot

6    machines, which still confuse me.

7        Q.    So were you starting to say you are not an

8    expert on Class II --

9        A.    No.

10       Q.    -- gaming?

11       A.    No.  I'm familiar with the definitions and

12   stuff, but I'm not -- as far as teaching and -- you

13   know, you just -- you are just not involved much with

14   Class II.  When I was with the Chickasaws, we had all

15   of the slot machines, or at least the majority of

16   them, were Class II.

17       Q.    And forgive me, I asked the question in the

18   negative.  I'd like to ask it in the positive.  Are

19   you an expert on Class II gaming?

20       A.    No.

21       Q.    So referring back to the Section III(F) of the

22   Compact.  You would agree with me that "covered games"

23   or "covered gaming activity" has to be the Class III

24   gaming activities that are listed in Section III(F),

25   the definition of "covered game"?

 1      A.    That's how it appears to me.
 2      Q.    Okay.  So are you familiar with 25 USC 2703,
 3  the definitions section of the Indian Gaming
 4  Regulatory Act?
 5      A.    I believe so.  I believe that's where I got --
 6  for my presentations.  Whenever you teach, I would
 7  never say US- -- you know, USC 2703.  That wouldn't
 8  come up.  Just, you know, what those definitions mean,
 9  what they are, and that's.  I would never -- so I'm
10  not familiar with those.
11      Q.    So you would just refer to it as, let's say,
12  for example, IGRA --
13      A.    Yes.  Yeah.
14      Q.    -- generally, and you wouldn't say the
15  specific section?
16      A.    No.  It would never -- unless it's a law
17  class, I would never --
18          MR. ANDERSEN:  I actually did not bring a copy
19  of this, but I'm happy to show it to you.  I didn't
20  bring it to mark it as an exhibit, although we can
21  mark this one, if you want to.
22          MR. WEBSTER:  Is this just a copy of the
23  statute?
24          MR. ANDERSEN:  Yes.
25      Q.    But I do want to ask you a couple of questions

Jimmie Ray Kilby - 6/28/2016

1   about it.  2703(7)(A) says that the term, quote,

2   "Class II gaming," close quote, means -- it gives a

3   list of things that it means.  And then it says -- and

4   one of those is, "and card games that," it says, "are

5   explicitly authorized by the laws of the State, or are

6   not explicitly prohibited by the laws of the State and

7   are played at any location in the state," and it says,

8   "but only if such card games are played in conformity

9   with those laws and regulations (if any) of the State

10  regarding hours or periods of operation of such card

11  games or limitations on wagers or pot sizes in such

12  card games."

13         Are you familiar with that definition of

14  Class II gaming?  I'll let you look at it.

15         MR. ANDERSEN:  In fact, why don't we just mark

16  it as Exhibit 4.  --

17         (Exhibit 4 was marked.)

18         THE WITNESS:  It goes on, "Class II gaming

19  does not include" --

20  BY MR. ANDERSEN:

21     Q.   Right.  I was going to read that next.  So you

22  are familiar with this definition --

23     A.   Well, I understand it.

24     Q.   -- from the IGRA?

25     A.   Yeah.

Jimmie Ray Kilby - 6/28/2016

1      Q.   And then it says, section (B), "The term
2   'Class II gaming' does not include (i) any banking
3   card games, including baccarat, chemin de fer, or
4   blackjack (21), or, (ii) electronic or
5   electromechanical facsimiles of any games of chance or
6   slot machines of any kind."
7           And my question to you is:  Do you agree with
8   that definition of Class II gaming?
9      A.   Yes.  I do.  I do.
10     Q.   And would you also agree that the IGRA
11  definition section, which is marked as Exhibit 4 to
12  this deposition, does not contain a definition of
13  "banking" or "banked card game"?
14     A.   It does not.  It just gives you examples, like
15  the Compact.
16     Q.   Okay.  So next, I would like to show you the
17  NIGC Regulation 502.11.  Actually, I don't have a copy
18  of that, either, but let me just refer you to
19  25 CFR Section 502.11.  Are you familiar with that
20  section of the Code of Federal Regulations, that's
21  part of the NIGC regulations, that defines "house
22  banking game"?
23     A.   No.
24     Q.   Okay.  It's the bottom one.
25     A.   At least not by the number, you know.

Jimmie Ray Kilby - 6/28/2016

1        I have no problem with that.  Once again, my
2  definition is more accurate.
3        Q.   Okay.  So I'm just going to read this to you.
4  It says, "House banking game.  House banking came
5  means any game of chance that is played with the house
6  as a participant in the game where the house takes on
7  all players, collects from all losers, and pays all
8  winners, and the house can win."  Do you agree with
9  that definition of "house banking game"?
10        A.   By "agree" -- is this superior to mine?  No.
11  That is accurate, but it's incomplete.
12        Q.   Okay.  Does the fact that the Code of Federal
13  Regulations defines "house banking game" in that way
14  in any way affect or cause you to change your
15  definition of "banking" or "banked card games" in your
16  report?
17        A.   No, sir.
18        Q.   Okay.  And I would assert that there is no
19  definition of "banking" or "banked card game" in
20  either the 2010 Compact -- I'm sorry.  Strike that.
21  Let me rephrase that.
22        I would assert that there's no definition of
23  the term "banked games," just "banked games" alone, in
24  the 2010 Compact, the Florida statutes, the IGRA, or
25  the NIGC regulations.  Would you agree with that?

Jimmie Ray Kilby - 6/28/2016

1      A.   I agree.  But they do provide examples.  It's

2   obvious to me that whenever they drew that

3   (indicating), they were having difficulty with the

4   definition, as well.  That's the reason they came up

5   with those examples.

6      Q.   Okay.  And by "that," you are referring to

7   what we just marked as Exhibit 4, where it says,

8   "Class II gaming does not include any banking card

9   games, including baccarat, chemin de fer, or blackjack

10  (21)"?

11     A.   Yes.

12     Q.   Or it also does not include --

13     A.   Slot machines.

14     Q.   -- "electronic or electromechanical facsimiles

15  of any game of chance or slot machines of any kind"?

16     A.   Correct.

17     Q.   So you agree with both of those?

18     A.   Uh-huh.

19     Q.   Okay.  Now, would you agree that -- well, let

20  me just show you -- we'll mark this as Exhibit 5.

21          (Exhibit 5 was marked.)

22  BY MR. ANDERSEN:

23     Q.   So Exhibit 5 is Section -- it's 25 CFR Section

24  502.4, and it's the definition of Class III gaming

25  from the Code of Federal Regulations.  Do you see

1    that?

2        A.   Yes, sir.

3        Q.   And it defines Class III gaming as, "all forms

4    of gaming that are not Class I gaming or Class II

5    gaming, including but not limited to:  (a) Any house

6    banking game, including but not limited to:  (1) Card

7    games such as baccarat, chemin de fer, blackjack (21),

8    and pai gow (if played as house banking games)"; and

9    then, "(2) Casino games such as roulette, craps, and

10   keno."

11       A.   Yes.

12       Q.   Do you agree -- and then it has (b) slot

13   machines, (c) sports betting and pari-mutuel wagering,

14   and then (d) lotteries.  Do you agree with this

15   definition of Class III gaming?

16       A.   There's -- once again, there's no definition.

17   It's just examples.

18       Q.   Okay.  Well, for example, do you agree with

19   502.4(b) where it says, "Class III gaming means" -- or

20   includes -- "Any slot machines as defined in 15 U.S.C.

21   1171(a)(1) and electronic or electromechanical

22   facsimiles of any game of chance"?

23       A.   Yes.  I agree with that.

24       Q.   Okay.  And do you agree that baccarat,

25   chemin de fer, blackjack (21), and pai gow can all be

1   played as house banking games?

2       A.   No.  Chemin de fer is a player-banked game.

3   Baccarat is the house-banked version of it.

4       Q.   So is it your position that 502.4 is

5   inaccurate?

6       A.   Based upon your -- "Any house banking game" --

7   that is not a house banking game, if that's what your

8   question is.

9       Q.   Do you know of any U.S. casinos that currently

10  offer chemin de fer?

11      A.   None.

12      Q.   Do you know of any U.S. casinos that offered

13  chemin de fer in the past?

14      A.   Yeah.

15      Q.   Who?

16      A.   The Sands, back in the '60s, which is no

17  longer there.  I take that back.  I'm not even sure

18  they offered it in the '60s.  Baccarat was introduced

19  at the Sands in the '60s.  It came from -- whenever

20  they shut down gambling in Cuba, all those baccarat

21  dealers and stuff, they came to Vegas, and the Sands

22  was the first casino to offer baccarat.

23          I have never seen a chemin de fer game.  My

24  book "Introduction to Casino Management" has got

25  probably the best chapter on chemin de fer there is.

1    I actually found one of the few people in the world
2    who dealt the game.  The guy was in Monte Carlo.  His
3    name is Billy Ray.  And I went over all of the stuff,
4    because chemin de fer is a fascinating game, but it's
5    really a -- it's more poker than it is -- it's not a
6    house-banking game.
7        Q.   Why do you say it's more poker?
8        A.   Well, the house can lose nothing on chemin de
9    fer.  The house is not at risk, and there can be no
10   house in chemin de fer.  There can be none.  You
11   cannot have a third-party chemin de fer banker.  You
12   can't do that.
13       Q.   Why not?
14       A.   Because there's no bank.  It's -- the way you
15   stage a chemin de fer game, you have to almost say,
16   "We are going to have the game at 8:00 o'clock on
17   Friday," and you have to get everybody there.  The
18   person -- and the shoe will rotate.  The banker will
19   have it until he loses it, but the banker can only bet
20   enough that's offset by the other players.  If you are
21   the banker and you want to bet $2,000 and people on
22   the other side want to bet $500, $500 is the bet.  So
23   it's very, very difficult.  And as soon as the player
24   loses, the shoe goes to the next player, and then it
25   goes to the next player, and then it goes to the next

1    player.  So you cannot operate it -- the whole idea

2    is, it's not a house-banked game.  It's player versus

3    player.

4        Q.  And on what do you base your understanding of

5    chemin de fer?

6        A.  Research and people I've talked to that are

7    experts of the game, books I've read on the subject.

8        Q.  You are talking about the dealer, Billy Ray,

9    in Monte Carlo?

10       A.  One of them.  And they also have a book -- I

11    forget the guy's name.  There's not a lot written on

12    chemin de fer.  That's the reason I wanted to talk to

13    them before they died, before the last guy was gone.

14       Q.  And so --

15       A.  Monte Carlo doesn't even offer chemin de fer

16    now.

17       Q.  I think earlier you said you went to the

18    University of Oklahoma in what year?  19- -- the first

19    time.

20       A.  '67.

21       Q.  '67.  When was the first time you went to

22    Las Vegas?

23       A.  '69.

24       Q.  Were they playing chemin de fer in Vegas in

25    '69?

Jimmie Ray Kilby - 6/28/2016

1      A.   I have never -- no.  I'm sure they weren't.

2      Q.   And you retracted your statement that they

3  played at the Sands in the '60s, so do you actually

4  know of any casino in the U.S. that offered chemin de

5  fer in the past?

6      A.   I know Atlantic City legalized it, but I'm not

7  sure they ever had a game.  It's legal in Atlantic

8  City, but I'm not aware of any time they've ever had a

9  chemin de fer -- because it's very difficult to manage

10 these games.

11     Q.   Well, that would be big news in the

12 industry -- right -- if Atlantic City -- if they were

13 playing on Friday nights at 8:00?

14     A.   I'll tell you what:  $1 will get you $100 if

15 you can find me one in Atlantic City.

16     Q.   But the point is, you would know it if

17 somebody was playing chemin de fer in a casino in the

18 United States.

19     A.   No one's going to contact me.  But I've never

20 seen it, I've never heard of it, so I'll be surprised,

21 and I'll be willing to wager that it's not happening.

22     Q.   All right.  So -- and you are aware that those

23 words appear in the Compact, the 2010 Compact?

24     A.   That's correct, which leads me to believe that

25 they also wanted to include all player-banked games,

Jimmie Ray Kilby - 6/28/2016

1    as well.  If they understood what chemin de fer was,
2    whoever drafted this wrote "chemin de fer."
3         Q.   You think they knew what -- well, let me ask
4    you this.  You just used the term -- strike all that.
5    You just used the term "player-banked games," "all
6    player-banked games."
7         A.   Yes.
8         Q.   To what are you referring?
9         A.   I'm saying this (indicating) is a
10   player-banked game.  That's the only way to think
11   about chemin de fer, as a player-banked game.  It has
12   to rotate from player to player.  That's the whole
13   idea behind chemin de fer.
14        Q.   And in your report, you wrote about games that
15   are being played in California that I think you
16   described as player-banked games; right?
17        A.   That's correct.
18        Q.   Those games were being played prior to the
19   2010 Compact in California; correct?
20        A.   That's correct.
21        Q.   Okay.  But chemin de fer wasn't being played
22   anywhere; correct?
23        A.   Not that I am aware of.  Never heard of it.
24        Q.   So the folks at the Seminole Tribe of Florida
25   and the State of Florida, they knew about what you

Jimmie Ray Kilby - 6/28/2016

```
1    describe as player-banked games in California at the
2    time that they came to the 2010 Compact, didn't they?
3         A.   I have no idea.
4         Q.   But they knew about a game called chemin de
5    fer at that time; right?
6         A.   I have no idea.
7         Q.   Well, they included it in the Compact; right?
8         A.   I don't know who included it.  It was in the
9    Compact.
10        Q.   Well, it was also in --
11        A.   As a matter of fact, I believe it's in NIGC.
12   It's in there, as well.
13        Q.   -- in Bulletin 95-1?
14        A.   I know in something in NIGC, they talked about
15   chemin de fer.
16        Q.   Well, certainly in 25 CFR 502.4, which we've
17   just marked as Exhibit 5, it's in there; right?
18        A.   Yes.
19        Q.   That's what we are talking about?
20        A.   Yes.
21        Q.   And that has the specific qualifier with
22   respect to those four games -- baccarat, chemin de
23   fer, blackjack (21), and pai gow -- "if played as
24   house banking games"; correct?
25        A.   Correct.
```

Jimmie Ray Kilby - 6/28/2016

 1      Q.    That's what it says?

 2      A.    That's what it says.

 3      Q.    And that's what they are including in the

 4  definition of Class III games?

 5      A.    That's correct.

 6      Q.    Okay.  So it's pretty clear that the Compact,

 7  in Section III(F), picked up -- III(F)(2), where it

 8  says, "Banking or banked card games, including

 9  baccarat, chemin de fer, and blackjack (21)," it

10  picked that up out of 25 CFR 502.4; isn't that right?

11      A.    That's correct.

12      Q.    And it's pretty clear that the Compact

13  intentionally deleted pai gow from the definition of

14  "covered games" in part III(F); right?

15      A.    I didn't see it in the -- yes.  I agree with

16  that.

17      Q.    Okay.  And you just made a statement that you

18  assume, because they included the word "chemin de fer"

19  in the Compact, that they intended to refer to all

20  "player-banked games," as you use that word, but you

21  don't have any evidence of what the state or the tribe

22  was thinking when they used that term, "chemin de

23  fer," in the Compact at that time, do you?

24      A.    I have no idea what they were thinking.  I'm

25  just telling you what it is.

```
 1        Q.    You are telling me what chemin de fer is?
 2        A.    That's right.  And as it applies, it cannot be
 3   a house-banked game, period.
 4        Q.    Okay.  And you are telling me it's more like
 5   poker?
 6        A.    It's similar to poker, because the house risks
 7   nothing and they provide the dealer.
 8        Q.    At the time the 2010 Compact was created, do
 9   you know of any places in the U.S. or worldwide that
10   would have been offering chemin de fer?
11        A.    No.  In my book "Introduction to Casino
12   Management," which was done in '08, I scoured the
13   earth looking for anybody.  I contacted -- I was
14   telling Joe on the break that I have -- on my
15   LinkedIn, there's between 1,100 and 1,200 people.
16   None of these people have I asked to connect with, but
17   all of them wanted to be associated with me; they all
18   have something related to gaming.  And whenever it
19   came time for my book, I started looking for anybody
20   that knew anything about chemin de fer, and there's
21   just nothing out there.
22        Q.    Okay.  And are you aware that neither the
23   Seminole Tribe nor any cardroom in Florida has
24   submitted any operational procedures to the State of
25   Florida, to the regulator, suggesting or seeking
```

**Jimmie Ray Kilby - 6/28/2016**

1    approval to offer chemin de fer?

2        A.   It would surprise me.  Whenever you have

3    baccarat -- baccarat evolved from chemin de fer.  As I

4    told you, it's very difficult to stage a game.  So the

5    question becomes, "How can we make money from this

6    thing without having opposing players?"  Well, then

7    they created rules where there's a fixed casino

8    advantage.  Back to my rules.  And now they do

9    baccarat as a house-banked version of chemin de fer.

10       Q.   So how common is chemin de fer worldwide?

11       A.   I don't think there's any game -- I've heard

12   rumors that there's some place in South America that's

13   got a game.  I don't know.  I would love to find one.

14   And I've actually tried to find some.

15           I recently -- there was a guy, this French

16   that I sent an e-mail to.  And I said, "Can you direct

17   me to any living human you know that knows anything at

18   all, that's ever operated the game, has dealt the

19   game?"  He could come up with nobody.

20           A lot of games have died through the years.

21   You'll find very few Fan Tan games.  You'll find no

22   Faro games.  Games go obsolete.

23       Q.   So in trying to understand what the tribe and

24   the state meant at the time they wrote the Compact,

25   Jim Allen in his deposition at page 101, lines 1

Jimmie Ray Kilby - 6/28/2016

1    through 3, said, "Call it the manual table games.  It
2    would be my belief that that's what we were referring
3    to when we wrote the Compact at the time."
4        A.   Say it again.  I don't understand that.
5        Q.   He said, "Call it the manual table games.  It
6    would be my belief that that's what we were referring
7    to when we wrote the Compact at the time."
8        A.   "Call it" -- what is the "it"?
9        Q.   The question was, "If the language is that the
10   tribe's authorization to conduct banking or banked
11   card games has terminated," the question was, "what
12   would you have to shut down?"
13       A.   Uh-huh.
14       Q.   And he says, "Call it the manual table games.
15   It would be my belief that that's what we were
16   referring to when we wrote the Compact at the time."
17       A.   That sounds reasonable.
18       Q.   Would you agree with that?
19       A.   Yes.
20       Q.   I think in the earlier form of that same
21   question, he was asked, "Assume that the 60-month
22   period has expired and the tribe needs to shut down
23   its Class III banking or banked card games, what
24   games, in your mind, will need to be shut down?"
25   "Ultimately, the games, from my viewpoint, that are in

Jimmie Ray Kilby - 6/28/2016

1    question are the baccarat, the blackjack, you know,

2    the pai gow poker, those types of games."

3        A.    Correct.

4        Q.    Does that make sense to you?

5        A.    Yes.

6        Q.    So those two answers are on page 101 of

7    Mr. Allen's testimony.  Does that -- you would agree

8    that that's what would need to be shut down?

9        A.    I agree.

10       Q.    Okay.  And can you kind of look back at

11   Exhibit 2 to this deposition.  And I think what he was

12   saying is that it's these table games that would need

13   to be shut down if the tribe was going to be required

14   to shut down banking or banked card games.  Would you

15   agree with that?

16       A.    I would, except for the pai gow tiles.  I

17   don't know exactly how that works.

18       Q.    Okay.  Yeah.  Okay.  And earlier, when you

19   said "banking" or "banked card games" under the

20   Compact is what they call table games out in Vegas,

21   that's consistent with Mr. Allen's testimony and what

22   you just said, that these are the games that would

23   need to be shut down if the authorization to offer

24   banking or banked card games expires?

25       A.    I agree.

Jimmie Ray Kilby - 6/28/2016

1    Q.   So now -- earlier, you were talking about NIGC
2  Bulletin 95-1 --
3    A.   Uh-huh.
4    Q.   -- which, again, I think is a document that
5  you referenced as -- it's behind tab 28 in your binder
6  there.  And I guess my question is:  Does Bulletin
7  95-1 -- did this influence your definition of
8  "banking" or "banked card game" in your report that
9  I've been asking you about?
10   A.   My definition?  No.
11   Q.   Okay.  Why not?
12   A.   Why would it?  All this thing tells you is,
13  basically, that player-banked games are banked games.
14  That's what I got out of this thing.
15   Q.   Okay.  So is this Bulletin 95-1, is this the
16  authority you rely on for that proposition that you
17  just made?
18   A.   The definition?
19   Q.   No.  For the proposition that you just stated,
20  that player-banked games are banked card games.
21   A.   Yes.  That's correct.  Basically, it attests
22  to what I believe:  A player-banked game, regardless
23  of who does the banking, is a banked game.
24   Q.   So are you relying on 95-1 for your opinion,
25  or are you just saying that 95-1 supports what you

Jimmie Ray Kilby - 6/28/2016

1    believe?

2        A.    It supports what I believe.

3        Q.    So your belief is independent from 95-1?

4        A.    Yes.

5        Q.    Okay.  And would you agree with me that 95-1

6    is an advisory opinion that is more than 21 years old,

7    that the NIGC has backed away from almost immediately

8    after issuing it, and that the facts and circumstances

9    that have occurred since would support the notion that

10   Bulletin 95-1 has no authority in gaming today?

11       A.    I'm not aware of that at all, but

12   player-banked games are still banked games.

13       Q.    So you don't have any opinion at all on

14   whether 95-1 is accurate?

15       A.    I'm not -- well, on the face of it, I have to

16   assume it's accurate.  Now, you've told me there's

17   material out there that disagrees with it.  I'm not

18   going to disagree with you and tell you you are wrong,

19   but based on the information I have, it's accurate.

20       Q.    Okay.  But you are not putting any weight into

21   it in terms of supporting your opinion; is that

22   correct?

23       A.    No.

24       Q.    It's not correct?

25       A.    No.  Now, my opinion as to the definition?

Jimmie Ray Kilby - 6/28/2016

1   Are we back to definition of "banking games"?

2       Q.   Yes.

3       A.   No.  This will not influence my definition at

4   all.  If this case had not came (sic) up and someone

5   said, "Jim, I want you to think of the definition of a

6   banked game," I would have came (sic) with those four

7   points.

8       Q.   Would you have gone to Bulletin 95-1 to come

9   up with those four points?

10      A.   No.  Anybody with any experience in gaming --

11  if you just look at the game, after a while, you are

12  going to realize, "Hey, wait a minute.  This is how a

13  banked game works."

14      Q.   So I'm going to take you --

15          MR. ANDERSEN:  Let's mark that as Exhibit 6, I

16  think.

17          (Exhibit 6 was marked.)

18  BY MR. ANDERSEN:

19      Q.   Do you have that, Exhibit 6?

20      A.   Yeah.

21      Q.   Okay.  I'm going to refer you to the last

22  paragraph.

23      A.   Okay.

24      Q.   Do you see where, in the last paragraph, it

25  says, "To further clarify the distinction between

**Jimmie Ray Kilby - 6/28/2016**

1    Class II gaming and Class III gaming, the NIGC defined
2    'house banking' to mean 'any game of chance that is
3    played with the house as a participant in the game,
4    where the house takes on all players, collects from
5    all losers, and pays all winners, and the house can
6    win." And it cites 502.11. We covered that earlier;
7    right?
8        A.   Yes.
9        Q.   And it says, "The NIGC adopted the commonly
10   understood definition of a banking game"; is that
11   right?
12       A.   Yes.
13       Q.   Do you think that's a -- that was a true
14   statement in 1995, that that was the commonly
15   understood definition of a banking game?
16       A.    In 1995, that would be the definition -- well,
17   once again, it's incomplete. It's incomplete. I
18   mean, yes. Those are all components of it, but
19   there's more. There's the casino advantage, which is
20   not included. So yes, what they've said is correct,
21   but they didn't tell you enough.
22       Q.   And so when you say there's more --
23       A.   Yeah.
24       Q.   -- you say there's the casino advantage. What
25   else?

Jimmie Ray Kilby - 6/28/2016

1      A.   I told you the test, but the casino advantage
2  would be the thing -- there has to be -- in order for
3  a banked game, there has to be some sort of reward.
4  It has to be commercial.  So there has to be a casino
5  advantage.  You have -- the rules are fixed.  The
6  dealer makes no decisions, which -- that's not there.
7  To be more complete, they should include my -- my
8  verbiage.
9      Q.   Okay.  So when you said you told me the test,
10 you are talking about the four-point test?
11     A.   The four points.
12     Q.   Two of which were in your report and the
13 numbers 3 and 4 that you added today?
14     A.   Yes.
15     Q.   Okay.  So then it says in that last paragraph,
16 "In the view of the NIGC, the reference to the 'house'
17 is not limited to the gaming operation, but refers to
18 anyone who is a participant in the game, takes on all
19 players, collects from the losers, and pays to the
20 winner."  It says, "However, the NIGC recognizes that
21 the reference to the 'house' may be confusing" -- "the
22 reference to the 'house' may be confusing."
23     A.   Uh-huh.
24     Q.   "Therefore, the NIGC intends to amend sections
25 502.4 and 502.11 accordingly."  Okay?

Jimmie Ray Kilby - 6/28/2016

```
 1        A.   Okay.
 2        Q.   Isn't it true that 21 years later, the NIGC
 3   has never amended sections 502.4 or 502.11?
 4        A.   I do not know.
 5        Q.   Have no idea?
 6        A.   No.
 7        Q.   Haven't researched that in relation to your
 8   work on this case?
 9        A.   No.
10        Q.   It's totally irrelevant to your work on this
11   case?
12        A.   It's not going to change what I told you.
13   What I told you is facts.
14        Q.   Is it relevant to this case?
15        A.   It could be.
16        Q.   But you didn't research it?
17        A.   No.
18        Q.   Okay.  Are you familiar with the June 6, 1995,
19   letter from the Chairman of the NIGC to the Agua
20   Caliente Band of Cahuilla Indians in Palm Springs,
21   California, with respect to Bulletin No. 95-1?
22        A.   I may have -- let me see it.
23        Q.   I'm going to ask the court reporter to mark
24   this as Exhibit 7, and I'm going to do what you just
25   asked.  I'm going to let you see it.
```

Jimmie Ray Kilby - 6/28/2016

1          (Exhibit 7 was marked.)

2          THE WITNESS:  I think I've seen this.  I've

3     read this before.  Not with this case, but I've read

4     this before.

5     BY MR. ANDERSEN:

6          Q.   Do you have a recollection of when or where or

7     what context you read this in before?

8          A.   I do not.  I did some consulting before for a

9     cardroom in Northern California, in Livermore, and

10    they had -- that was my first experience with it.  It

11    could have been -- it would have been in '09 or 2010

12    or something.  I don't remember.

13         Yeah.  This talks about -- this (indicating)

14    didn't amend, in my opinion, this (indicating).  This

15    talks about pai gow, pai gow poker, pan 9, and other

16    games "are played using the above-described betting

17    format," but this is the one where it actually

18    rotates.

19         As I remember -- as I remember, I had a friend

20    of mine who was an executive at the Bicycle Club in

21    this era, and I remember going to what they called --

22    what did they call it -- anyway, an Asian game.  These

23    are all Asian games.  This is long before the advent

24    of the third-party banker or player banker, whatever

25    you want to call it.  And these players were actually

Jimmie Ray Kilby - 6/28/2016

1   playing against one another.  So I remember that.

2       Q.   So would you agree that the games referred to

3   in the California state court decisions referred to --

4   regarding those games, which are pai gow, pai gow

5   poker, and pan 9 --

6       A.   Uh-huh.

7       Q.   -- those are good examples of games that were

8   not banking games based upon the California law at the

9   time and the way they were played?

10      A.   Well, pai gow is a banking game.  I don't know

11  how these games are played.  I would have to have seen

12  exactly the rules of play at the time.  But the way to

13  play pai gow now in casinos, you can change the rules;

14  you can modify the rules, so I do not know.

15      Q.   And one of the key features is what you just

16  said a second ago, that the button rotates?

17      A.   Well, it's one of them.  It's one of the

18  things.  It says here it has to rotate.

19      Q.   Are there other key features that you believe

20  make this letter correct that these games were not

21  banking card games?

22      A.   No.  I can't think of any other features.

23      Q.   Do you see the paragraph that's indented on

24  both sides?  It says, "The position of the dealer

25  rotates systematically among the players and each

**Jimmie Ray Kilby - 6/28/2016**

1  player has the opportunity to act as the dealer for

2  two consecutive rounds."  You see that, that

3  paragraph?

4       A.   Yes.

5       Q.   And it has other features:  "The player/dealer

6  makes the initial bet, and the other players bet

7  against him."  You see that?

8       A.   Yes.

9       Q.   And it says, "The player/dealer pays off

10  winners and collects from losers, but only until the

11  player/dealer wins or loses his initial wager."

12       A.   Uh-huh.

13       Q.   Yes?

14       A.   Yes.  Correct.

15       Q.   And then it says, "Thereafter, the round of

16  play terminates even though there are remaining

17  players at the table who have winning or losing

18  hands."

19       A.   Which I don't understand, but that's what it

20  says.

21       Q.   And then it says, "Accordingly, the

22  player/dealer is not required to pay all winners, and

23  the player/dealer may only collect from losers up to

24  the amount the player/dealer wagered."

25       A.   Confusing.

Jimmie Ray Kilby - 6/28/2016

1    Q.   My question to you is:  Under what's described
2  there, which is an excerpt from the City of Bell
3  Gardens case, would you agree that that is not a
4  banking card game?
5    A.   No.  It is a banking game.  You are playing
6  against an opponent and he has a mathematical
7  advantage.  The dealer is going to execute -- this is
8  back to my test.  Regardless of what this says --
9  well, let's talk about pai gow, the games I'm familiar
10  with.  Pai gow poker would certainly be -- I think
11  pai gow would certainly be a banking game.  I just
12  think all this thing says is that, "We are going to
13  allow these banking games in this casino."
14    Q.   Well, let's go to the top of the second page
15  of Exhibit 7.  It says, "To the extent that pai gow,
16  pai gow poker, pan 9, and other card games (excluding
17  blackjack, chemin de fer, and baccarat) are played
18  using the above-described format, it is the view of
19  the NIGC that such games are not banking games as that
20  term has been defined in the regulations of the NIGC."
21  Are you taking issue with that statement?
22    A.   I disagree with it, so I guess I will be
23  taking issue.  Yeah.
24    Q.   Okay.  And does this Exhibit 7 --
25    A.   Let's go on with that.  It says, "if a rule

Jimmie Ray Kilby - 6/28/2016

1   change (for pai gow) permitted a player" -- the same
2   game -- "to take all comers, pay all winners, and
3   collect from all losers, the game would, under
4   Sullivan, be a banking game."  So in some way, they've
5   configured this game.  I don't know exactly how
6   they've done it, and I don't know how anyone would
7   play a game if you've got a wager up and you are not
8   going to get paid.  So that's -- when it says here,
9   "Accordingly, the player/dealer is not required to pay
10  all winners," you know, that's -- why would you play a
11  game that if you win, you don't get paid?
12       Q.   Okay.  So is it your position that this
13  Exhibit 7 does not inform in any way or cause you to
14  want to amend your definition of "banking card game"?
15       A.   I'm even more sold on my definition after
16  this.  They should have came (sic) to me before they
17  did all of this stuff, and we wouldn't be here today.
18       Q.   Who is that?
19       A.   Whoever did the -- wrote all this stuff.  I
20  would have been able to straighten them out years ago.
21       Q.   Are you talking about NIGC --
22       A.   All of them.
23       Q.   -- or the tribe or the State of Florida?
24       A.   The whole bunch.
25       Q.   All three of them?

Jimmie Ray Kilby - 6/28/2016

1      A.    Yeah.  Yeah.  It's not really that

2   complicated.  I mean, we are trying our best to make

3   it -- it's not complicated.  It's really not.  Can I

4   add something?  This thing (indicating), I read, but

5   this thing (indicating) says it's certainly -- you

6   know, "if a rule change (for pai gow) permitted a

7   player to take all comers, pay all winners, and

8   collect from all losers, the game would be a banking

9   game," which is exactly how the games in Florida

10  operate.

11     Q.    Did you study at all the cardroom rules under

12  the Florida Administrative Code?

13     A.    No.

14     Q.    Do you have any opinion as to whether the

15  cardrooms in Florida where you observed the

16  designated-player games were in compliance with the

17  promulgated regulations under the Florida

18  Administrative Code?

19     A.    No, sir.  My objective was to opine on whether

20  those are banking games or not, and so I did not

21  compare that with the Code.

22     Q.    So you -- do you have any opinion at all on

23  whether the regulator in Florida authorized the games

24  to be played the way that you observed them?

25     A.    I do not know.

Jimmie Ray Kilby - 6/28/2016

1      Q.   Are you familiar with the administrative
2   proceedings that the State of Florida has brought to
3   shut down the designated-player games that are not
4   being played in conformance with the Florida
5   Administrative Code?
6      A.   I'm just aware of it.  I haven't read the
7   particulars.
8      Q.   I want to try to understand your definition of
9   "banking card game" a little better, so let me ask you
10   a couple of questions.  And I want to get it in front
11   of me so I can see numbers 3 and 4.  There they are.
12          So if a person is using perfect basic strategy
13   in blackjack, do you believe that person is more
14   skilled than the typical blackjack player?
15      A.   Correct.
16      Q.   Okay.  And do you believe that there are many
17   skilled ways of playing blackjack?
18      A.   Many skilled ways?  There's one basic
19   strategy.  There's degrees of errors that players
20   make.  We've figured that the average player plays to
21   the disadvantage of about 1.25 percent worse than
22   basic strategy.  At least that's what I say in my
23   seminars.  But it's plus or minus 0.9, so it's all
24   over the board.
25      Q.   Okay.  So I think I'm following you with

Jimmie Ray Kilby - 6/28/2016

1    respect to basic strategy.  Okay?

2       A.    Uh-huh.

3       Q.    But in addition to basic strategy, are there

4    players who have skill and knowledge by observing the

5    game in a perfectly legal way that can give them --

6    make them a better player than just following perfect

7    basic strategy?

8       A.    The game can be beaten, and card counters beat

9    the game.  However, back to our banking game.  I said

10   that a casino advantage -- probably a better word

11   there would be an assumed casino advantage.  If you

12   sat down at our table and if we've identified you as a

13   card counter, we are not going to let you play.  But

14   every player that sits down, we assume or perceive

15   that they have a -- we have an advantage; otherwise,

16   why would we operate the game?

17      Q.    Okay.  And from the perspective of the player,

18   if they didn't think they could beat the game, why

19   would they play the game?

20      A.    Why do I bet the lottery?  You know, you are

21   going to have the -- it's entertainment.  It's a

22   moment to dream, you know.  Why did I play?  That's

23   just what people do.

24      Q.    Well, would you agree that there's a continuum

25   of skill and there's no fixed point on that continuum

Jimmie Ray Kilby - 6/28/2016

1  at which skill at blackjack stops and the play becomes
2  something else?
3      A.    Skill -- you mean -- "skill stops."  I don't
4  understand that.  Give me an example.
5      Q.    Well, you used the term "card counters."
6  Okay?
7      A.    Uh-huh.
8      Q.    Can you name some other methods of skill that
9  players can legally use to gain an edge over the
10 house?
11     A.    We are talking about advantage play.  Yeah.
12 There's a lot of things that people do.  Many of them
13 are cheating.  There could be errors by the casino.
14 Back whenever I was dealing and in operations, back in
15 the -- actually, whenever I supervised back in the
16 early '80s, you know, we used to peek at the "hole"
17 card.  If you look at a 21 game, there's all kinds of
18 invasions.  We are trying to make things better.  As a
19 matter of fact, in my book, I show you -- we go
20 through the shoe, we start dealing face-up, things
21 that we do.  We find errors, and we try to plug them.
22         Back in the early '80s, a lot of players out
23 there were what we called spooking.  Like, you've got
24 a table here, and whenever the dealer looks at his
25 "hole" card and he looks at it in a sloppy way,

Jimmie Ray Kilby - 6/28/2016

1  someone opposite can see and identify the card, and
2  they will telegraph to some player at the game the
3  value of that "hole" card.  Now, if you've got a --
4  it'll help you play the hand, so, basically, you know
5  what card the dealer has.
6       Mr. Jacobson was involved in a lawsuit over in
7  Great Britain, Phil Ivey, which -- you know, it was a
8  baccarat thing, but it's more of a -- it's more of
9  a -- it was a manipulation over in -- but the players
10  do all kinds of stuff in order to -- you know -- and
11  some of it's legal; some of it's illegal.
12       Q.   What are the legal methods of skilled play?
13       A.   I don't think anything's really legal,
14  certainly not in Nevada.  If we identify you that you
15  are spooking although the dealer is making a mistake,
16  we are going to throw you out of the casino.  And if
17  you are in conspiracy with someone at the game, we are
18  going to arrest both of you.  So I'm not aware of
19  anything that's actually legal as far as -- the only
20  advantage play that I can think of as legal is card
21  counting.  Possibly, you know, location, you know, the
22  areas of the deck, identifying -- that would be legal,
23  you know, when we mis-shuffle the cards and whenever
24  they cut it, they cut it at a point that they know
25  they are going to cut to a certain area of the deck or

1   something like that.

2        Q.   So describe what you mean by card counting as

3   legal.

4        A.   Well, I'm not aware of anywhere in the world

5   where card counting is illegal.  You are just using

6   your head to play the hands.

7        Q.   Yeah.  Okay.  And describe what you understand

8   card counting to be.

9        A.   Well, it goes back to, I think, 1961.  The guy

10  Edward Thorp wrote a book called "Beat the Dealer."

11  And they found, by removing certain cards from the

12  deck, it either increases the casino's advantage or it

13  increases the player's casino.  They identified the

14  cards that you would like most to be out of the deck

15  would be 5s.

16        One of the earliest card counting systems out

17  there was called a 5s Count.  And what you try to

18  identify is whenever there's a shortage of 5s.  And

19  this is back in the days of single deck.  And there

20  should be one 5 for every 13 cards.  So if there's

21  13 cards gone and there's two 5s gone, guess what?

22  You've got a shortage of 5s in the remaining cards.

23  But that's it.  We are looking for opportunities when

24  there's a surplus of large cards, large cards being 9,

25  10, and ace.  Well, ace is not a large card, but it's

Jimmie Ray Kilby - 6/28/2016

1    a -- it's a card that you want to have in the deck.

2         Q.   And what do you do when there's a surplus of

3    large cards?

4         A.   Well, you have an advantage and you bet more.

5         Q.   The player has an advantage over the dealer?

6         A.   Yeah.  If the player is a card counter, that's

7    what he is looking for, these situations where he has

8    an advantage, and he'll bet more, and whenever there's

9    a disadvantage, he'll bet less.

10        Q.   Okay.  So you would agree that a player can

11   get the edge over the house in blackjack by card

12   counting?

13        A.   That's correct.

14        Q.   And you would also agree that a player can get

15   the edge over the banker in blackjack by card

16   counting?

17        A.   That's correct.  Now, for what it's worth, we

18   now have technology that basically makes it that you

19   can't do that, because now we have continuous

20   shuffling shoes.  The only way you are able to card

21   count is you have a selection without replacement.

22   You are taking cards out that you are not putting back

23   in.  For instance, if the first hand dealt all four

24   aces leave in a single deck, you are not going getting

25   any blackjack in the remainder of that deck.  But now

Jimmie Ray Kilby - 6/28/2016

1    we have continuous shuffling shoes.  There is a slight
2    reservoir of most these shoes.  Maybe they have them
3    now where they don't have a reservoir.  But if I was
4    in management again, I would have all continuous
5    shufflers.
6         Q.   Okay.  So if a -- under your definition of a
7    "banked game," if an ordinary player is playing
8    blackjack and you can see that they are using perfect
9    basic strategy, is that ordinary player playing a
10   banked game?
11        A.   Yeah.  The game's banked.  Yes.
12        Q.   Okay.  So if a card counter is playing
13   blackjack in a casino and he has the edge over the
14   house because of his skill, is he playing a banked
15   card game?
16        A.   Yes.  He is.  He is playing a banked game
17   because the game -- we assumed we had an advantage.
18   That is, blackjack is a game where we assume we have
19   an advantage.  Yes.  He is playing a banked game.  It
20   does not turn from a banked game to a non-banked game
21   based upon his skill.  It's still a banked game.
22        Q.   And so it's your position that even if a game
23   where a skilled player using legal methods can gain an
24   edge over the house or the bank, that game still meets
25   your definition of "banked game"?

Jimmie Ray Kilby - 6/28/2016

1      A.   Yes.  Unless you throw in the word "assumed"
2    or "perceived," yes, it does.
3      Q.   Where do you want me to put that word?
4      A.   We'll now say the casino advantage -- it'd be
5    an assumed casino advantage.  The only game out there
6    where the player can actually have an advantage short
7    of an error -- there are times when there's math
8    errors whenever the games get approved, but it was
9    perceived before we put it on the floor.
10        There was a game in the Golden Nugget in
11   Las Vegas.  They put it there for a 90-day trial.
12   They screwed up on the math.  But when the game went
13   on the floor, it was a "perceived" or "assumed" casino
14   advantage, and all of those -- all those factors I
15   mentioned apply.
16     Q.   So you are going to amend section II of your
17   definition of "banked card game," and you are going to
18   say --
19     A.   An "assumed" or "perceived" casino advantage.
20     Q.   -- "The player or players have an assumed
21   negative expectation, and the banking entity has an
22   assumed positive expectation"?
23     A.   Exactly.  Yeah.
24     Q.   All right.  We are going to make that
25   amendment to your -- and do you offer that right now

Jimmie Ray Kilby - 6/28/2016

1    as an amendment to your report?

2         A.   Yes.  I do.  And once again, we now have

3    technology that can make it so that there's -- you

4    know, where the player -- the only game that -- card

5    game I'm aware of where the player can actually turn

6    the odds to his advantage is blackjack.

7         Q.   Well, are there methods to get an edge over

8    the house in a baccarat game?

9         A.   Not without cheating.  I guess you could.  You

10   could bet the tie.  If you waited for an opportunity

11   where the last 100 cards in the shoe are all 10s,

12   there's a good chance the hand is going to end up 0-0,

13   but these are all -- it's going to happen once every

14   thousand years.

15         There's been research done.  I remember

16   talking to Peter Griffin.  He was an authority on it.

17   And they've never identified a counting system that

18   can overcome the game of baccarat.

19         Q.   Are you familiar with the game offered in

20   Nevada in the 1960s -- or actually all blackjack games

21   offered in Nevada in 1960s where there was a player's

22   edge of 0.02 percent using perfect basic strategy?

23         A.   That's correct.  Yeah.

24         Q.   Was that a banked game?

25         A.   Yes.  It was, because it was an assumed casino

Jimmie Ray Kilby - 6/28/2016

1    advantage.

2        Q.   How does that meet your definition of "banked

3    game"?

4        A.   Because it was -- whenever we put the game on

5    the floor -- back in the '60s, the casinos, believe it

6    or not, did not know what their edge was, until Thorp

7    did his research.  But they knew -- somehow the games

8    won, so they knew they had a casino advantage.  A

9    casino would not operate -- offer a game on the floor

10   unless there was a perceived or assumed casino

11   advantage.  I'm not aware of any casino out there

12   that's nonprofit.

13       Q.   So your assumption is that players are

14   generally making wrong or bad decisions and casinos

15   are always making right or correct decisions in terms

16   of information?

17       A.   It's fixed.  The casino -- you are playing

18   against a fixed set of rules.  Now, we can go to the

19   Nevada Gaming Control website now and look at the last

20   month's win, and you are going to find out that all

21   those games won statewide, yes, we have an advantage

22   from most players.  We would not put anything -- if

23   there was one player in 1,000 that could win and

24   999 players couldn't, we are going to put that game on

25   the floor.

Jimmie Ray Kilby - 6/28/2016

1    Q.   Okay.  And when the casinos in Nevada were
2    wrong in the '60s and blackjack actually had a
3    player's edge, you are saying that was still a banked
4    card game because the casinos assumed they had the
5    edge?
6    A.   Yes.  What else could it be?
7    Q.   So in that case, the casino was acting on
8    wrong information, had a false assumption, but still
9    you are saying that meets your definition of a "banked
10   game"?
11   A.   It meets my definition, but they were not
12   operating on a false assumption.
13   Q.   Why not?
14   A.   Because they didn't know what the advantage
15   was.  They knew they had an advantage.  They knew they
16   had an average advantage.  Back in the early '60s,
17   casinos didn't even believe that they could be beaten.
18   So if you talked to a casino executive back in the
19   early '60s, before Thorp's book came out, if you said,
20   "Do you have the casino advantage," they were always
21   going to tell you, "Yes.  We do."  So as far as my
22   tests go, they would tell you, "Yes.  We do."
23   Q.   Okay.  So when did you decide -- I guess just
24   in this deposition is when you decided to amend that
25   section II?

Jimmie Ray Kilby - 6/28/2016

```
 1        A.   No.  Actually, I thought of it several days
 2   ago, but I didn't want to go through the whole thing,
 3   but it will be assumed.
 4        Q.   Let's pause for just a second.  Is there
 5   anything else in your report that you've had thoughts
 6   about, that you would amend as we sit here?  Can you
 7   give me a heads-up on that?
 8        A.   I cannot.
 9        Q.   You don't have anything else in your report --
10        A.   Not at all.
11        Q.   -- that you would amend?
12        A.   No.
13        Q.   You are sticking with everything else in your
14   report?
15        A.   Until something else comes up that I think
16   there can be further clarification.  But right now,
17   I'm not aware of anything that needs further
18   clarification.  I'm trying to make it as accurate as
19   possible.  Once again, a "banked game" -- those of us
20   in the industry don't have difficulty with it.  We
21   never talk in terms of this.  So it takes me a while
22   to think in terms of --
23        Q.   Do you know whether the Seminole Tribe uses
24   continuous shuffling shoes?
25        A.   I do know.  I would imagine they do, but I do
```

**Jimmie Ray Kilby - 6/28/2016**

1    not know.

2         Q.   Why would you imagine they do?

3         A.   Well, it's -- okay.  We want to make as much

4    money as we can from a game.  Whenever you shuffle,

5    what do you do?  You turn that game off.  So we are

6    always trying to find ways in order to speed up the

7    game.  If you are playing a slot machine for

8    15 minutes now and we unplug and say, "Hey, how are

9    you doing?"  If the person is going to play for

10   15 minutes, there's no revenue being generated, so --

11   and we do have a problem with card counters.  We have

12   a problem with ace locators, so -- and the continuous

13   shufflers basically shut all that stuff down.  I'm

14   sure they have some.

15        Q.   "Some"?  What do you mean by that?

16        A.   I mean I'm sure they have some on the floor.

17        Q.   Okay.  You mean some percentage of their table

18   games use continuous shufflers?

19        A.   That's correct.

20        Q.   What percentage?

21        A.   I don't know.  I wouldn't have a clue as to

22   what percentage.

23        Q.   Okay.  So you are just speculating that they

24   have some because you think it allows them to make

25   more money?

1   A.   That's the reason.  And it protects them.

2   There's game protection, too.  There's two sides of

3   this thing.  No. 1, you get more hands per hour, and

4   No. 2, your threat of card counting, your threat of

5   ace location, your -- it's over.

6   Q.   Okay.  So -- trying to understand your

7   definition of "banked card game."  If a game is put

8   into a casino where the game design is flawed so that

9   the player has an edge with a fixed strategy, but some

10  players don't play with an edge, is that a banked card

11  game?

12  A.   It was assumed at the time they put it on the

13  floor.

14  Q.   So that's your amendment to section II?

15  A.   Yeah.  There was a game in -- it was called

16  Twisted Jack, at the Golden Nugget.  And what they do

17  in Nevada, whenever you come up with a new game, they

18  used to -- you could get anybody you wanted to do the

19  math.  It was before the days of GLI.  And so they had

20  a professional at UNLV -- it was not me -- who did the

21  math on it, and they put the game on the floor, and it

22  lasted less than eight hours.  There was a team of

23  statisticians in Vegas that would review these games

24  mathematically before they'd put them on the floor,

25  looking for flaws.  But when that game was put on the

Jimmie Ray Kilby - 6/28/2016

1   floor, it was presented to the Gaming:  "We have a

2   mathematical advantage.  Here's the numbers.  Here's

3   our advantage," but it turned out it wasn't true, and

4   it made it eight hours, and you've never seen any more

5   Twisted Jack in Las Vegas.

6       Q.   So let me ask you this.  You referred to card

7   counting as legal because it's a skill; right?

8       A.   Yes.

9       Q.   Are there other methods of skilled or

10  advantage play where players can legally get an edge

11  over the house?

12      A.   An edge?  No.

13      Q.   What about hole-carding?

14      A.   Once again, in Nevada we are going to arrest

15  you over that.  It depends on the jurisdiction.

16      Q.   Describe to me what you understand

17  hole-carding to be.

18      A.   It's whenever they try to catch -- probably

19  somebody at third base will catch the value of the

20  card being put under the -- the card, the up card.

21      Q.   And is that legal or illegal?

22      A.   Well, we'd have to talk to Nevada, but I know

23  in Nevada it's pretty tight there.  I know we'd throw

24  that person out.  We would not let that person play,

25  put it that way.

Jimmie Ray Kilby - 6/28/2016

1    Q.    That would be a house rule?

2    A.    Yeah.  The minute we discover that a person is

3   hole-carding or doing anything to gain an edge, we are

4   going to throw him out.

5    Q.    Is it the Nevada Gaming Commission that

6   determines whether things like that are legal or

7   illegal?

8    A.    No.  The casinos can do it.

9    Q.    I know the casino can ask a player to leave.

10    A.    Yeah.

11    Q.    But in terms of being legal or illegal in

12   Nevada, who is the authority on that?

13    A.    I would imagine the Gaming Control Board.

14    Q.    And do you know whether hole-card play is

15   legal in Nevada?

16    A.    I do not know.

17    Q.    Are you familiar with a 1996 decision on that

18   issue?

19    A.    I do not know.

20    Q.    Okay.  How about shuffle tracking?

21    A.    Well, we talked about shuffle tracking.  No.

22   That's not illegal.  And that's whenever they cut --

23   that would not be illegal.

24    Q.    To be clear, shuffle tracking is illegal; it's

25   a legal method of skilled play?

Jimmie Ray Kilby - 6/28/2016

1      A.   Let's say it's not illegal.

2      Q.   And how about ace sequencing?

3      A.   Ace location?  Yeah.  It's -- unfortunately,

4    I've been on the losing end of that one.  I know

5    exactly what it is.  It's legal, but it's because of

6    errors in the casino shuffling, you bring it on

7    yourself.

8      Q.   And so in the context -- so all of those

9    things -- I know on hole-carding, you are saying you

10   don't know whether it's legal or illegal in Nevada,

11   but --

12     A.   If there's more than one person involved, it's

13   going to be illegal.

14     Q.   My question is:  If one player, playing by

15   himself, is doing any of those things legally --

16     A.   Yeah.

17     Q.   -- and gains an edge over the house, does that

18   make -- is that a banking or banked card game or not?

19     A.   You are talking about the individual.  I'm

20   talking about the game.  The game, regardless of who

21   sits down, we have an assumed casino advantage.

22     Q.   Okay.  So what about the game of baccarat?

23   Would you say that that is a banking or banked card

24   game?

25     A.   It's a -- yes.

Jimmie Ray Kilby - 6/28/2016

1    Q.    Okay.  Your fourth point under your definition
2  is that "The entity acting as the banker always acts
3  last."
4    A.    Correct.
5    Q.    Is that true in baccarat?
6    A.    I think so.  He is either going to pay the bet
7  or take the bet.
8    Q.    Isn't it true that in baccarat, a player can
9  wager on either the player, the banker, or a tie?
10   A.    Once again, the last -- the person that acts
11  last is either going to pay that wager that you made
12  or take that wager that you lost.
13   Q.    So when you say "acts last," what do you mean?
14   A.    What I just told you.  They are going -- an
15  act could be either give a card, take a card, scoop a
16  hand, pay a bet, take a losing bet.  That is an act.
17  But the banker does it, only the banker.
18   Q.    So when you say, "The entity acting as the
19  banker always acts last," you are not talking about
20  decisions that affect the outcome of the game; you are
21  including things like --
22   A.    Playing the game.
23   Q.    -- paying --
24   A.    Yes.
25   Q.    -- or -- paying winners or -- paying losers --

Jimmie Ray Kilby - 6/28/2016

1    I'm sorry -- paying winners or --
2         A.    Collecting from losers.
3         Q.    -- collecting from losers?
4         A.    Yes.  That's correct.
5         Q.    You are saying that's an act in the game?
6         A.    Yes.  It is.
7         Q.    How about in baccarat?  Are there methods to
8    get -- legal methods to get an edge against baccarat?
9         A.    Not that I am aware of.  Well, if you have --
10   I know that Bill Zender's written some stuff where
11   the -- they identify the bottom card, and then they
12   try to cut to it so they know the value of the card,
13   but these are all -- once again, we are going to throw
14   the person out that does that.  But that would be a
15   way it could be done.  Yeah.  And as far as that --
16   you may be talking about playing sorts, which is what
17   the lawsuit over in Great Britain with Ivey --
18        Q.    I'm sorry.  I'm listening to you.
19        A.    I forgot what I was saying.
20        Q.    You were talking about the lawsuit in
21   Great Britain.
22        A.    Yeah.  There was a game called sorts, where
23   they -- he didn't get paid.  It was, like, $9 million.
24   He didn't get paid, so I don't think you could argue
25   that it's legal if they are not going to pay somebody

**Jimmie Ray Kilby - 6/28/2016**

1    $9 million.

2        Q.   Well, the allegation in the Phil Ivey case was

3    something along the lines of edge sorting.  Is that

4    what it's called?

5        A.   That's correct.

6        Q.   Is edge sorting legal or illegal?

7        A.   Well, I know that there's a lawsuit in

8    Atlantic City over Phil Ivey, as well.  It would

9    probably -- listen, when I first started dealing in

10   1969, we were aware of edge sorting, and whenever we'd

11   shuffle the cards, we'd spin the deck so it wouldn't

12   happen.  Nowadays, with continuous shuffling shoes and

13   all of this stuff, now they got to the point that we

14   don't need to do this.

15        Well, the problem with Ivey -- we'll do

16   anything for a big player, and basically they

17   prostituted themselves.  They went ahead and --

18   "Whatever you want, sir, we are going to let you do

19   it."  So basically he manipulated the deck from the

20   outside.  He never touched the deck, but it was

21   manipulated.  As far as being against the law, I don't

22   know.  I'm not an attorney.  But they didn't pay, and

23   I'm not aware of the status of the suit in Atlantic

24   City.  Are you aware of that one?

25        Q.   I've just read about the case.

Jimmie Ray Kilby - 6/28/2016

1      A.   Is this still pending?  I don't know.

2      Q.   I believe in Atlantic City they paid him and

3  he left.

4      A.   But they are trying to get it back; right?

5      Q.   I don't know.

6      A.   That's the issue, I believe.

7      Q.   And I believe in Great Britain, they withheld

8  $12 million of winnings from him.

9      A.   Yeah.  Something like that.  Yeah.

10     Q.   But wouldn't you agree that whether or not the

11 casino pays the player the winnings is not in any way

12 determinative of whether the player's method of play

13 was legal or illegal?

14     A.    It's still a banking game.  It's still a

15 banking -- there's no way you are not going to make

16 this a banking game.  If a player finds a way to -- by

17 some means, to cheat us or do whatever --

18 advantage-play us, it's still a banking game.  And as

19 soon as we identify what that player is doing, we are

20 going to fix it.  No casino out there is going to

21 allow themselves to lose their casino advantage if

22 they are aware of it.

23         MR. ANDERSEN:  Okay.  Well, I was thinking we

24 should take a break for lunch.

25         (The luncheon recess was taken at 1:05 p.m.)

Jimmie Ray Kilby - 6/28/2016

1  SAN DIEGO, CALIFORNIA; June 28, 2016; 2:09 p.m.

2

3          (Exhibit 8 was marked.)

4

5                    EXAMINATION

6                    (continued)

7  BY MR. ANDERSEN:

8     Q.   So -- welcome back.  Same rules apply this

9  afternoon.  Sound good?

10    A.   Yes, sir.

11    Q.   I'm going to show you what we premarked as

12 Exhibit 8.  That is the Florida Statute 849.086.  It

13 has the definition of "banking game."  I had quoted

14 from it earlier, but I hadn't marked it, so I wanted

15 to mark it as an exhibit and just confirm that that

16 definition of "banking game" you did not consider in

17 any way and it does not affect your definition of

18 "banking" or "banked card game" in your report.

19    A.   No.  It does not affect it.

20    Q.   So my statement is correct?

21    A.   Yes, sir.

22    Q.   And I think you said earlier that

23 chemin de fer was like poker.  And I just wanted to

24 ask, would you agree that chemin de fer does not meet

25 step 3 of your definition of a "banking" or "banked

Jimmie Ray Kilby - 6/28/2016

1    card game" and that the entity acting as the banker
2    makes no decisions; they just execute the game?  Would
3    you agree that that is not true in all cases in chemin
4    de fer?
5        A.   That's correct.  Chemin de fer is -- that's
6    correct.
7        Q.   Chemin de fer is a poker-style game?
8        A.   Yes.  And both sides make decisions in chemin
9    de fer.
10       Q.   So would you agree that chemin de fer is not a
11   banking or bank card game?
12       A.   It's not a house-banked game.  It is a banked
13   game.  It is a player-banked game.  It's just an
14   unusual game.  It's not a -- it's not a house-made
15   game.  The way the game works is, the rules are styled
16   such that the banking hand, the hand called
17   "the banker," has a mathematical advantage.
18           In traditional -- excuse me.  In baccarat,
19   whenever the player has anything under 6, they must
20   draw a third card.  In chemin de fer, on 6, the player
21   can either stand or draw, but that's the only leverage
22   they have.  On the banking side, you know, we have --
23   whenever the player has 2 through -- there's 27 --
24   there's keys, different words for different cards.
25   The players' starting card determines what the banker

Jimmie Ray Kilby - 6/28/2016

1    does.  And -- but there's three plays that on the

2    banker side, they can vary.  They can either do this

3    or not do that, so both sides can make decisions.  So

4    it's really -- it's more like poker.  And the banking

5    side has an advantage.  The banker hand has an

6    advantage.  The way the casino makes money is, they

7    charge 5 percent of winning bank wagers.

8        Q.   So that's like a "rake"?

9        A.   Exact- -- a "rake."  Yeah.  But it wouldn't be

10   a percentage of the pot; it would be a percentage of

11   winning bank wagers.

12       Q.   And would you agree that -- when you say the

13   banking side has an advantage, that that is very

14   similar to a traditional game of poker, ring poker, or

15   Texas Hold'em, where, when the button rotates, that

16   position has the advantage?

17       A.   No.  No.  With the button rotating, you have a

18   strategic advantage.  You have a mathematical

19   advantage on the bank side in chemin de fer.

20       Q.   What's the difference between a mathematical

21   advantage and a strategic advantage?

22       A.   Well, the skill of the player.  They have the

23   advantage, but -- can you give me a number?  I've

24   never seen a number that -- what the button is worth.

25       Q.   So what is the advantage of the person with

1   the button?

2       A.   In poker?  I don't know.  That's what I'm

3   saying.  There is no -- they have a strategic

4   advantage.  In other words, if you had two options,

5   you could either make your wager after you've seen

6   everyone else, you know, call whatever they are going

7   to do, or you have to be the first person to act and

8   say, "I want to be the other guy."  That's the

9   difference.  If you are "blind," you have to act

10  first.  If you are the guy at the end, you'd like to

11  see what everybody else is going to do before you have

12  to play your hand.  Mathematically, I've never seen a

13  percentage, what that's worth.  If you are a horrible

14  poker player, it's not worth much.

15          For whatever its worth, in Hold'em, you

16  wouldn't have to have a "blind."  All a "blind" is is

17  a forced ante.  That's all it is.  It's a forced ante.

18  And it's shared:  you'll ante, then you'll ante, but

19  they may have a big "blind" or a small "blind."  But

20  that's all it is.  It's a forced ante.

21      Q.   I'm looking at page 6 of your report which,

22  again, is marked as Exhibit 1 to this deposition.  And

23  you have section VI, and it says, "What is a

24  designated-player game?"  And that's in the form of a

25  question.  Did someone ask you to pose that question

1    and answer it, or did you decide to do that on your

2    own?

3          A.    Well, I was asked to opine on the

4    player-banked games, so I -- I don't remember where it

5    came from.  I know that it may have came (sic) up in

6    discussions, but I was never directed to use that

7    terminology.

8          Q.    And in the middle of that first paragraph, you

9    have a definition of player-banked games.  You say,

10   "Player-banked games are banked games where the

11   players have a negative expectation, that is, a

12   disadvantage, and whomever is banking enjoys the same

13   advantage as the house would if the game were offered

14   in a casino."

15         A.    That's correct.

16         Q.    Is that the definition of player-banked games,

17   in your opinion?

18         A.    That's a banked game, and in this case, they

19   are calling it player-banked.  You can call it

20   whatever you want.  It's a banked game.  The question

21   is, who is going to bank.

22         Q.    And so what is your understanding of the

23   relevance of California law to the Florida case

24   between the Seminole Tribe and the State of Florida?

25         A.    I don't know anything about the relevance.  I

Jimmie Ray Kilby - 6/28/2016

1    have experience with California, and California had

2    these player-banked games long before Florida did, so

3    I would imagine that Florida was influenced.  But they

4    are not -- it's not operated in the same way.

5        Q.   At the bottom of that paragraph, you say, "The

6    facility does not participate in, or have any interest

7    in, the outcome of the game."  What causes you to say

8    that?

9        A.   Because they are -- all they are doing is

10   providing the dealer.  They are not going to lose any

11   money; they are not going to win any money on the

12   hand, but they are going to be paid a "rake," or a

13   fee, basically, for dealing the hand.

14       Q.   So you are saying they are not paying winners

15   or collecting from losers?

16       A.    The banker is.  See, the banker -- somewhere,

17   I think, in the thing, there's confusion over "house."

18   The house is not the dealer.  The house is not who

19   owns the building.  The house is the entity

20   representing the house, that takes all -- one versus

21   all, the casino advantage.  It's an entity.  You could

22   have Steve Wynn -- you could contract with him to be

23   all of these player-bankers in all of the Florida

24   games, and you could argue, "Hey, wait a minute.

25   These are all player-banked," because that's the

Jimmie Ray Kilby - 6/28/2016

1    definition.  But those are all banked games.  It's a
2    casino within a casino.  Whoever is the player-banker
3    is the casino.
4        Q.    Where do you get your definition of "house"?
5        A.    Where did I get the definition -- I just
6    explained it to you.  I didn't look up that
7    definition, but that's what the house is.
8        Q.    Have you seen that term defined?
9        A.    It might be in my book.  What if I told you in
10   my book?  Would that make me the authority?  No.
11   that's what the -- that's the definition.  I've never
12   seen that term, no.
13       Q.    Defined?
14       A.    But it wouldn't be the landlord.  We can
15   almost figure what it wouldn't be.  The dealer doesn't
16   put any money up.  It wouldn't be him.
17       Q.    Looking back at Exhibit 8, section 2(j) of
18   849.086 of the Florida Statute.
19       A.    Under tab 8 here?
20       Q.    No.  Exhibit 8 here.
21       A.    Oh, okay.  I got it.  Go ahead.
22       Q.    Under (j), at the bottom of the page, it says,
23   "'House' means the cardroom operator and all employees
24   of the cardroom operator."  Is that an accurate
25   definition?

Jimmie Ray Kilby - 6/28/2016

```
 1        A.    No.  I mean, it wouldn't be to me.
 2        Q.    Why not?
 3        A.    Because the house is the entity that's going
 4   to benefit from the operation of the game
 5   mathematically.  This is not -- this would not be the
 6   "house," to me, unless the cardroom operator banked
 7   for all the games.  Then he would be the house.
 8        Q.    With respect to your definition of a "banked
 9   game," that it must present a player with a negative
10   expectation or a disadvantage, in the model that you
11   describe as California having, where the button
12   rotates --
13        A.    Uh-huh.
14        Q.    -- at a table where each player was taking
15   their turn to be on the button --
16        A.    Uh-huh.
17        Q.    -- and to pay all winners and collect from all
18   losers, would that be a banked game?
19        A.    Yes.
20        Q.    Why?
21        A.    Because you are playing against -- back to my
22   rules.  Anybody that sits at that game, the people
23   opposing the player-banker, who are playing against a
24   fixed set of rules, the player-banker makes no
25   decisions; they just execute the rules.  The
```

Jimmie Ray Kilby - 6/28/2016

1  player-banker is going to act last.  It's all the
2  rules.  The game does not change at all.
3       Q.   I'm asking you, in that exact situation, but
4  where the button rotates after each hand and that
5  advantage -- or that negative expectation on the one
6  hand and the positive expectation on the other rotates
7  perfectly around the table and continues to rotate,
8  would that still be a banked game?
9       A.   Certainly.
10      Q.   You are taking each hand as an individual
11 game?
12      A.   Another way to kind of evaluate this, if you
13 know you can go up to that game and you can place a
14 wager and you have someone opposing you and he is
15 going to pay you if you win and take your money if you
16 lose, that's a banked game.  So regardless of where
17 that button is at, it's still a banked game.
18      Q.   So are you evaluating each hand individually
19 as an individual game, as opposed to the sequence of
20 hands that are played in a regular course?
21      A.   The game is a banked game regardless of the
22 sequence.  The bank just rotates, but it is a banked
23 game.  It does not change anything other than a banked
24 game.
25      Q.   Let me ask you this.  If there's five people

**Jimmie Ray Kilby - 6/28/2016**

```
 1    sitting around the table and we agree to play one
 2    round around the table, where each of us is going to
 3    have the button, pay winners and collect from losers,
 4    and we play the exact same game, we play one round and
 5    we stop.
 6         A.   Uh-huh.
 7         Q.   Would you describe that as a banked game?
 8         A.   Yes.
 9         Q.   Because you are taking each hand individually?
10         A.   Exactly.  That's the way the game plays.
11    That's how you evaluate a banked game, is, how does a
12    hand play.
13         Q.   On the top -- I'm sorry.  On the bottom of
14    page 8 --
15         A.   Of my report?
16         Q.   -- of your report --
17         A.   Okay.
18         Q.   -- you state certain estimates for player
19    disadvantages for games offered at Naples Fort Myers
20    Track & Poker.  Do you see that?
21         A.   Yes, sir.
22         Q.   And you say, "All these games use cards and
23    all have a built-in player disadvantage.  Consequently
24    all are banked card games."  Given your amendments to
25    your definition of "banked card game" that you
```

**Jimmie Ray Kilby - 6/28/2016**

1  announced today, do you still take that same position?

2      A.   Yes.

3      Q.   On page 9 of your report, you make some

4  assertions about the designated-player games that are

5  played in Florida.  And you say, in the middle of the

6  first paragraph there, "The designated player who

7  actually banks the game never plays the game."

8      A.   That's correct.

9      Q.   Do you believe that -- well, what makes you

10  say that?

11      A.   Well, whenever the button rotates, you play

12  the hand; you are the player; right?  It rotates to

13  her (indicating).  If it actually -- you know, then

14  you would actually be a player, and she'd be the

15  banker, and then I'll be the player.  With a

16  designated player, that doesn't happen.  He banks

17  every time.  He never plays the game.  He is the

18  equivalent of the rack, the tray.  That's all he is.

19  He is the tray.  He puts the money over there, and the

20  dealer pays it.  That's all he is.

21      Q.   And do you believe that what you just

22  described is compliant with the Florida Administrative

23  Code and cardroom regulations in Florida?

24      A.   Inasmuch as I'm not familiar with those

25  cardroom regulations, I don't know.

Jimmie Ray Kilby - 6/28/2016

1       Q.    So you have no opinion on that?

2       A.    No.

3       Q.    Okay.  On pages 9 and 10 and 11, you talk

4   about a California-based company called Knighted

5   Ventures.

6       A.    That's correct.

7       Q.    And you provide a picture of a table card

8   that you say is "prominently displayed at Ebro

9   Greyhound Park."

10      A.    That's correct.

11      Q.    Did you take that picture?

12      A.    Yes.

13      Q.    Do you have a legible copy of that picture?

14      A.    I've got the picture, which I can send to --

15  but that's as good as I could get it.

16      Q.    Why don't we add that to our list.  Will you

17  you send me the Knighted Ventures picture from Ebro?

18      A.    (Nods head.)

19      Q.    Can you actually read the words on the card in

20  your picture?

21      A.    I don't remember.  Let's see.  You could

22  probably get it from -- I don't know.  I've got it at

23  home, on that JPG, so I can look at the thing.

24      Q.    So you'll provide it to Mr. Webster and he'll

25  get it to me?

Jimmie Ray Kilby - 6/28/2016

1      A.   Yeah.

2      Q.   The last sentence on page 11, you say, "From

3   the player's perspective, the banked card games, as

4   found in the Florida cardrooms, are absolutely no

5   different from the banked card games found at the

6   Seminole Tribe's casinos."

7      A.   Where are you at?

8      Q.   On page 11, at the top of page 11 of your

9   report.

10      A.   Yeah.  Exactly.  Okay.  Yeah.

11      Q.   At the Seminole Tribe's casinos, does the

12   Seminole Tribe ever take a "rake"?

13      A.   No.  But the players don't pay that "rake."

14   The "rake" is paid by Knighted Ventures.

15      Q.   But you would agree that for the similar games

16   played at the Seminole Tribe's casinos, there's no

17   "rake"?

18      A.   That's correct.  There's no "rake".

19      Q.   So on page 11 of your report, you talk about

20   DigiDeal's electronic blackjack.  And am I right that

21   you have no firsthand knowledge of anything that

22   occurred at Mardi Gras Casino in 2011?

23      A.   I've seen the video of -- their promotional

24   video, but that's it.

25      Q.   The Mardi Gras Casino's promotional video?

Jimmie Ray Kilby - 6/28/2016

1    A.   Yes.

2    Q.   And are you familiar with -- in the DigiDeal

3  electronic product they call Classic Blackjack, that

4  there's an option to have either a version of the game

5  with no human being involved and a version of the game

6  with a human being involved?

7    A.   Yes.

8    Q.   Okay.  And one -- and that human being, within

9  the DigiDeal's system itself, the operator can elect

10  to refer to that human being either as "a dealer," "a

11  host," or "an attendant"?

12    A.   I'm not aware of the terminology.  I would

13  call it a dealer.

14    Q.   Do you have any information at all as to how

15  that DigiDeal system was set up at the Mardi Gras

16  Casino?

17    A.   No.

18    Q.   Do you have any information as to how often a

19  deck was shuffled in the playing of that machine?

20    A.   I do not know; however, I was looking, I

21  think, at either ShuffleMaster or one of them at one

22  of the racinos down there.  And when you look at the

23  material, it said that, as I remember -- and this is

24  not DigiDeal, but it said, like, it's shuffled at

25  2/3 of a deck or something like that, but it could be

Jimmie Ray Kilby - 6/28/2016

1    shuffled after every round.  You can configure that
2    however you want.  The thing of it is, the player does
3    not know when the shuffle takes place, so card
4    counting would be of no value whatsoever.
5        Q.   Have you ever seen a Gaming Laboratories
6    Incorporated certification report with respect to the
7    standards tested against for various gaming devices?
8        A.   Have I seen the report?
9        Q.   Yes.
10       A.   No.
11       Q.   A GLI report?
12       A.   No.
13       Q.   For any gaming device?
14       A.   No.  Huh-uh.  But I do know that a company
15   like GLI, it came about after the Twisted Jack episode
16   at the Golden Nugget.  That's whenever they
17   determined -- all they do is test your equipment.
18   That's it.  They don't define anything.  They don't
19   tell you, "Well, this is certainly a table game."
20   They do not do that.
21            THE WITNESS:  You guys brought a bunch of
22   stuff with you.
23            MR. ANDERSEN:  Yeah.  I'm going to show you
24   two GLI reports that were previously marked as state's
25   Exhibits 1 and 2 at the deposition of Mr. LaBrocca, at

Jimmie Ray Kilby - 6/28/2016

```
 1    GLI.  And I'm going to mark them as Exhibits 9 and 10
 2    for this deposition.
 3              THE WITNESS:  Okay.
 4              (Exhibits 9 and 10 were marked.)
 5    BY MR. ANDERSEN:
 6        Q.    Did you get a chance to read those two
 7    reports?
 8        A.    Yes, sir.
 9        Q.    And so you have not seen a GLI report such as
10    this before?
11        A.    No.
12        Q.    Okay.  On the first page of each report, do
13    you see that it provides the "Standards Tested
14    Against"?
15        A.    Yes.
16        Q.    And in each report, it refers to
17    "Chapter 61D-14 Pari-Mutuel Wagering Facility Slot
18    Machine Operations."
19        A.    Yes.
20        Q.    And are you familiar with what that's
21    referring to?
22        A.    You mean Chapter 61D-14?
23        Q.    Yes?
24        A.    I don't know what that is.
25        Q.    Okay.  So I'm going to hand you a copy of
```

Jimmie Ray Kilby - 6/28/2016

1    Chapter 61D-14 of the Florida Administrative Code,
2    which is going to be Exhibit 11 to this deposition
3    today, but it was previously also marked as Exhibit 13
4    to the deposition of Mr. LaBrocca.
5            (Exhibit 11 was marked.)
6            THE WITNESS:  Can I take this home?
7    BY MR. ANDERSEN:
8        Q.   I'm not asking to you read the whole thing.
9    I'll represent to you this is Chapter 16D-14 from
10   Florida Administrative Code, and it's entitled,
11   "Pari-Mutuel Wagering Facility Slot Machine
12   Operations," and this 61D-14 are the Florida
13   regulations governing slot machines.
14       A.   Okay.  Yes.
15       Q.   Okay.  And so my question to you is:  Have you
16   ever seen 61D-14 before?
17       A.   No, sir.
18       Q.   Okay.  And do you understand that these two
19   reports which you've just read, that are marked as
20   Exhibits 9 and 10, are relating to the DigiDeal
21   product that you give opinions about in your report?
22       A.   Yes.
23       Q.   And do you understand that GLI has certified
24   both the software and the hardware that makes up the
25   DigiDeal electronic blackjack as passing all of the

Jimmie Ray Kilby - 6/28/2016

```
 1   regulations in 61D-14 as a slot machine in the State
 2   of Florida?
 3        A.    I also notice on page 3 of 9 it says, "This
 4   certification does not make assertions as to the
 5   classification of this device in any particular
 6   jurisdiction as a table game or a gaming device."
 7        Q.    Which exhibit are you looking at?
 8        A.    Would be Exhibit 10.
 9        Q.    And so do you see that it says, "That
10   classification must be made on a jurisdictional
11   level"?
12        A.    Yes.
13        Q.    Would you agree that the jurisdiction at issue
14   in this case is the State of Florida?
15        A.    Yes.
16        Q.    Okay.  And would you -- do you acknowledge
17   that these exhibits, 9 and 10, state that the DigiDeal
18   game that you reference in your report -- both the
19   software and the hardware comply with Chapter 61D-14,
20   the slot machine operations regulations?
21        A.    Well, once again, I didn't look through your
22   61D-14, but I'll assume that what you are saying is
23   accurate, but I have not looked at 61D-14.
24        Q.    Well, earlier in your testimony, you said
25   something along the lines of, "Well, that was before
```

Jimmie Ray Kilby - 6/28/2016

1  we had GLI, before we did certification and testing";
2  right?
3      A.   Yes.
4      Q.   So you know what GLI certification and testing
5  is; correct?
6      A.   That's correct.
7      Q.   Okay.  And so do you understand the process of
8  what GLI did with the DigiDeal product in order to
9  provide these certification reports?
10     A.   Well, the way I read this thing, when it says
11 "Game Description," it describes how the game is to be
12 played, which, if you look at it, the game is
13 described as blackjack.  And then -- the way that I
14 interpret it.  Correct me if I'm wrong here.  And then
15 it talks about the test that it went through.  Because
16 something is captured under this title here
17 (indicating), I assure you, in time, they will change
18 it, because now, as electronic table games are being
19 more prevalent, it wouldn't surprise me at some point
20 in time they don't have a Chapter 4, "Electronic Table
21 Games."
22     Q.   What title are you referring to?  What page?
23     A.   I'm talking about 61D-14.  They'll include
24 another chapter, if that's what it is, a chapter.
25 They will address electronic table games.  Right now,

Jimmie Ray Kilby - 6/28/2016

1   that's the only thing to fit in there, because they

2   use a computer, I would imagine.

3       Q.   Okay.

4       A.   My thoughts would be what options -- GLI --

5   whenever they test it, they've got some canned tests,

6   and they've got some sort of categories.  And I'm sure

7   they don't have a category for electronic table games,

8   and they just threw electronic table games within the

9   slots.  I'm guessing.  I'm guessing.

10      Q.   Well, so those canned tests aren't actually

11  canned tests.  They are tests that assure that the

12  device meets everything in 61D-14.  Isn't that your

13  understanding of what GLI does?

14      A.   They would test for compliance, I would

15  imagine, accuracy, stuff like that.

16      Q.   So if there were another reg for, let's say, a

17  table game and GLI was going to test something to

18  determine whether or not it was a table game, it

19  wouldn't be testing against these standards

20  (indicating); it would be whatever is in that reg;

21  correct?

22      A.   Unless it's some sort of a hybrid; then I

23  don't know where it would fall.

24      Q.   Okay.  So do you -- would you agree that based

25  upon these reports, marked as Exhibits 9 and 10, that

1   GLI has certified that the DigiDeal machine passes the

2   Florida slot machine regulations that are 61D-14?

3       A.   I would say yes.  It says, "Standards Tested

4   Against."  Yes.

5       Q.   And in the summary of your report, in the

6   beginning, the "Executive Summary," on page 2, you

7   say -- I'm going to pull up the part about DigiDeal.

8   "The DigiDeal electronic card games previously offered

9   at the Mardi Gras Casino" -- "are banked card games."

10      A.   Yes.

11      Q.   Did you consider, when you did this report or

12  when you made that statement, what I've marked today

13  as Exhibits 9, 10, and 11?

14      A.   No, but it wouldn't change my opinion at all.

15      Q.   Why not?

16      A.   Well, I don't know why it would.  My comments

17  were that, you know, when DigiDeal -- the question

18  was, was it electronic blackjack.  It is electronic

19  blackjack.  I don't understand the hang-up over slot

20  machine.

21      Q.   After you had a chance to review Exhibits 9,

22  10, and 11 to your deposition today, is it accurate to

23  say that the DigiDeal electronic card game previously

24  offered at the Mardi Gras Casino is a slot machine?

25      A.   No.  I'd say it's not a slot machine.

Jimmie Ray Kilby - 6/28/2016

1      Q.   Why not?

2      A.   Because it's an electronic table game.  You

3   know, I don't even know the actual definition of a

4   slot anymore, because slot machines don't have slots.

5   Slot machines don't even use coins anymore.  So I

6   would think "electronic gaming device" is a much

7   better term.  There's just too many slot machines to

8   group them up under slots.

9      Q.   So you are saying after you've had a chance to

10  consider Exhibits 9, 10, and 11, you would disagree

11  with the statement that the DigiDeal product is a slot

12  machine?

13     A.   I would say it's not a slot machine.  I would

14  call it an electronic table game.

15     Q.   Okay.  And then, I'd like you to refer back to

16  what we marked as -- I think it's Exhibit 2 of the

17  deposition.

18     A.   Here's 2 right here (indicating).

19     Q.   Okay.  I'm sorry.  Let's look at the Compact.

20  I'm sorry.  Exhibit 3.  Exhibit 3 is the Verified

21  Complaint, and we were looking at the Compact.

22     A.   Okay.

23     Q.   And I'd like to refer you to page 3 of the

24  Compact and section III(F) --

25     A.   Hold on.  III(F).

Jimmie Ray Kilby - 6/28/2016

1    Q.    -- which is --

2    A.    "Definitions"?

3    Q.    -- the definition of "covered game."

4    A.    Okay.

5    Q.    And it says, "Covered game means the following

6    Class III gaming activities."  By the way, would you

7    agree that the DigiDeal product is a Class III gaming

8    activity?

9    A.    Yes.

10   Q.    And then it says, "1.  Slot machines."  I'd

11   ask to you please read that 1(a) and tell me whether

12   the DigiDeal machine meets that definition of slot

13   machine.

14   A.    "Slot machines, meaning any mechanical or

15   electrical contrivance, terminal that may or may not

16   be capable of downloading slot games from a central

17   server system, machine, or other device that, upon

18   insertion of a coin, bill, ticket, or token, or

19   similar object or upon payment of any consideration

20   whatsoever, including the use of any electronic

21   payment system, except a credit card or debit card, is

22   available to play or operate, the play or operation of

23   which, whether by reason of skill or application of

24   the element of chance or both, may deliver or entitle

25   the person or persons playing or operating the

Jimmie Ray Kilby - 6/28/2016

1    contrivance, terminal, machine, or other device to
2    receive cash, billets, tickets, tokens, or electronic
3    credits to be exchanged for cash or to receive
4    merchandise or anything of value whatsoever, whether
5    the payoff is made automatically from the machine or
6    manually.  The term includes associated equipment
7    necessary to conduct the operation of the contrivance,
8    terminal, machine, or other device.  Slot machines may
9    use spinning reels, video displays, or both."
10           That's two sentences.  Go ahead.
11       Q.   Okay.  My question to you is:  What you
12   observed in Idaho, but not at Mardi Gras, and what you
13   understand to be the DigiDeal product that you
14   referenced in your report, does it meet that
15   definition of slot machines that is in the Compact?
16       A.   It meets that definition, but it's still an
17   electronic table game.
18       Q.   Are you saying that this definition of slot
19   machine is irrelevant to your opinion as to what the
20   DigiDeal product is?
21       A.   No.  This -- the DigiDeal fits this, but it's
22   more than that.  But yes, the DigiDeal product fits
23   within that explanation.
24       Q.   So would you agree that under the Compact, in
25   the definition of "covered game," that the DigiDeal

Jimmie Ray Kilby - 6/28/2016

1  product is a slot machine?

2      A.   Based on this definition, yes.  And I think

3  anything else you can think of would be included in

4  that definition.

5      Q.   Well, looking at Exhibit 2, that I showed you

6  earlier, the Seminole Tribe of Florida table games,

7  those would not fit under the definition of slot

8  machine, would they?

9      A.   They would not.  However, the DigiDeal

10 version -- they at one time had a -- I saw it on the

11 website.  They actually had physical cards.  Have you

12 seen that DigiDeal version?

13     Q.   No.  I have not, and I don't believe that your

14 report mentions that in any way.  Does it?

15     A.   No, but I was going to try to draw a

16 comparison, what would that be classified as.

17     Q.   I don't know what you are talking about, nor

18 did you find it relevant to put in your report.  Are

19 you trying to amend your report at this point?

20     A.   No.  Not at this point.

21     Q.   Are you aware of the fact that the Seminole

22 Tribe of Florida has a Seminole Gaming Commission?

23     A.   I think almost every tribe does.

24     Q.   And are you aware of the fact that the

25 Seminole Gaming Commission has adopted a standard

Jimmie Ray Kilby - 6/28/2016

1  called GLI-11?

2      A.   I'm not aware of that.  No.

3           (Exhibit 12 was marked.)

4  BY MR. ANDERSEN:

5      Q.   I'm going to show you what I've marked as

6  Exhibit 12 to this deposition.  And it, too, was

7  previously marked as State's 14 in the LaBrocca

8  deposition, but --

9      A.   Okay.

10     Q.   And I'm going to represent to you that that's

11 a true and correct copy of the standard GLI-11.

12     A.   Uh-huh.

13     Q.   And I'm not asking you to read the whole

14 thing.

15     A.   Okay.  Thanks.

16     Q.   But I will represent to you that Mr. LaBrocca,

17 of GLI, testified that GLI-11 is very, very similar to

18 Chapter 61D-14 of the Florida Administrative Code in

19 that it is -- or it does not -- GLI-11 is called

20 "Gaming Devices in Casinos."  It has all the extremely

21 similar provisions of what the State of Florida calls

22 "Pari-mutuel Wagering Facility Slot Machine

23 Operations" regulations.  Are you following me?

24     A.   Yes.

25     Q.   And do you want to take a minute and compare

Jimmie Ray Kilby - 6/28/2016

1    those two, what's been marked as Exhibit 11 and 12 to

2    your deposition, which are 61D-14 from the State of

3    Florida and GLI-11?

4         A.   What am I looking for?

5         Q.   I want you to be comfortable with the

6    similarities between these two regulations.

7         A.   I think I'm going to trust you on that one.

8         Q.   Okay.  And I'm going to represent to you that

9    Seminole Gaming Commission has adopted GLI-11.

10        A.   Okay.  Understand.

11        Q.   And just to confirm, are you aware that the

12   Seminole Gaming Commission has adopted GLI-11 and what

13   GLI-11 is?

14        A.   You just told me what it was.  Correct.

15        Q.   But prior to today, you were not aware of

16   that?

17        A.   No.  I'm not aware.

18        Q.   But you said you'll take my word for it as to

19   what it is?

20        A.   Until I lose trust in you, yes.

21        Q.   And so my question is:  Are you aware that

22   the -- let me ask it this way.  In your summary, on

23   page 2 of your report, you say -- in addition to the

24   DigiDeal electric games, you say, "as well as the

25   electronic card games currently offered at many

Jimmie Ray Kilby - 6/28/2016

1   racinos" -- you say -- essentially, you say, "the
2   electronic card games currently offered at many
3   racinos are banked card games."
4        A.   They are all banked card games.
5        Q.   Here's my question:  What were you referring
6   to when you say "electronic card games"?
7        A.   I was talking about blackjack.  I was talking
8   about baccarat.
9        Q.   And in what form?
10       A.   Electronic.
11       Q.   But you are not talking about DigiDeal's
12   product; right?  Because DigiDeal's product in the
13   State of Florida has only been at the Mardi Gras
14   Casino; correct?
15       A.   Correct.  They've been taken out.
16       Q.   So are you saying that when you were in
17   Florida in the fall of 2015 and you visited the venues
18   that are referenced on page 5 of your report --
19       A.   Yes.
20       Q.   -- that you observed other electronic
21   blackjack games?
22       A.   Yes, sir.
23       Q.   And who were the manufacturers of those games?
24       A.   I have it in my notes, but ShuffleMaster was
25   one.  I'd have to look at my notes.  ShuffleMaster was

Jimmie Ray Kilby - 6/28/2016

1    one.  But all casinos that I visited had electronic --
2    I think all of them had -- all of them did have
3    blackjack, and I think most of them had electronic
4    baccarat, as well.
5        Q.   Okay.  And when you -- and you didn't mean to
6    use the word "casinos"; right?  Because in the State
7    of California, the only casinos are Seminole casinos;
8    correct?
9        A.   By definition.  Yeah.  But --
10       Q.   So you meant to use the word "cardrooms" --
11       A.   Yes.
12       Q.   -- or "horse tracks"?
13       A.   I bet a lot of people call that place a
14    casino.  You can call it whatever you call it.  It's a
15    place where you can gamble.  You can call it a
16    cardroom, but probably more people call it a casino
17    than call it a cardroom.
18       Q.   But you are aware that -- I don't think any
19    organization other than the Seminole Tribe refers to
20    its facilities in the State of Florida as "casinos"?
21       A.   I understand that.  But I'm talking about the
22    public.
23       Q.   Okay.  So --
24       MR. WEBSTER:  Actually, I do want to object.
25    The statement you are making in terms of those

Jimmie Ray Kilby - 6/28/2016

1   facilities not calling themselves casinos, are you

2   referring to the facilities in Miami-Dade and Broward?

3          MR. ANDERSEN:  I'm referring to the cardrooms

4   and the other pari-mutuel wagering facilities

5   throughout the state of Florida.  I don't believe any

6   of them refer to themselves as "casinos."

7          MR. WEBSTER:  They actually do, and that's

8   just -- I guess just so it's clear in terms of what's

9   being represented.  The casino terminology is used by

10  the pari-mutuels.

11         MR. ANDERSEN:  In Miami-Dade and Broward?  Is

12  that your position?

13         MR. WEBSTER:  Yeah.

14         MR. ANDERSEN:  Okay.  So you can cross-examine

15  him on that.

16         MR. WEBSTER:  Okay.

17         MR. ANDERSEN:  Okay.  And I'm not -- my

18  understanding is that the State of Florida treats the

19  pari-mutuels as cardrooms, and sometimes there's other

20  types of pari-mutuel wagering facilities, but not as

21  casinos.  But we -- you know --

22     Q.   My next question doesn't have to do with that,

23  so why don't I strike that and I'll ask you my next

24  question.  I'm more concerned about what you referred

25  to in your report as the "electronic card games

Jimmie Ray Kilby - 6/28/2016

1    currently offered at many racinos are banked card
2    games."
3         A.   Yes.
4         Q.   And I want to know what machines you observed
5    in these venues that you reference on page 5 of your
6    report.
7         A.   You are talking about the manufacturers?
8         Q.   Yes.
9         A.   The only one I can tell you right now is
10   ShuffleMaster.  I believe Bally's had a machine there.
11   I would have to look at my notes.
12        Q.   And did you observe the machines that have a
13   roulette theme, as well?
14        A.   As I remember, yes.  And I think -- I think
15   there might have been a dice game, as well.  Once
16   again, it's in my notes.
17        Q.   I'm trying to show you the GLI reports
18   relating to the game that you observed.
19        A.   The DigiDeal?
20        Q.   Well, no.  The other game, that you said you
21   believe it was a ShuffleMaster game.
22        A.   Okay.  It may have been -- well, there was one
23   I wasn't familiar with.  I'm sure Bally's was there,
24   I'm sure ShuffleMaster was there, and there was a
25   third manufacturer I wasn't familiar with.

1          MR. ANDERSEN:  Okay.  So let me show you what
2     I'm going to mark as Exhibit 13, which was previously
3     marked as Exhibit 7 to Mr. LaBrocca's deposition,
4     which is the GLI report with respect to a
5     ShuffleMaster Entertainment, Limited, main program
6     regarding "Vegas Star Live Roulette" games.
7          (Exhibit 13 was marked.)
8     BY MR. ANDERSEN:
9        Q.   Is that one of the games that you observed?
10       A.   I'm sure.  I'm sure.
11         MR. ANDERSEN:  Okay.  And I'm also going to
12    show you what I'm marking as Exhibit 14, which is the
13    GLI report relating to the ShuffleMaster "Royal Match
14    21 Blackjack" game.
15         (Exhibit 14 was marked.)
16    BY MR. ANDERSEN:
17       Q.   Have you had a chance to review Exhibits 13
18    and 14?
19       A.   Yes.  Yes.
20       Q.   And do you believe that you saw these
21    electronic games in pari-mutuel facilities in the
22    State of Florida?
23       A.   I believe I saw them in one of the rooms.
24    Yes.
25       Q.   Okay.  And do you see that both the

1    ShuffleMaster roulette-themed game that's reflected in

2    Exhibit 13 and the ShuffleMaster blackjack-themed game

3    that's reflected in Exhibit 14 have both been

4    certified by GLI as passing all of the slot machine

5    regulations in the State of Florida?

6        A.   I didn't see where it says it passed all the

7    slot machine stuff.  This says, "Standards Tested

8    Against:  Pari-Mutuel Wagering Facility Slot Machine

9    Operations."

10       Q.   Well, that's referring to what we've marked as

11   Exhibit 11, which I showed you a minute ago, which is

12   all of the slot machine regulations in the State of

13   Florida.

14       A.   Now, for what its worth, in managing a slot

15   department, you go to any of these places here and if

16   you've got an electronic blackjack game that you want

17   to move or do anything with, you are going to refer to

18   that as "blackjack."  You are not going to refer to it

19   as "slot machine."  "Slot machine" is an umbrella of

20   all the other stuff.  We've got video keno; we've got

21   video poker; we've got blackjack.  And it wouldn't be

22   referred to as a "slot machine."

23       Q.   What do you base that on?

24       A.   45 years in the gaming industry.  We just

25   don't refer to -- if someone said, "How many slot

Jimmie Ray Kilby - 6/28/2016

1   machines do you have?"  "We've got 1,200 slot
2   machines."  Some may be video keno; some may be video
3   poker; some may be video racehorse; some may be -- all
4   kinds of stuff, but they are all under the umbrella of
5   slots.
6       Q.   Okay.  You said, "We've got 4,500 (sic) slot
7   machines"?
8       A.   Yes.
9       Q.   So you are referring to kind of a typical
10  casino with a very large room of slot machines?
11      A.   I'm just saying all electronic devices, they
12  are -- more than likely, when they are reported, say
13  "slot machines."  State of Nevada, if you look at
14  their stuff, they say, "slot machines," but then
15  they've got all kinds of subcategories within that.
16  "Slot machines" is the umbrella over all the stuff.  I
17  don't know how familiar you are with casinos, but
18  we've got horserace machines.  We've got everything.
19      Q.   Well, so you would agree that the electronic
20  games that are referred to in these two reports,
21  Exhibits 13 and 14, are certified by GLI as complying
22  with the slot machine regulations for the State of
23  Florida; correct?
24      A.   Those regulations that apply to slot machines,
25  yes.

Jimmie Ray Kilby - 6/28/2016

1      Q.   And you would say that in Vegas, casino
2   operators would refer to this under one big umbrella
3   that's referred to as slot machines; correct?
4      A.   And in Florida.
5      Q.   And in Florida.
6           (Exhibit 15 was marked.)
7   BY MR. ANDERSEN:
8      Q.   So now I'm going to ask you to look at what
9   I've marked as Exhibit 15 to this deposition, which
10  was formerly marked as Exhibit 8 to the LaBrocca
11  deposition.  And I will represent to you this is the
12  GLI certification report for the ShuffleMaster "Vegas
13  Star Live Roulette," but it's as against GLI-11, and
14  that this certification was done in accordance with
15  the requirements set forth by the Seminole Tribe of
16  Florida, which -- it says that on the first page,
17  right under where it says, "Standards Tested Against."
18     A.   Okay.
19     Q.   Have you had a chance to look at that report,
20  that's been marked as Exhibit 15?
21     A.   Yes.
22     Q.   Do you recognize the similarities between
23  Exhibits 13 and Exhibit 15 in that they are a
24  certification of the exact same machine, but one under
25  Chapter 61D-14 from the State of Florida

```
 1    Administrative Code, and the other is being certified
 2    under GLI-11, which is the standard set forth by the
 3    Seminole Tribe of Florida?
 4        A.    Okay.  You mean one is a state standard and
 5    one is a tribal standard?  Is that what --
 6        Q.    Yes.  But it's the exact same machine.
 7        A.    Okay.
 8        Q.    Do you agree with that?
 9        A.    Yes.
10        Q.    Do you have any knowledge of how the Seminole
11    Tribe of Florida treats the electronic games that
12    are -- that they have relating to the machine that's
13    described in Exhibit 15, how they treat that?
14        A.    No.  I would imagine -- if I were guessing,
15    they would probably -- depends on where they are
16    located, but they would probably treat it as an
17    electronic gaming device and probably group it within
18    the slot machines.
19        Q.    Are you familiar with the Seminole Tribe of
20    Florida's Slot Data System or SDS system?
21        A.    I'm familiar with SDS.
22        Q.    What is it?
23        A.    It's a Slot Data System.  I believe it's an
24    IDT's product.  Correct?  You know, Bally's makes one.
25    There's a bunch of them.  It's a slot information
```

Jimmie Ray Kilby - 6/28/2016

1  system.

2      Q.  Okay.  And do you have an understanding as to

3  how the Seminole Tribe of Florida treats its own ETGs

4  that are in its own facilities?

5      A.  I have no idea.  I know if I were in

6  operations, I would probably treat it differently.

7  Depends on the operations.  If I were with Florida --

8  and I don't -- I don't remember even seeing any

9  electronic table games at the Hard Rock, but I would

10  stick them in the live gaming area, if it were me

11  doing it.

12      Q.  Well, let me ask you this.  In your report,

13  you have an Appendix D.

14      A.  Uh-huh.

15      Q.  And in Appendix D, you have a picture of a --

16  what you refer to as Bally Technologies electronic

17  blackjack product.

18      A.  Okay.

19      Q.  Have you seen that product?

20      A.  Yes.  I have.

21      Q.  In a Seminole casino?

22      A.  No, but I didn't look for it.

23      Q.  You did not look for it?

24      A.  No.

25      Q.  Where have you seen that product?

1    A.   One of the casinos in Florida.  I'd have to

2  look at my notes to find exactly where it was located.

3    Q.   You are referring to a pari-mutuel facility

4  that is not a Seminole Tribe facility?

5    A.   Right.

6         MR. ANDERSEN:  I'm going to show you two more

7  exhibits, that I'm marking as Exhibit 16 and 17.

8  These were Exhibits 11 and 12 to Mr. LaBrocca's

9  deposition.

10        THE WITNESS:  Who is LaBrocca?

11        MR. ANDERSEN:  He is a witness that testified

12  on behalf of Gaming Laboratories, Inc.

13        THE WITNESS:  Oh, he works with them?

14        MR. ANDERSEN:  Yes.

15        (Exhibits 16 and 17 were marked.)

16  BY MR. ANDERSEN:

17    Q.   Ask you to look at those two.

18    A.   Oh, that's cute.  Never seen one of those.

19  He's got to play all seven hands.  What a game.  All

20  right.

21    Q.   Okay.  Do those two reports that are marked as

22  Exhibits 16 and 17 -- do those relate to the

23  electronic blackjack that you say is a Bally

24  Technologies product that there's a picture of in your

25  Appendix D?

Jimmie Ray Kilby - 6/28/2016

1      A.   I don't think I have "Multi-Play Blackjack."
2   When you read this, this is -- one player must play
3   all seven spots.
4      Q.   Okay.  Let me show you these next two.  These
5   are Exhibits 18 and 19, and I want you to hang on to
6   those.
7      A.   Okay.
8           (Exhibits 18 and 19 were marked.)
9   BY MR. ANDERSEN:
10      Q.   I'm going to show you what's marked Exhibits
11   18 and 19, which were Exhibits 9 and 10 to the
12   LaBrocca deposition.
13      A.   Yeah.  This is the game that I've seen.  I've
14   never heard of the other one.  It's just describing
15   blackjack, is all this is doing.  "'Blackjack' game
16   uses the same basic rules of regular Blackjack."
17      Q.   Okay.  So are you looking at Exhibit 18?
18      A.   I'm looking at -- yeah -- 18.  Yeah.  And
19   17 -- no.  18, 19.
20      Q.   18 and 19?
21      A.   Uh-huh.
22      Q.   Do you see that in Exhibit 18, GLI certifies
23   that it passes the State of Florida 61D-14 test for
24   slot machines?  Would you agree with that?
25      A.   I'm looking for it.  It doesn't have the same

Jimmie Ray Kilby - 6/28/2016

1    cover page as the other -- oh, yeah.  It does.  Yes.

2         Q.   Okay.  And then, in Exhibit 19, do you see

3    that it's the exact same machine and GLI is certifying

4    that it passes both GLI-11 and GLI-12?

5         A.   Yes.

6         Q.   And so do you know how -- and you would agree

7    that that's the same product that is pictured in

8    Appendix D to your report as Bally Technologies'

9    electronic blackjack?

10        A.   I believe so.  This is "Fusion."  You know,

11   they've got different models, but I believe so.

12        Q.   So they both say "Fusion."  The report says

13   "Fusion," and your Appendix D says "Fusion," and both

14   Exhibits 18 and 19 say "Fusion."

15        A.   Okay.  Then I accept that it's the same game.

16        Q.   Okay.  And would you agree that GLI has

17   certified this game that's pictured in your Appendix

18   D, that's the subject of these reports, as a slot

19   machine under the State of Florida regulation 61D-14?

20        A.   I don't think it certifies as a slot machine.

21   It passed these tests that are applicable to a slot

22   machine.

23        Q.   And it also passed GLI-11, which are the same

24   tests; correct?

25        A.   Once again, there's -- we are dealing with

Jimmie Ray Kilby - 6/28/2016

1    computers now.  There's going to be similar tests.
2    Yes.  This passed those tests that are applicable to a
3    slot machine.  Yes.
4         Q.   Okay.  And are you aware that the Seminole
5    Tribe of Florida treats this device like it treats any
6    other device in its Slot Data System?
7         A.   We've got more information, so it would not
8    surprise me.  With this, we capture the same data that
9    we do with slot machines.  So it would not surprise me
10   that it's grouped in that area.  We would like to have
11   the same information for our live games.
12        Q.   Okay.  So after reviewing these reports,
13   reviewing 61D-14 and GLI-11, would you agree that the
14   electronic games referred to in these reports are slot
15   machines?
16        A.   I don't think this says they are slot
17   machines.  It passed those tests that are applicable
18   to slot machines.
19        Q.   Okay.  Are you aware of these electronic
20   machines that are referred to in these reports -- and
21   I'm going to refer to the group of exhibits that we've
22   been talking about for the last half-hour, which start
23   with Exhibit 9 to your deposition and go through
24   Exhibit 19 to your deposition, which includes the two
25   standards, 61D-14 and GLI-11 -- after looking at all

Jimmie Ray Kilby - 6/28/2016

1    these reports and these two standards, does that cause

2    you to change your opinion in your report where you

3    say, "the electronic card games currently offered at

4    many racinos are banked card games"?

5         A.    They are banked card games.  Do they use

6    cards, I would ask myself?  Yes.  Is there a bank

7    involved?  Yes.  Does the player have a disadvantage?

8    Yes.  They are banked card games.  It's an

9    electronically banked card game.

10        Q.    And when you ask yourself, do they use cards,

11   are you referring to something other than tangible

12   cards?

13        A.    It doesn't have to be a physical card to be a

14   card.

15        Q.    So you are saying that they use virtual cards

16   as the same as tangible, physical playing cards?

17        A.    Virtual is not the same as tangible, but as

18   far as the play of the game goes, it's the same.

19        Q.    Okay.  So do you have an understanding of the

20   role of the random-number generator in these

21   electronic machines that are referenced in Exhibits 9

22   through 19?

23        A.    I'm familiar with how random-number generators

24   work.  I've done programming.  I've used them.  I've

25   contacted Bally's.  Yes.  I'm familiar with

1    random-number generators.

2        Q.   What is your understanding of a random-number

3    generator and how it works?

4        A.   Well, it's not random.  It's pseudo-random.

5    It's calculated, and it's -- I'll tell you how I first

6    stumbled across it.  I did some analysis years ago,

7    and it's just -- random is like -- I think I read an

8    analogy once:  Random is like you had a tow sack and

9    you had billiard balls in it that are numbered.  If

10   you couldn't see those numbers and you just grabbed

11   one of these balls, that's random.  But whenever you

12   instruct a system to do something, "Calculate this and

13   come up with a number," that's what they call

14   pseudo-random.  It's not really random.  But that's

15   the best we've got.  It's the equivalent of.

16       Q.   Do the table games that are referred to in

17   Exhibit 2, which is right in front of you there --

18       A.   Yes.

19       Q.   -- do they use a random-number generator?

20       A.   If they use a continuous shuffler -- depends

21   on the manufacturer, but there are continuous

22   shufflers that use random-number generators.

23       Q.   What does the random-number generator do?

24       A.   Determines which cards it kicks out.  There's

25   one out there that looks like a waterfall.  It

Jimmie Ray Kilby - 6/28/2016

1  determines exactly which card it kicks out.

2       As a matter of fact, it was -- I'll tell you

3  the guy that invented it.  His name was Steve Forte,

4  or at least he was one of the developers.  I don't

5  know how prevalent it is, but they were on the market.

6  They used a random-number generator to shuffle the

7  cards.

8     Q.   How about at the Seminole Tribe?  Do you know

9  if they use any shuffler that uses a random-number

10  generator?

11     A.   I haven't seen it.

12     Q.   Do you know if any table game offered at a

13  Seminole Tribe of Florida casino uses a random-number

14  generator in any way?  I'm talking about games

15  referred to in Exhibit 2.

16     A.   I do not know.  I didn't look at their

17  shuffling device.

18     Q.   Is video poker a banked card game?

19     A.   Yes.  It's banked, and it's a card game.

20     Q.   Is video poker a slot machine?

21     A.   Yes.

22     Q.   Is video poker a table game?

23     A.   No.

24       MR. ANDERSEN:  I'm going to show you what I'm

25  marking as Exhibit 20.

Jimmie Ray Kilby - 6/28/2016

```
 1              (Exhibit 20 was marked.)
 2     BY MR. ANDERSEN:
 3         Q.   Have you had a chance to review Exhibit 20?
 4         A.   Yes, sir.
 5         Q.   Have you ever seen it before?
 6         A.   This document?
 7         Q.   Yes.
 8         A.   No.
 9         Q.   I'll just represent to you that that is a
10     print-off from the Seminole Hard Rock Hollywood's
11     website.  And it's describing on the second page the
12     types of slot machines.  And do you see where it
13     includes electronic table games as slot machines?
14         A.   Yes.
15         Q.   And do you see on the fourth page where it
16     includes three electronic table games as -- under the
17     heading on page 3, "New Popular Slots," and it
18     includes the electronic table games Royal Match 21,
19     roulette, and craps?  You see that?
20         A.   Yeah, but I don't understand that -- the third
21     column -- it says, "Multi-Line Slot Machine."  You see
22     that?
23         Q.   I do.  What's your point?
24         A.   Well, are they saying that Royal Match 21 is a
25     multi-line slot machine?
```

Jimmie Ray Kilby - 6/28/2016

1      Q.    I guess you would have to ask your client, the

2  Seminole Tribe of Florida.

3      A.    Well, I don't know -- you are asking me

4  something about this.  I don't understand what this

5  means.

6      Q.    I'm asking you, are you aware that the

7  Seminole Tribe of Florida is marketing the electronic

8  table games that include blackjack, roulette, and

9  craps as slot machines?

10     A.    I'm not aware of that.

11     Q.    Would you admit that they are, looking at

12 document -- Exhibit 20 in front of you?

13     A.    I'd have to get more information, because a

14 multi-line slot machine has nothing to do with

15 roulette.

16     Q.    Do you -- are you aware that the Seminole

17 Tribe of Florida offers electronic table games that

18 are roulette- and craps- and blackjack-themed in its

19 facilities?

20     A.    I didn't see them, but I'll take your word for

21 it.

22     Q.    Have you seen them elsewhere --

23     A.    Yes.

24     Q.    -- the roulette- and craps-themed electronic

25 table games?

Jimmie Ray Kilby - 6/28/2016

1       A.   Yes.  None of them had a multi-line slot
2    machine on it.
3       Q.   Do you see this picture of electronic
4    blackjack in Appendix D?
5       A.   Yes.
6       Q.   Does that have a multi-line slot machine on
7    it?
8       A.   I don't think so.  Let me see it.
9       Q.   Do you see the five terminals connected in
10   front of the video display?
11      A.   Yes.
12      Q.   Do you understand that to be what's referred
13   to as a multi-line slot machine?
14      A.   I wouldn't call it that.
15      Q.    What is a multi-line slot machine?
16      A.    Whenever we have slot machines, we have -- you
17   can buy lines.  One coin:  center line only.  Two
18   coins:  center line, bottom line.  Three coins:
19   center, bottom, top.  Fourth coin:  center, bottom,
20   top.  Then it goes this way (indicating).  Then it
21   goes this way (indicating).  Those are multi-line slot
22   machines.
23      Q.   Are those -- do you understand how the
24   Seminole Tribe of Florida both markets and treats
25   those within its slot machine system?

Jimmie Ray Kilby - 6/28/2016

1      A.   No.

2      Q.   Well, you know how they market them because

3   you can see it right in front of you in Exhibit 20;

4   right?

5      A.   I don't know what this is saying.  Once again,

6   I've never seen a multi-line roulette or a multi-line

7   craps.  It just doesn't make any sense.

8      Q.   Do you understand the term "multi-line slot

9   machine" to mean that there are multiple player

10  stations on one machine?

11     A.   It does not mean that.

12     Q.   So you don't believe that this picture that

13  you have in Appendix D is an example of a multi-line

14  slot machine?

15     A.   It is not an example of a multi-line slot

16  machine.

17     Q.   Do you know if this exhibit is what's being

18  referred to in the Seminole Tribe's -- this machine,

19  that is also in play at the Seminole Tribe casinos, is

20  what's being referred to in Exhibit 20 as the

21  electronic table game --

22     A.   I have no idea.

23     Q.   -- Royal Match 21?

24     A.   Royal Match 21 is not a multi-line slot

25  machine.

Jimmie Ray Kilby - 6/28/2016

```
 1        Q.    What is Royal Match 21?
 2        A.    It's blackjack.  You've got a dealer there,
 3   and you got five stations.
 4        Q.    It's --
 5        A.    Oh, Royal Match 21?  Is that -- did I get my
 6   games confused here?  Let me see your -- hold on.
 7   Didn't you give that to me a minute ago?  "Multi-Play
 8   Blackjack."  I thought you gave me "Royal Match 21."
 9        Q.    I did.  It's Exhibit 14.
10        A.    14.  There we go.  Okay.  "'Royal Match 21
11   Blackjack'" -- "live casino Blackjack table game with
12   an optional bonus bet.  The main terminal is designed
13   with a plasma display that is viewed by each player
14   station, along with a Vacuum Fluorescent Display.  The
15   'Royal Match 21 Blackjack' game uses the same basic
16   rules as regular Blackjack.  The player places a bet
17   from 1 credit to 1,000 credits."  "The player can also
18   'Ride the Bet.'"  "The player's dealt two cards."
19   After the initial two cards, you know, they have
20   "surrender."  The player may "hit" or "stand."
21        Q.    Does the report you are looking at,
22   Exhibit 20, describe the machine that you've described
23   in Exhibit D?
24        A.    Yes.
25        Q.    That's pictured here on Exhibit D?
```

Jimmie Ray Kilby - 6/28/2016

1        A.    Yes.

2        Q.    Okay.  So we've agreed that this picture is

3   Royal Match 21; correct?

4        A.    I believe.  I believe.  Yes.

5        Q.    Now, looking at Exhibit 20, it says Royal

6   Match 21 is an electronic table game, and it's listed

7   on Exhibit 20 as a new popular slot machine.

8        A.    Okay.

9        Q.    Do you accept that the Seminole Tribe of

10  Florida is treating this electronic blackjack picture

11  that you have on Exhibit D of your report as a new

12  popular slot machine?

13       A.    They can treat it as that, but it's an

14  electronic table game.

15       Q.    But you would acknowledge that not only does

16  the Seminole Tribe of Florida treat it as a slot

17  machine, but GLI has certified it as a slot machine

18  under 61D-14; would you acknowledge that?

19       A.    I acknowledge that it passed those slot

20  machine tests applicable to that machine.

21       Q.    Is there a reason why you prefer to use the

22  words "passed the test applicable to a slot machine"

23  versus "certified as a slot machine by GLI"?  Is there

24  some difference in those words?

25       A.    Well, they say -- the document says, "We are

Jimmie Ray Kilby - 6/28/2016

1   not classifying what this game is."  Let's go over
2   that again.  It says, "We are not classifying the
3   game.  That's up to the jurisdiction."
4       Q.   And the jurisdiction in this case is the State
5   of Florida; correct?
6       A.   Yes.
7       Q.   And the jurisdiction's standard is the slot
8   machine standard; correct?
9       A.   It passes those standards applicable to the
10  slot machine.  Yes.  See, if you look at the
11  similarities, there's a random-number generator in the
12  electronic table games; there's coin acceptors;
13  there's ticket pays.  There's a lot of similarities to
14  a slot machine.  "This certification does not make
15  assertions as to classification of this device."
16  That's in your document 10.
17      Q.   That's not in 14?
18      A.   Well, it may be there, as well, but it's in
19  10.  It says -- they do not tell you what the game is.
20          MR. ANDERSEN:  Could we take a short break?
21          (Brief recess.)
22  BY MR. ANDERSEN:
23      Q.   Okay.  Let me see if I can wrap up the
24  questions on these particular documents.  Is it true
25  that in rendering your report, you did not take into

1    account Exhibits 11 or 12, which are the 61D-14

2    Florida Administrative Code regulation and the GLI-11?

3         A.   That's correct.

4         Q.   And that's because today is the first time

5    you've ever seen one of those?

6         A.   Yes, sir.

7         Q.   Is it also true that in rendering your report,

8    you did not take into account the GLI reports that are

9    marked as Exhibits 9, 10, 13, 14, 17, 18, and 19?

10        A.   That's correct.

11        Q.   And that's because you had never seen a GLI

12   report until today?

13        A.   Yes, sir.

14        Q.   And do you believe that -- well, let me ask

15   you this.  Strike that.

16             The Bally's Technologies Fusion Blackjack,

17   which is depicted as a picture on Exhibit D of your

18   report --

19        A.   Yes, sir.

20        Q.   -- that I'm showing you right now

21   (indicating), is that the same game that is referenced

22   in Exhibit 20, on the Seminole Hard Rock Hollywood's

23   "New popular slot machines" website?

24        A.   I can't attest to that.  Once again, if you

25   look at this, you've got three columns:  game, game

Jimmie Ray Kilby - 6/28/2016

1   types, multi-games.  So I did not understand -- I can

2   understand that Batman is a video reel, and I can

3   understand it being a multi-line game.  I can

4   understand Dungeons and Dragons being a video

5   multi-line slot.  I cannot understand how roulette,

6   craps can be a multi-line -- or that blackjack game

7   can be a multi-line slot.  I can't understand that.

8   Do you understand what a multi-line slot is?

9        Q.   I believe you answered the questions about

10   that earlier, so --

11        A.   Okay.

12        Q.   Just checking this website to see if there's

13   one more picture of that.  I can't find a picture of

14   it, so --

15           Do you know what is being referred to in

16   Exhibit 20 under "New Popular Slots," "Royal Match 21,

17   electronic table game"?

18        A.   I do not.

19        Q.   Do you know what is being referred to on

20   Exhibit 20, under "New Popular Slots," "Roulette,

21   electronic table game"?

22        A.   I do not, because of that third column,

23   "Multi-Line Slot Machine."

24        Q.   So that third column is throwing you off on

25   that?

Jimmie Ray Kilby - 6/28/2016

1      A.   Yes.

2      Q.   Do you know what's being referred to in

3  Exhibit 20 under "New Popular Slots" as "Craps,

4  electronic table game"?

5      A.   Do not have a clue.

6      Q.   Did you review the deposition of Gordon Dickie

7  in this case?

8      A.   No, sir.

9      Q.   Do you know who he is?

10     A.   You told me Gordon Dickie is -- is he the -- I

11  don't know.  You mentioned him earlier, but I've

12  forgotten.  He is the GLI guy; right?

13     Q.   No.  He is the -- he is a senior vice

14  president --

15         MR. WEBSTER:  He is the executive director of

16  the gaming commission.

17         THE WITNESS:  Oh, okay.

18         MR. ANDERSEN:  Of the Seminole Gaming

19  Commission.

20         MR. WEBSTER:  That's right.

21  BY MR. ANDERSEN:

22     Q.   So you did not consider his deposition in

23  preparing your report; is that correct?

24     A.   No, sir.  That is correct.

25     Q.   Would it surprise you if he testified in his

Jimmie Ray Kilby - 6/28/2016

1    deposition that the Table Master Blackjack is a slot
2    machine, for all intents and purposes?
3        A.   I wouldn't have an opinion.  I just told you
4    what it was.  That's my opinion, regardless of what he
5    says.
6        Q.   Do you know how the random-number generator
7    works in the DigiDeal electronic blackjack game?
8        A.   I don't know specifically, but I know how
9    random-number generators work.
10       Q.   Well, do you know how --
11       A.   That's proprietary.
12       Q.   -- generally, how it works in the DigiDeal
13   electronic blackjack?
14       A.   Well, I know how random-number generators
15   work, and I would assume it's the same with DigiDeal.
16       Q.   What's your assumption?
17       A.   Well, it's going to be seeded.  There's an
18   algorithm in there, which is proprietary.  No one in
19   this room would have access to it.  It would surprise
20   me.  I know IGT, they have an algorithm that they
21   would never let me share with you.  But it's seeded
22   with the clock, and there's a formula, and you have a
23   module, a number divided by another number, and you
24   end up with -- it's --
25           The way I used to explain this to my class,

Jimmie Ray Kilby - 6/28/2016

1    you've got this wheel with all these numbers.  You
2    know, the number that I use is 2.4 billion numbers
3    before repeating itself.  So you are just racing
4    around that thing, the clock, the clock, the clock;
5    you put the money in the machine -- (indicating) -- it
6    picks one of those numbers.  It basically tells you
7    when to stop with that algorithm.  That's the way I
8    would explain it.  It's probably oversimplistic, but
9    that's -- once again, I've built random- -- not built
10   them, but I have used random-number generators in my
11   programming.  It's just an algorithm.  It's
12   calculation.
13       Q.   And do you have an understanding of how
14   random-number generators are used in other Class III
15   slot machines?
16       A.   Yes.
17       Q.   What is that?
18       A.   It's the equivalent of spinning the reel.
19   Whenever you spin a mechanical reel, it stops random.
20   If we don't have mechanical reels, then how are we
21   going to get it to stop?  The random-number generator
22   is going to select -- I used to tell my students --
23   you know, we used to have a machine, one of the first
24   Megabucks.  It was 256 symbols on each reel, but there
25   really wasn't 256 symbols.  I used to tell them there

Jimmie Ray Kilby - 6/28/2016

1  was like a bucket of numbers, and there was numbers

2  from 1 to 256, and each of them corresponded to a

3  symbol.  And if you grabbed one of those numbers, the

4  random-number generator -- "No. 44.  What is 44?  44

5  is a bell.  Show a bell."  That's how it works.

6      Q.   Do you have an understanding of what games the

7  tribe will shut down in its facilities if the court

8  rules in favor of the State in this case, that the

9  authorization to offer banking or banked card games

10  under the Compact has expired?

11      A.   You said earlier that Mr. Allen said that all

12  the manual-dealt games.  Isn't that correct?

13      Q.   Yes.

14      A.   So that's the only information I have.

15      Q.   Do you agree with that?

16      A.   Yes.

17      Q.   Do you believe the tribe will be required to

18  shut down any electronic table games?

19      A.   I do not know.  I'm not sure how many

20  electronic table games they even have there.

21      Q.   Well, if I represent to you that they have

22  exactly this game that you conclude in Appendix D to

23  your report, would they have to shut this game down,

24  this electronic blackjack?

25      A.   The way that I read the Compact, I would say

1    yes, because it is a banked table game.

2        Q.    Okay.  And so under your understanding of the

3    meaning of the words in the Compact, those electronic

4    table games would have to be shut down?

5        A.    Those are banked table games, and if the law

6    requires that the banked table games be shut down,

7    then they will be shut down.

8        Q.    What about the electronic version of roulette,

9    that -- similar to that, it has several stations

10   around a wheel, that -- and they depict roulette, that

11   game, would that have to be shut down?

12       A.    Roulette is a table game.  Roulette is a

13   banked table game.  So if the law is that you have to

14   shut down all banked table games, then that would have

15   to go, as well.

16       Q.    Okay.  Would they have to shut down all video

17   poker games?

18       A.    No.

19       Q.    And why not?

20       A.    Video poker is a slot machine.  Video poker

21   never was a table game.  You are not playing poker.

22   Basically, you've got a five-reel slot machine with

23   video poker.

24       Q.    I'm going to read you some questions from --

25   questions and answers from Gordon Dickie's deposition,

**Jimmie Ray Kilby - 6/28/2016**

1    and then I'm going to ask you some questions about it.
2           The first question is, "If the tribe has to
3            stop its banking or banked card games, which
4            games will it stop?
5           "A.  The live table games.
6           "Q.  What do you mean by 'live table games'?
7           "A.  The live table games are games where you
8            have an actual dealer and cards and players
9            at the table and a table bank.
10          "Q.  Does the tribe have any games that were
11           like the Table Master game?
12          "A.  Yes.
13          "Q.  And do you include that in what the tribe
14           would have to shut down?
15          "A.  I don't.
16          "Q.  Okay.  And why do you say that you don't?
17          "A.  Because I'm familiar with those games,
18           and those are slots.  Those are considered
19           slot-type games.
20          "Q.  Tell me the types of games that the tribe
21           has that are like the Table Master game.
22          "A.  I'm sure there's ShuffleMaster.  I
23           haven't been out there recently, but I know
24           that ShuffleMaster and I know ElectraCheck
25           has some facsimiles that are slot content,

Jimmie Ray Kilby - 6/28/2016

 1              crap/roulette-type games."
 2         Does that testimony from Gordon Dickie
 3    surprise you?
 4         A.   No.  It doesn't surprise me.
 5         Q.   Why not?
 6         A.   Well, it's just -- I'm not an attorney.  I
 7    think as far as the -- what's in the Compact that says
 8    that banked table games, such as -- my being
 9    non-professional, non-legal, I wouldn't -- I would
10    assume that it would include those electronic table
11    games, as well.  Someone may argue that they don't.  I
12    don't know.  That's beyond my pay grade.
13         Q.   But in your opinion, based upon your report
14    and the meaning you attach to the words in the
15    Compact, you would say those games have to be shut
16    down, the electronic table games?
17         A.   Those are banked table games, the electronic
18    blackjack, the electronic table games.  So if -- based
19    upon that, yes.
20         Q.   Do you believe that the tribe is permitted to
21    offer craps and roulette electronic table games under
22    the current Compact?
23         A.   I'm not aware of that.  I don't know.
24         Q.   You don't know?
25         A.   Because it talks about card games, and I don't

Jimmie Ray Kilby - 6/28/2016

1    think -- I don't think -- I don't know.

2        Q.   What do you mean by that, "it talks about card

3    games"?

4        A.   Well, it says, you know, "card games," "banked

5    card games, including" -- it doesn't say anything

6    about dice or roulette.  Does it?  I don't believe it

7    does.

8        Q.   So other than Knighted Ventures, what third

9    parties are you aware of that cardrooms in Florida

10   have entered into agreements regarding designated

11   player?

12       A.   I only went to three or four cardrooms, and

13   all of them used Knighted Ventures.  I didn't go to

14   all the cardrooms in Florida.

15       Q.   What three or four used Knighted Ventures?

16       A.   Ebro, Jacksonville, Naples.  That's it.

17       Q.   On page 5 of your report, you are saying

18   that --

19       A.   I'm sure there's more.

20       Q.   -- Jacksonville Kennel Club uses Knighted

21   Ventures?

22       A.   Yeah.  Yeah.

23       Q.   Are you certain of that?

24       A.   Yes.

25       Q.   And you are saying Ebro Greyhound Park & Poker

**Jimmie Ray Kilby - 6/28/2016**

```
 1    in Ebro, Florida, uses Knighted Ventures?
 2         A.   Yes.
 3         Q.   You are saying Naples Fort Myers Track & Poker
 4    uses Knighted Ventures?
 5         A.   Yes.  And I went to Isle of Capri.  They use
 6    somebody, but they wouldn't give me that information.
 7         Q.   So you are referring to Isle Casino in
 8    Pompano, Florida?
 9         A.   Yes.
10         Q.   So you just gave me three that you are certain
11    use Knighted Ventures; is that right?
12         A.   Yes.  According to them.
13         Q.   Would you agree with this statement, that at
14    the time of the Compact -- that the Compact went into
15    effect, the pari-mutuels in the State of Florida have
16    been conducting a form of electronic blackjack that
17    allowed players to play blackjack against a virtual
18    dealer?
19         A.   Am I aware of that?
20         Q.   Yes.
21         A.   No.
22         Q.   You don't know whether or not that's true?
23         A.   I'm not aware of that at all.
24         Q.   Do you believe there's any significance to
25    whether a player is using their own shoe or deck of
```

Jimmie Ray Kilby - 6/28/2016

1    cards in their play against the dealer or whether they
2    are competing for the same cards in a game of
3    electronic blackjack?
4        A.   Say that one more time.
5        Q.   Does it matter to the game math whether
6    there's one shoe or whether -- one shoe that all
7    players are drawing cards from or -- let's say --
8    strike that.
9            Does it matter whether there is one shoe that
10   a random-number generator is generating cards from in
11   an electronic game or whether there's individual shoes
12   for each player?
13       A.   Individual shoes for each player, basically,
14   would be an individual machine for each player.  You
15   have to have an individual shoe, player.  In other
16   words, you versus just one -- it'd just be one player.
17   As far as the math, there would be some difference.  I
18   have no idea what it would be, but it would be
19   minuscule.  If you calculated basic strategy, it would
20   still be the same.
21       Q.   Do you believe that it makes a difference in
22   the mathematical edge of a game if other players are
23   seated at the table?
24       A.   In the long run, no.
25       Q.   Can you explain that?

Jimmie Ray Kilby - 6/28/2016

1      A.   It's -- well, if you are playing basic
2   strategy -- let's assume you are -- it would be the
3   same strategy whether you got six players, five
4   players.  If you are counting cards, then there will
5   be a difference.  But with these electronic games, you
6   have no idea when they shuffle.  So it'd be the
7   equivalent of -- you'd never have enough advantage to
8   know how to alter your play.
9      Q.   What about in a live table game?  Does it make
10   any difference in the mathematical edge of the game if
11   other players are seated at the table?
12      A.   If players are card counting, yes.  If players
13   are not card counting, it will make no difference.
14   And it would make a difference to the card counter.
15      Q.   What do you mean by that?
16      A.   Because he would be able to play the hands
17   accordingly, the card counter.  Say, for instance, the
18   six of us are playing the game and none of us are
19   counting cards.  It would have no effect.  Now, if
20   this young lady here (indicating) was a card counter,
21   she's going to be able to benefit whenever she looks
22   at our hands, assuming we have a selection without
23   replacement.  If we have a continuous shuffler, it's
24   not going to benefit you.
25      Q.   Is there such a thing in a live game of

1    blackjack or other live table games as a, quote, "bad

2    player," or player who is not playing perfect

3    strategy, ruining the game for other players by how he

4    plays his hand?

5        A.   "Ruining"?  No.  That's ridiculous.

6        Q.   Well, affecting the outcome for other players

7    by how he plays.

8        A.   But you know what?  He'll affect good as much

9    as he affects bad.  So there's no way -- many players

10   think, "Oh, that guy took my card."  Many times, he

11   took the card that would have broken your hand.  It

12   has no effect whatsoever, in the long run.  In the

13   short run, yeah.  "My God, why did you hit that?  I

14   would have hit that card." Now you hit it.  "Thank

15   God you hit it, because I didn't want it."  It's

16   irrelevant.

17       Q.   Is there a difference in the edge a player

18   experiences playing a shoe game based upon the number

19   of players at the table if the shoe is shuffled after

20   every hand?

21       A.   No.  Now, once again, if you had a card

22   counter, the guy at third base is going to have

23   knowledge of those cards in front of him.  Let's

24   assume no card counter.  There's no difference

25   whatsoever.  If the guy at third base is a card

Jimmie Ray Kilby - 6/28/2016

1    counter, then there would be a difference for that

2    particular player, assuming he played -- you know, he

3    was counting cards.

4         Q.   Imagine a player who is playing without

5    knowing if there are other players at the table,

6    taking cards or standing.  Would that player have

7    any way to know, based on the outcome of his hands, if

8    other players were involved in the game?

9         A.   Just by the play of --

10        Q.   His own hands.

11        A.   I don't see how.  In other words, he's got

12   blinders on.  All he sees is his hand.  And the

13   question is, is there anybody else at the game?

14        Q.   He doesn't know if there's anyone else at the

15   table taking cards or staying.

16        A.   And then, the cards he receives, he's going to

17   be able to know that there either is or isn't other

18   players?

19        Q.   Right.

20        A.   Not by the cards.  Now, if it took a while for

21   him to get to me, I might guess he must be acting upon

22   hands.

23        Q.   Can you describe and state your opinion on the

24   following issues:  bad players.

25        A.   Well, that's relative.  You know, what's a bad

1  player?  Some players play -- as I told you earlier,
2  there was a study conducted by Tangam at Barona, and
3  they found that the average blackjack player -- and
4  they sampled, I think, about 30,000 players.  There's
5  not a lot of information about that, but they found
6  that the average blackjack player plays to the
7  disadvantage of about, as I remember, 1.25 percent
8  worse than basic strategy.  That's an average.  The
9  standard deviation is 0.9, almost 1 percent.  So the
10  guy three standard deviations to the left is a really
11  good player, and the guy three standard deviations to
12  the right is a really bad player, so -- but the guy at
13  two standard deviations is not a bad player as the guy
14  with three standard deviations.  It's all relevant.
15      Q.   Can you describe and state your opinion on
16  playing third base?
17      A.   Well, when I was counting cards -- there's two
18  different schools of thought on it.  I'll tell you my
19  opinion.  Whenever I was playing, you know, if you got
20  third cards, you have a benefit of -- as far as
21  playing strategy goes, you are better off, in my
22  opinion, playing a third base, because you have -- as
23  far as playing the hands go, because you have more
24  information before you either draw, stand, or whatever
25  you are going to do.

Jimmie Ray Kilby - 6/28/2016

1              If you are playing first base, if the deck is
2     a plus deck, you have first shot at the big cards.  If
3     you are playing third base, by the time you get your
4     first card, the big cards may be gone, so -- look, I
5     am not a player, but I understand playing.  I played
6     years ago, so --
7          Q.   Did you play as an advantage player?
8          A.   Card counter.  We used to call it card
9     counting.
10         Q.   When was that?
11         A.   Back in the '60s and '70s.
12         Q.   You turned 18 in 1967?
13         A.   I started dealing when I was 19.
14         Q.   When did you start card counting?
15         A.   20.
16         Q.   And how long did you do that?
17         A.   Let me tell you the story.  I told Joe
18    earlier.  When I first started dealing, everybody
19    around me supposedly knew something about card
20    counting, but nobody really explained anything to me.
21    At the time, the only book I was aware of was the one
22    by Edward Thorp, called "Beat the Dealer."  If you
23    ever read "Beat the Dealer," it's confusing as hell.
24    You start backwards.  10s versus others.  It's just --
25    you can't believe how difficult it is.  I'm sure he

1   (indicating) knows of no one that's ever played the

2   Thorp's count.  It's too difficult.  You have to count

3   backwards and big cards and small cards.

4        So, anyway, back in the late '60s, early '70s,

5   we were always throwing people out for card counting.

6   And I said, "What did this guy do?"  I never

7   understood it.  And then I got a job at the

8   International, before it was Las Vegas Hilton.  And

9   there was a guy there named Kenny Bower, that was

10  supposedly knowledgeable as far as card counting goes.

11  We never backed off anybody.  I couldn't believe it.

12  When I was at Silver Slipper, the guy wins two hands

13  in a row and we accuse him of card counting.  We never

14  backed anybody off.  So I realized Kenny Bower

15  actually knew something.

16        One night, this man and woman sat at my game.

17  Kinney Bower comes over and says, "Folks, you can't

18  play here."  I had seen my first two real card

19  counters.  I'm going back to 1970.  Well, the

20  following week, I was downtown and I'll be damned if I

21  didn't stumble into them on Freemont Street.  And I

22  said, "Folks, my name is Jim Kilby.  I was the

23  dealer."  I said, "I just want to know something about

24  card counting.  How did you learn?"  And they said,

25  "There's a book called 'Playing Blackjack as a

1   Business,' by a guy named Lawrence Revere."  They

2   said, "He lives in Las Vegas."

3          So I bought the book, I studied the book, and

4   then I went to see Mr. Revere.  "Mr. Revere, I'm

5   20 years old.  My name is Jim Kilby.  I want to learn"

6   -- "I'm semi-intelligent.  Can I help you at all?"  At

7   the time, he had classes that he would teach people

8   how to count cards.  So I developed a relationship.

9   His actual name was Parsons, Lawrence Parsons.  They

10  called him "Spec," "Spec" Parsons.  So "Spec"

11  basically took me under his wing.  I taught his class.

12  You've heard of King Houston, probably.  King Houston

13  went to our class.  But I was always the guinea pig.

14          "Spec," in his book, had what we call a

15  10 count.  Within a suit, the plus cards equal

16  plus 10; the minus cards equal minus 10.  That's what

17  he sold.  But he had, like, a premium thing.  It was a

18  14 count, with a side count of aces.  But I was a

19  guinea pig.  I played all those different counts.  I

20  played the 10 count.  I played what we called the 11

21  count.  I played the 14 count.  I played the 16 count.

22          But that's back in the days when you could

23  actually -- you could play anywhere.  I never dreamed

24  it would dry up.  I played in the Caribbean, on cruise

25  ships.  I played in Puerto Rico.  Years ago, whenever

Jimmie Ray Kilby - 6/28/2016

1    John Scarne was in charge of the Caribe Hilton, I went
2    down there to play.  John Scarne -- they had four-deck
3    blackjack with really tough rules down there.  But
4    John Scarne, of all people, he had two discards.  He'd
5    scoop the cards up.  The dealer would deal one hand.
6    He'd put them in this discard.  The next hand, he'd
7    put them in the other discard.  Then he'd put them in
8    this discard, and then he'd put them in the other
9    discard.  So you weren't playing a four-deck game; you
10   were playing two 2s.  So you'd find the side with the
11   highest plus count, which would be the highest minus
12   count whenever it came out, and you'd cut to that so
13   that you go -- you were able to play off the top.
14        But I played in Aruba.  I played in Puerto
15   Rico.  I played on cruise ships throughout the
16   Caribbean back in the good-old days, when advantage
17   play -- actually, many people didn't believe in card
18   counting.  The reason I got a job as an inspector in
19   the Bahamas back in the early '70s is because of my
20   knowledge of blackjack.  The reason I was offered the
21   position at the Hilton in the early '70s -- or excuse
22   me -- in Tropicana, when I came back in '86, was
23   because the casino manager there had thrown me out of
24   the horseshoe multiple times for card counting.  So I
25   was respected.  They knew that I knew what I was

Jimmie Ray Kilby - 6/28/2016

1   talking about.

2       Q.   So is it safe to say from '69 to '86 you were

3   card counting during that period?

4       A.   Yeah.  I mean, I would occasionally -- when I

5   was going to college, I would actually take cruise

6   ships down to the Caribbean.  There were times I spent

7   the summer on cruise ships.

8       Q.   All right.  Let me ask you this.  Would you

9   agree that the following features that are in the

10  DigiDeal electronic game are not an ordinary

11  blackjack?  I'm going to give you a list of things and

12  let you answer each one.

13      A.   Okay.

14      Q.   The use of a random-number generator to

15  determine outcomes.

16      A.   Well, none of them determine outcomes.  In

17  electronic blackjack, all it does -- the random-number

18  generator shuffles the cards.  The outcome is

19  determined by you, how you play those hands.

20      Q.   The use of a random-number generator to

21  determine what card a player receives.

22      A.   Yes.  It shuffles the cards, all a

23  random-number generator does.

24      Q.   No.  My question is:  Would you agree that the

25  use of a random-number generator to determine what

Jimmie Ray Kilby - 6/28/2016

1   card a player receives is in DigiDeal but is not in

2   ordinary blackjack?

3        A.   Well, it could be in ordinary blackjack.  I'm

4   issuing the shoe to you that uses a random-number

5   generator, so it really depends on the operation.

6        Q.   Would you agree that in DigiDeal, the system

7   has the ability of rating players in terms of buy-in,

8   duration of play, and average bet, and that is not

9   present in ordinary blackjack?

10       A.   It's not; however, the technology is out

11  there.  I'm just hoping for the first casino to adopt

12  it.  The company out of Canada called Tangam Gaming,

13  they have that technology.  We desperately need it.

14  And as soon as the first casino breaks rank -- and it

15  uses Ferite chips or, you know, those RFID chips --

16  that's going to revolutionize table games.  But right

17  now, many casinos haven't gone to the expense.  The

18  technology is there.

19       Q.   So right now, you would agree with that

20  statement?

21       A.   Yes.

22       Q.   Would you agree that DigiDeal gives you the

23  ability to estimate player skill and the house edge

24  that is not present in ordinary blackjack?

25       A.   Yes.  Which we would desperately like to have

**Jimmie Ray Kilby - 6/28/2016**

1   in ordinary blackjack.  Now, for what it's worth, when
2   I was at Rio, I was vice president of international
3   marketing, and we had a means in the casino to
4   calculate the skill of a player.  We have that now,
5   but it's labor-intensive.  Almost every surveillance
6   in the country has what they call a bloodhound in
7   surveillance, and they'll go through every hand, and
8   there's a printout that will tell you the number of
9   mistakes he made, deviated from basic strategy, his
10  advantage, the whole thing.  So that information, we
11  can get it, but it's not practical now on an
12  every-player basis.
13       Q.   Would you agree that DigiDeal has features
14  that are not in ordinary blackjack that allow
15  marketing and player tracking and awarding points?
16       A.   Yes.  The stuff we desperately need.  We
17  guesstimate in live games what we actually have with
18  DigiDeal.  We are all striving in live games to get
19  that information in DigiDeal.
20       Q.   Would you agree that the DigiDeal and
21  electronic -- other manufacturers of electronic
22  blackjack have new types of novelty side bets and
23  bonuses that are not available in ordinary blackjack?
24       A.   No.  They would all be available in ordinary
25  blackjack.  Anything you can do with DigiDeal, you can

**Jimmie Ray Kilby - 6/28/2016**

1    do with ordinary blackjack; for instance, Buster Bet.
2    Anything that's there, you can do in ordinary
3    blackjack.
4        Q.   Would you agree that DigiDeal does not have
5    the intimidation factor of live blackjack?
6        A.   I would agree.  I would agree that if you are
7    a novice and -- see, the thing about blackjack -- back
8    to your deal about, can one player spoil it for the
9    whole table.  I have seen people absolutely just --
10   you know, if a player's got a big bet and somebody
11   before him does something that he perceives as being
12   dumb, he'll call him every name in the book.
13          Never in a dice game, if you were to, say, for
14   instance, bet the big 6 instead of placing the big 6,
15   nobody says, "You idiot.  Why the hell did you do
16   that?"  Because they don't perceive it as affecting
17   your hand.  Yes.  I can see that a person -- all it
18   takes for someone to jump on you in front of your
19   girlfriend and call you an idiot that you'd say, "I
20   think I'll learn over here."
21       Q.   Would you agree that a feature in DigiDeal
22   that is not an ordinary blackjack is the ability to
23   have lower minimums?
24       A.    If you are talking about less than a dollar --
25   when I first broke in, you could bet as little as

Jimmie Ray Kilby - 6/28/2016

1  $0.25.  So you can do it.  There's anything -- we can
2  have the chip -- whatever denomination you want.  It's
3  easy to do that, and it doesn't justify a dealer.  We
4  are not going to have a 50-cent-minimum game and staff
5  it with a dealer, whereas with a slot machine, an
6  electronic table game, you can do that.
7      Q.  Would you agree that with the electronic
8  versions of blackjack, that it's different than
9  ordinary blackjack and that there's no dealer
10 required?
11     A.  Yeah.  There's no dealer required.
12     Q.  No dealer training required?
13     A.  Exactly.  There's so many benefits to
14 electronic blackjack.
15     Q.  Would you agree that features in DigiDeal that
16 are not in ordinary blackjack include that there's no
17 limitation on total cards that can be drawn due to
18 space limitations?  For example, Multi-Hand Blackjack
19 by IGT limits dealer hand to six cards.
20     A.  Say that again.  They limit the dealers to six
21 cards?
22     Q.  I'll come back to that one.
23         Would you agree that the electronic versions
24 of blackjack offer game projection against advantage
25 play that is not found in ordinary blackjack?

Jimmie Ray Kilby - 6/28/2016

1     A.    That's true.

2     Q.    Would you agree that electronic blackjack

3  offers game protection against cheating that's not

4  found in ordinary blackjack?

5     A.    That's true.  All of the things that we would

6  love to see in live games.

7     Q.    Would you agree that in the electronic

8  versions of the game, there's the ability to deal each

9  player cards from a unique shoe, if that setting is

10 selected, that is not found in ordinary blackjack?

11    A.    I don't understand that one.

12    Q.    Well, the electronic games have the ability

13 to -- if there's six stations, like the picture in

14 your Appendix D --

15    A.    Uh-huh.

16    Q.    -- you can set the machine to deal each player

17 out of a unique shoe or all six players out of a

18 common shoe if there's multiple players playing at

19 once.

20    A.    See, that don't (sic) make sense to me,

21 because then you have to have five monitors.

22    Q.    Well, each player has their own monitor in

23 front of them; right?

24    A.    Well, they are going to have to have their own

25 dealer, too.

Jimmie Ray Kilby - 6/28/2016

1     Q.   Well, it's just a computer, a random-number
2  generator.
3     A.    Well, I know, but it would have to be --
4  whenever you have one versus all, you've got one
5  dealer there.  The games you'll see down there,
6  there's one person, and it's just -- it's blackjack,
7  is all it is.  They are dealt two cards.  Now, if each
8  person gets a unique shoe, it has to be -- it would
9  have to be just a stand-alone station.
10    Q.   Well, the dealer could have their own shoe;
11 right?  And --
12    A.   That don't (sic) make any sense.  You are
13 saying the dealer's got a shoe and all the players got
14 a shoe?
15    Q.   No.  I'm sorry.  Each player has their own
16 shoe playing against the dealer.
17    A.   Where does the dealer get their cards?  From
18 the player's shoe?
19    Q.   It's a random-number generator.
20    A.   We got a shoe here now.  We got an X number of
21 cards.  Does the dealer get the cards from each
22 player's shoe?  It doesn't make any sense.
23    Q.   Do you have any understanding how the
24 random-number generator works in electronic versions
25 of blackjack?

Jimmie Ray Kilby - 6/28/2016

1     A.   Yes.  I do.

2     Q.   What's your understanding?

3     A.   I just told you.  All it does is shuffle the

4  cards.  The question is -- whether you have a

5  random-number generator or physically, you've got six

6  shoes; right?  I don't care how they came about.

7  You've got six shoes.  Where does the dealer get their

8  cards?

9     Q.   I'm asking you.

10    A.   Well, I'm asking you.  It doesn't make any

11 sense.  Then we've got a seventh shoe?

12    Q.   Are you saying that's not possible?

13    A.   Well, I guess it's possible, but it doesn't

14 make any sense.  If you look at all of the marketing

15 material, it compares it to blackjack.  There's no

16 blackjack game where every person in the game's got

17 their own shoe, including the dealer.

18    Q.   Do you believe that it's possible that the

19 same two cards are removed from each shoe and

20 displayed as the dealer's hand?

21    A.   I don't know why they would do that.  I mean,

22 if you tell me it happens, I'll buy into it, but I

23 don't know what the benefit -- why a manufacturer

24 would want to do that.

25    Q.   Isn't that how multi-line video poker works?

Jimmie Ray Kilby - 6/28/2016

```
 1        A.   Multi-line video poker?  No.

 2        Q.   How does that work?

 3        A.   Video poker -- you've got five cards, video

 4   poker.  There's no lines involved in video poker.

 5        Q.   In Exhibit 20, at the top of the fourth page,

 6   you see where it says, "Ultimate X Poker, Video Poker,

 7   Multi-Line Slot Machine"?

 8        A.   I don't care what it says.  Okay.  Line --

 9   which page?

10        Q.   Page 4, at the top.

11        A.   Yeah.  I have no idea.

12        Q.   So that doesn't make sense to you?

13        A.   No.  It's just like those other ones.  I don't

14   know how you get a multi-line blackjack, how you get a

15   multi-line craps, a multi-line roulette.  Doesn't make

16   any sense to me.

17        Q.   Do you know whether the Mardi Gras Casino had

18   the DTSC chip version or the DTSV bill validator

19   printer version of DigiDeal?

20        A.   Say it again.

21        Q.   Do you know whether they had the DTSC or the

22   DTSV version?

23        A.   I do not have -- that means nothing to me.

24   You know, for what it's worth, I think this is a typo,

25   just for what it's worth.
```

Jimmie Ray Kilby - 6/28/2016

1    Q.   That whole column?

2    A.   This whole thing.  This is -- you need to go

3  back to the drawing board on this.  This stuff ain't

4  (sic) right.

5    Q.   Well, are you saying the Seminole Tribe of

6  Florida needs to change its website?

7    A.   This makes no sense.  This is to inform you of

8  something.  People make mistakes.  And everything is a

9  multi-line slot machine.  There's no line games?  Do

10 you know what a line game is?  Do you know what a --

11 we got multi-lines.  We got what buy-pays.  We got

12 multipliers.  There's no multipliers listed here.

13 Option games.  None of those are listed here.

14 Everything is a multi-line slot machine.  See, a

15 multiplier is a single line, and it multiplies the pay

16 with more coins you put in.  A multi-line, you are

17 buying more lines as you insert more coins.

18   Q.   Are you aware of the ability on electronic

19 games to turn on a feature that shows basic blackjack

20 strategy on the screen for the player to follow?

21   A.   I'm not aware of that, but some casinos have

22 basic-strategy cards in the gift shop, so, you know,

23 players will come to the game with a basic-strategy

24 card.

25   Q.   Would you agree that the following features

Jimmie Ray Kilby - 6/28/2016

1  are in ordinary blackjack but they are not in the
2  DigiDeal product or the electronic blackjack -- other
3  electronic blackjack:  that a perfect shuffle is not
4  possible in ordinary blackjack?
5       A.   A perfect shuffle?  I don't exactly know what
6  that would mean.  We now have -- ShuffleMaster has an
7  automatic shuffler.  I don't know how -- I don't know.
8  I don't know what a perfect shuffler is.
9       Q.   Are you aware that even the automatic
10  shuffling machines do not give perfect shuffles in
11  terms of randomness?
12       A.   That doesn't surprise me.
13       Q.   You would agree that ordinary blackjack has a
14  live dealer responsible for all respects of the game?
15       A.   And floorman helps, as well.
16       Q.   His supervisor?
17       A.   Yes.
18       Q.   And you would agree that the ordinary
19  blackjack has actual physical playing cards and the
20  electronic games do not?
21       A.   They don't have to.  A few years ago, at the
22  IGT -- the Global Gaming Conference, they actually had
23  a table game where the dealer stood up -- as a matter
24  of fact, I'd seen him down in Puerto Rico -- not
25  Puerto Rico, but Mexico.  They've got down there where

1  they actually -- you got a layout.  As I remember, the
2  dealer just touches something and the card appears.
3  It's like coming out of a shoe.  So it's -- for all
4  intents and purposes, it's blackjack, except it's all
5  virtual.
6      Q.   Where did you see that?
7      A.   I saw it in Tijuana.
8      Q.   Have you ever seen that in the United States?
9      A.   Yes.  At a global gaming show years ago.
10     Q.   At a gaming show?
11     A.   Yes.
12     Q.   Ever seen that in a casino?
13     A.   No.  I never looked for it.
14     Q.   You would agree that ordinary blackjack has
15  the need for full pit and surveillance?
16     A.   Ordinary blackjack?
17     Q.   Yes.
18     A.   "Full pit"?  Did you say "full pit"?
19     Q.   Yes.
20     A.   We have satellite pits.  We have four games.
21  We can put them anywhere.  There's no rules where you
22  stick them.  As a rule, you know, the games that are
23  most vulnerable, we are going to keep them, you know,
24  near the center of the casino.  On the perimeter, we
25  are probably going to have lower maximum bets and

**Jimmie Ray Kilby - 6/28/2016**

1   lower bankrolls on the game.

2          But you'll find -- your job in management is

3   to maximize profit.  There's nothing that you have to

4   follow.  You can put the games anywhere you want.  If

5   I had electronic blackjack, they would be in the pit,

6   because whenever people play this -- if you ask

7   somebody playing this electronic blackjack -- if you

8   were to come back and ask, "What did you play," they

9   are going to say, "I played blackjack."  They are not

10  going to tell you, "I played a slot machine."  They'll

11  tell us they played blackjack.  People want to feel

12  like they are playing blackjack, and I wouldn't want

13  to do that.

14      Q.   What makes you think they wouldn't say, "Well,

15  they didn't have blackjack, so had to play this

16  electronic game, and it wasn't as much fun, and it

17  didn't have a dealer, and it was just different"?

18      A.   Similar to that "Royal Match"?

19      Q.   Yeah.  How do you know people are not going to

20  have that reaction?

21      A.   No.  They are going to say "blackjack."

22      Q.   Is that your magic ball that you are looking

23  at to come up with that?

24      A.   Exactly.

25      Q.   No.  Where do you get that from?

Jimmie Ray Kilby - 6/28/2016

1    A.   I'm just telling you.  That's what people
2  refer to.  Whenever people go to the casino, they'll
3  ask you in the casino, in management, "Where are your
4  blackjack games?"  "Where is your Megabucks?"  They
5  know what they are looking for, and you'll direct them
6  there.
7    Q.   And you direct them to an electronic blackjack
8  machine that looks like your Appendix D, and they go,
9  "No.  I'm looking for blackjack.  Where the hell is
10  blackjack?"  Right?
11    A.   Well, I'm just telling you.
12    Q.   And then, what do you tell them?
13    A.   If they went in one of these racinos, they are
14  going to ask, "Where is blackjack?"  "It's right over
15  there."  They are not going to say, "Where's your
16  slots?"  They are looking for something.  You know
17  what I did when I went in there, what I asked them?
18  "Where's your blackjack?"  That's what I was looking
19  for.
20    Q.   You had a purpose for being there; right?
21    A.   Yeah, but I wasn't trying to elicit something
22  out of them.  That's what I was looking for.  If I
23  said, "Where's your slots," they'd say, "Here."
24    Q.   Would you agree that ordinary blackjack has
25  issues that are not in the electronic blackjack games

Jimmie Ray Kilby - 6/28/2016

1  that involve measuring game pace, average bet, time
2  played, and player skill?
3       A.   Yeah.  We try to guesstimate that stuff in
4  live games.
5       Q.   But you can't?
6       A.   We try to guesstimate.
7       Q.   Would you agree that ordinary blackjack has a
8  possibility of defects in the game, including short
9  decks and other things that are not in the electronic
10 games?
11      A.   Yes.  They are much more vulnerable.  You
12 know, you are arguing everything in favor of
13 electronic table games.  If this was a sales deal, I
14 would say, "Let's get some more of those electronic
15 table games in here."
16      Q.   So why does the Seminole Tribe of Tampa have
17 one of these (indicating), that you put a picture of
18 in your report, and 30 ordinary blackjack tables?
19      A.   They'll have more of those electronic games as
20 time progresses.  The technology --
21      Q.   Why is it that today they only have one?
22      A.   I have no idea.  If they had none, you'd say,
23 "Why don't they have one?"  If they had one, "Why
24 don't they have two?"  I have no idea.  Your job in
25 management is to maximize profit.  And I have no idea

**Jimmie Ray Kilby - 6/28/2016**

1   how they are looking at the --

2          Whenever you operate a casino, you have --

3   it's just like real estate.  Your objection is to

4   maximum cash flow in this real estate.  I'm always

5   telling casinos, "Continually analyze your floor and

6   determine how much cash flow is being generated per

7   square foot."  That game there will probably eat up --

8   I'm going to say probably 120 square feet.  You could

9   probably put one table game in that same square

10  footage.  Say, 140 square feet.  The question is,

11  what's going to generate -- we have all kinds of

12  different uses.  So they may think -- and they may not

13  have done that analysis.  I've done consulting before

14  with casinos where we've actually looked at the entire

15  floor, and once we looked at where the cash actually

16  comes from, they've changed their configuration.  We

17  don't manage casinos properly.

18     Q.   Okay.  So all these discussions we've had --

19  and you, basically, have said to me that my questions

20  are indicating that we should favor the electronic

21  machines over the live table games; is that what you

22  are saying?

23     A.   We are trying, in live games, to capture the

24  information.  Things are changing in live games.

25  Things are changing electronically.  We have -- in a

Jimmie Ray Kilby - 6/28/2016

1   lot of games now, we have the DigiDeal where they
2   actually have the physical cards that come out of the
3   game, which --
4        Q.   Who has that?
5        A.   DigiDeal has it.
6        Q.   Where is it?
7        A.   I don't know the particular -- it's on their
8   website.  I didn't -- because it wasn't using Magic, I
9   didn't go visit there.  I mean, I didn't look at -- I
10  went to visit with DigiDeal the same game that was
11  used in Magic, but they -- if you go to the website,
12  they've actually got a live shoe there with smart
13  cards with the -- you know, the edges of the card are
14  read.
15       Q.   Are you aware that the DigiDeal product is
16  certified under GLI-11, as meeting the standards in
17  GLI-11?
18       A.   I think we just proved it.  You showed it to
19  me.  Yes.
20       Q.   Well, I showed you the certification under
21  61D-14, but I don't believe I had the report that
22  certified it under GLI-11.
23       A.   I'll take your word for it.
24       Q.   Okay.  But are you aware that it has been
25  certified under GLI-11?

Jimmie Ray Kilby - 6/28/2016

1       A.    I am now.

2       Q.    So given that whole discussion -- and you are

3   telling me that those questions are making an argument

4   in favor of the electronic machines; correct?

5       A.    If we had a meeting and we said, "What is the

6   ideal table game?  What do we want from information on

7   that table game as far as marketing," all that stuff,

8   game protection, you would be -- you'll find that

9   almost all of those things are available in electronic

10  table games.

11      Q.    Okay.  And so on page 13 of your report, you

12  state, "There is nothing in the play of manually dealt

13  blackjack that is not available in electronic versions

14  even down to a live, or virtual, dealer inviting one

15  to play."  Do you stand by that statement?

16      A.    Yes.  I gave you a little table there, and we

17  went through all of the steps, everything that happens

18  in the actual game.  It's on page 11.  "The player

19  places a wager."  Manual, yes.  DigiDeal, yes.

20      Q.    By the way, what's the difference between item

21  No. 3 and item No. 6?

22      A.    Nothing.  That's a typo.

23      Q.    It should be in the 6 spot, not in the 3 spot?

24      A.    Well, whatever.  You can just ignore it.

25      Q.    Okay.  So let me ask you something.  If I gave

Jimmie Ray Kilby - 6/28/2016

1  you a list of all the similarities between a cat and a
2  dog and then I showed you a cat, showed you a dog,
3  would you be able to tell the difference?
4      A.   I think I would.
5      Q.   You would?
6      A.   Yeah.  Now, if you just said selective ones --
7  like, if you said, "Each got four feet.  Each got a
8  tail.  Each got two eyes.  Now, which is the dog?
9  Which is the cat?"  I don't know.
10     Q.   No, but the fact that there are
11 100 similarities between a cat and a dog, that doesn't
12 make a cat a dog, does it?
13     A.   No.  Are you arguing that blackjack is not
14 blackjack?  This game is blackjack.  Look at the
15 material from the manufacturer.  It's blackjack.
16     Q.   Okay.  So would you agree that slot
17 machines -- that the gaming industry has taken
18 advantage of any possible entertainment theme to cause
19 a person to want to play a slot machine in order to
20 draw people to play slot machines?
21     A.   You mean like the Wheel of Fortune and the
22 Addams Family and all that stuff?
23     Q.   And Taylor Swift and --
24     A.   Yeah.  Yeah.  Sure.
25     Q.   -- craps, roulette, and poker?

Jimmie Ray Kilby - 6/28/2016

1   A.   Well, those are games.  A brand is different

2   than craps, roulette, and poker.  Those are

3   different --

4   Q.   Those are themes for slot machines; right?

5   A.   They are not themes.  It's a different play of

6   the game.  If you have the Wheel of Fortune or you

7   have the Addams Family, it's the same machine with

8   just a different skin on it.  They are all three-reel

9   slot machines or whatever.  If you have a dice game or

10  a roulette game, you have two different games.  It's

11  not a brand; it's a different game.

12  Q.   So it's your -- on page 13 of your report, you

13  use the term in the middle of the page there

14  "electronic blackjack and baccarat."

15  A.   Uh-huh.

16  Q.   What is the adjective "electronic" modifying:

17  both of those or just one of them?

18  A.   Both of them are electronic.

19  Q.   So you are referring to electronic baccarat?

20  A.   Yeah.

21  Q.   Where did you observe that?

22  A.   One of those cardroom- -- racinos in the Miami

23  area.

24  Q.   And what was the product that you observed?

25  A.   Got to go to my notes.

Jimmie Ray Kilby - 6/28/2016

1        Q.    Which you are going to provide; right?

2        A.    A couple of those places had baccarat, more

3    than one.

4        Q.    And that machine, that was set up similar to

5    the picture that's in Appendix D?

6        A.    Yes.

7        Q.    Do you know whether the tribe has electronic

8    baccarat?

9        A.    I do not know.  I do not know.

10       Q.    Is it your opinion that if they did, that the

11   tribe would have to shut that down if the

12   authorization to offer banking or bank card games

13   expires?

14       A.    As far as a banked card game, yes.

15       Q.    So the electronic baccarat would have to be

16   shut down?

17       A.    You know, this is up to an attorney, but based

18   upon what little I know --

19       Q.    Well, I'm saying based upon your opinion that

20   you are stating in your report.

21       A.    My opinion it is an electronic -- or it is a

22   banked card game.  Yes.

23       Q.    Who selected the venues that you visited?

24       A.    I think Joe told me where they were -- you

25   know, places to go see.

Jimmie Ray Kilby - 6/28/2016

1    Q.   So you didn't pick those on your own?

2    A.   No.  I didn't have a clue where they were at.

3    Q.   Before this report, had you ever written

4    anything that comes to the conclusion that

5    "house-banked" and "player-banked" are essentially

6    synonymous?

7    A.   Have I ever written that?

8    Q.   Yeah.

9    A.   No.  Why would I be called upon to write that?

10   Q.   Well, in this report --

11   A.   I say in there that banked is banked,

12   regardless of who is doing the banking.

13   Q.   Right.  And you say, essentially, that

14   aspect -- step 1 in your test or your definition is

15   that the player or players are gambling against one

16   entity often referred to as the house.

17   A.   Uh-huh.

18   Q.   And then you say, "It's irrelevant who

19   provides the bank.  Using a designated player in no

20   way makes the game less of a banked game."

21   A.   Certainly.  If you go into Hard Rock tonight

22   and if you play, and then if you go to a cardroom and

23   do the same thing, exactly the same stuff will happen

24   to you.

25   Q.   Have you ever written that in any of your

Jimmie Ray Kilby - 6/28/2016

1    publications, in any of your books or articles or
2    anything else, before you wrote it in this report?
3        A.   No.  I don't know why you would do that.  No
4    I've never done that.
5        Q.   Is it relevant at all to your opinions in this
6    report how the Seminole Tribe treats its own
7    electronic table games as to how you -- your opinion
8    of those games in this report?
9        A.   Not at all.
10       Q.   Can you tell me the names of the designated
11   player games that you observed while you were in
12   Florida?
13       A.   It's listed in here, the ones -- I never saw
14   that one game, one-card poker.  I never saw it fired
15   up, so I don't know how that game works.  I really
16   think it's Red Dog, but I'm not sure.
17       Q.   But the names of those games are listed in
18   your report?
19       A.   Well, I list the games I saw:  Ultimate Texas
20   Hold'em, three-card poker, and two-card poker.  And
21   there was -- I saw some closed games, one-card poker.
22   I never saw one open.  But I saw these three games in
23   operation.
24       Q.   So those three are the only designated-player
25   games that you actually saw in action?

Jimmie Ray Kilby - 6/28/2016

1     A.   I think that's all they offered.  Yeah.
2     Q.   Do you agree that each of those is a form of
3  poker?
4     A.   No.  Not at all.  Those are table games.  No.
5  They do ranking of the hands.  It is a table game.
6  There's a casino advantage, and they use rankings in
7  order to determine who wins, but --
8     Q.   So they use poker rankings?
9     A.   Yes.
10    Q.   But you would not agree that they are a form
11 of poker?
12    A.   No.  Exactly.  For instance, one-card poker,
13 as I remember -- I sent an e-mail to Michael
14 Shackleford and asked him -- because he claims the
15 game's one-hard poker, and I sent him the write-up on
16 it, and as I remember, he e-mailed back to me, and he
17 said that's Red Dog.  But down in Florida they call it
18 one-card poker.
19         In Red Dog, you are dealt two cards.  You are
20 betting.  The next card's in the middle, so it's like
21 Acey-deucey.  But as I remember, that's what he told
22 me, because he said it was not his game.  So I don't
23 know how you can associate one-card poker with Red
24 Dog, other than name.
25    Q.   Are you aware of any differences in the rules

Jimmie Ray Kilby - 6/28/2016

1  for Ultimate Texas Hold'em as offered in cardrooms
2  versus what's offered in Seminole Tribe casinos?
3      A.   No.
4      Q.   Are you aware of any differences in the pay
5  tables for the side bets in these games?
6      A.   No, but they can vary.
7      Q.   Do you know of any games that are offered with
8  rules that are different in pari-mutuels and Seminole
9  Tribe casinos?
10     A.   Say that one more time.
11     Q.   Do you know of any games that are offered with
12 rules that are different in the pari-mutuels versus
13 the Seminole Tribe casinos?
14     A.   I'm not aware of any.  I didn't study the
15 games offered in the casino.  But the pay tables
16 change.  They can change from cardroom to cardroom.
17     Q.   Are you aware that at cardrooms, the player
18 must beat the designated player to win the side bet?
19     A.   I know how a side bet works, but it's the same
20 thing.  It's a side bet.  You are playing against the
21 entity called the house, so --
22     Q.   So do you know if that is different than, for
23 example, the way that three-card poker and Ultimate
24 Texas Hold'em are played as table games in the
25 Seminole Tribe casino?

Jimmie Ray Kilby - 6/28/2016

```
1        A.    I do not know the difference.
2        Q.    Do you know whether that difference affects
3    the math in the game?
4        A.    It would -- if the game -- if there's
5    different pay tables, then it's going to affect the
6    math.
7        Q.    And do you know -- are you familiar with a
8    pair-plus side bet?
9        A.    Yes.
10       Q.    Are you aware that in the cardrooms, the
11   player must beat the designated player to win the
12   pair-plus side bet?
13       A.    It's the house.  Yes.
14       Q.    And are you aware that in Seminole casinos,
15   the player is not required to beat the dealer to win
16   the side bet?
17       A.    Well, how do you win a side bet?
18       Q.    So I'm going to ask you to answer my question.
19       A.    I'm not aware of it.
20       Q.    You are not aware of it?
21       A.    And I'm not sure you are accurate about that.
22   You have to beat somebody in order to know who won the
23   bet.
24       Q.    At the Seminole casinos, are you aware that if
25   your hand is a pair or better, you win the pair-plus
```

Jimmie Ray Kilby - 6/28/2016

1    side bet regardless of the outcome of the main hand?

2         A.   It wouldn't surprise me.  That's what

3    pair-plus means, pairs or better, and that's a side

4    bet.

5         Q.   But that's not the same as the pair-plus side

6    bet in the cardrooms?

7         A.   I don't know how the pair-plus bet works, but

8    it is a side bet.

9         Q.   So do those facts in any way affect your

10   opinion in your report?

11        A.   Not whatsoever.

12        MR. ANDERSEN:  Okay.  I'm going to show you

13   what I'm marking as Exhibit No. 21.

14        (Exhibit 21 was marked.)

15        THE WITNESS:  This is a good one.

16   BY MR. ANDERSEN:

17        Q.   Pardon me?

18        A.   I like this, the way it explains this here:

19   "While this software appears to simulate games

20   traditionally played on a table, this software runs on

21   an electronic gaming device.  With that, these games

22   are evaluated in the same manner as any electronic

23   gaming device," which only makes sense.

24        "In closing, while this software does appear

25   to simulate traditional 'live' games, it is clear that

Jimmie Ray Kilby - 6/28/2016

1    the software is simply utilizing a 'theme' or 'skin'
2    which is integrated into Bally Technologies'
3    electronic gaming device platform."
4        Q.   Have you ever seen this Exhibit 21 before?
5        A.   No.
6        Q.   Do you know Patrick Moore, the director of
7    technical compliance at Gaming Laboratories
8    International on July 1, 2008?
9        A.   No.
10       Q.   Do you know Tina Kilmer, the vice president,
11   gaming product compliance, of Bally Technologies?
12       A.   No.  It also says, "They are reviewed using
13   the applicable jurisdictional requirements with an
14   emphasis on security, randomness, percentage return to
15   player."
16       Q.   Is there anything in this letter that you
17   disagree with?
18       A.   No.
19           MR. ANDERSEN:  That's all I have for now.
20
21                     EXAMINATION
22   BY MR. WEBSTER:
23       Q.   Well, thank you, Mr. Kilby.  I have just a
24   handful of questions for you.
25       A.   Okay.

Jimmie Ray Kilby - 6/28/2016

1        Q.    First question is, you've been shown a number
2    of documents today by the State's counsel.  Have any
3    of the documents that you have been presented and
4    reviewed changed any of the opinions in your report?
5        A.    No.
6        Q.    There was a significant discussion about the
7    DigiDeal Classic Blackjack ** game.  I want to ask you
8    some questions about that, but before doing so, I'd
9    like you to review the Mardi Gras video on YouTube
10   about the game.  My understanding is that you have
11   reviewed this video previously?
12       A.    Yes.  I have.
13       Q.    Okay.  This video is referenced in Exhibit 29
14   to the Jim Sure declaration.  So I will -- this video
15   runs about two minutes, and I will go ahead and play
16   it.
17            (Video played.)
18            (The following is a transcription of the audio
19             portion of the video:
20            "MALE SPEAKER:  Here at Mardi Gras, it's
21             always a party, especially with our new
22             Classic Blackjack machine.  This blackjack
23             machine has all the great aspects of
24             regular blackjack with a lot less
25             intimidation.  The cards and the chips are

Jimmie Ray Kilby - 6/28/2016

```
 1              both virtual.  With our shoe, it's a six-deck
 2              shoe, with a single shoe for the entire
 3              table, just as you'll find in your Las Vegas
 4              blackjack table.
 5         "Now let's give you a quick tutorial on how to
 6              play our Classic Blackjack.  Here at Mardi
 7              Gras, with our Classic Blackjack table, it's
 8              a lot like real blackjack.  The dealer has a
 9              couple key hand signals, as in when 'Betting
10              is Open' and then when 'Betting is Closed.'
11              The player also has hand signals, as in when
12              they want to take a card, or 'Hit,' they make
13              the 'Hit' gesture.  If they want to 'Stand'
14              on their hand, they make the wave gesture.
15              If they want to 'Split,' if they have two of
16              the same-number cards, they indicate a
17              'Split.'  If they want to 'Double Down,' they
18              verbally say, 'Double Down.'
19         "Here at Mardi Gras, with our Classic
20              Blackjack game, we offer two side bets.  One
21              is a 'High Tie Bonus.'  That is if the dealer
22              and the player both have a blackjack on the
23              first two cards dealt, you get paid.  Our
24              second bonus is our 'Buster Bonus.'  This is
25              paid out after you have all your cards and
```

Jimmie Ray Kilby - 6/28/2016

```
1              the hand is final, if the dealer busts.
2              "'Insurance.'  If the dealer's 'up' card is an
3              ace, you have the option of making an
4              'insurance' wager.  You may wager half of
5              your original bet that the dealer's 'down'
6              card is of the value of 10.
7              "'Surrender.'  You have the option of
8              surrendering your second card for half of
9              your wager amount.
10             "'Splitting pairs.'  If you are dealt two
11             cards of the equal value, you have the option
12             of splitting them into two separate hands.  A
13             'split' is simply two hands played
14             separately.
15             "'Doubling down.'  You may have the option of
16             increasing your wager by 'doubling' after
17             receiving your first two cards.  To double,
18             you must match the amount of your original
19             bet and receive only one additional card.
20             "A 'push' is when your cards are equal to what
21             the dealer's hand is, and you get your
22             initial bet back.
23             "And of course you have a blackjack.
24             Blackjack is when you are a dealt a 10 or
25             above and an ace on your first two cards.
```

Jimmie Ray Kilby - 6/28/2016

1           Blackjack usually pays 3 to 2.
2           "Now that we've gone over the basics of
3           Classic Blackjack here at Mardi Gras, there's
4           no better way to experience it than to come
5           on down here to Mardi Gras yourself.  We are
6           located at 831 North Federal Highway, on the
7           corner of Pembroke Road and US-1.  Always a
8           party here at Mardi Gras."
9   BY MR. WEBSTER:
10      Q.   Mr. Kilby, do you have any reason to doubt
11  that the Mardi Gras Casino offered any -- strike that.
12          Do you have any reason to doubt that the
13  Mardi Gras Casino did not offer the Classic Blackjack
14  game referenced in their -- a little technical
15  difficulty there.
16          Do you have any reason to doubt that the
17  Mardi Gras Casino offered a version of the DigiDeal
18  Classic Blackjack game described in their video?
19      A.   It appears that way.  They are marketing it
20  that way, so I'm assuming it was on the floor.
21  DigiDeal told me it was -- whenever I asked them the
22  same game that was played in Magic Casino, they sent
23  me to South Dakota.  Otherwise, I'm sure they would
24  have told me, "We never had it on the floor."  So I'm
25  assuming it was there.

Jimmie Ray Kilby - 6/28/2016

1    Q.   It was discussed earlier that this game was
2  tested against various standards that are used for
3  slot machines.  That being said, do you have any views
4  in terms of the game that was actually being played on
5  that video?  In other words, what game was actually
6  being played?
7    A.   That was blackjack.  They sold it as
8  blackjack.  Everything that happened in there was
9  blackjack.  The side bets you encounter in blackjack,
10  split, double down -- it's blackjack.
11    Q.   Was there anything in the video of the game
12  that was inconsistent with the game of blackjack?
13    A.   Nothing.  It's blackjack.
14    Q.   So the fact that it was played on a device
15  that might also be tested as a slot machine doesn't
16  change the game of blackjack?
17    A.   Not at all.
18    Q.   Based on the video, can you describe the role
19  of the dealer/host?
20    A.   In that --
21    Q.   In that video.  In other words, I think it's
22  been suggested, you know, that the dealer/host pushes
23  the button to deal the cards.  But can you describe,
24  you know, the other actions that this person takes?
25    A.   Well, I mean, they greet the players.  They

Jimmie Ray Kilby - 6/28/2016

1    talk to the players, answer questions that players

2    might have.  The whole purpose of it -- you know, in

3    my opinion, it's classic blackjack.  They want to give

4    you a live blackjack experience.  It's just a better

5    way of doing it.

6        Q.   On the video, the players made hand signals to

7    the dealer/host.  Were those hand signals the types of

8    hand signals that you would find in a blackjack game

9    that's played with paper cards?

10       A.   Similar.  I've never seen the split thing

11   (indicating), but -- and you got a problem there --

12   not a problem, but you can only split one time, due to

13   the limited, you know, video area.

14       Q.   On the designated-player games, there was a

15   discussion about types of side bets that are offered,

16   certain side bets that might be played in a certain

17   way at the cardrooms, you know, that might be played

18   in the same or different manner at the Seminole Tribe

19   facilities.  Are side bets required for games such as

20   two-card poker and three-card poker?

21       A.   It is a side bet.  It's just an add-on, like

22   Buster Blackjack.  You can offer that blackjack game

23   with or without the Buster Blackjack side bet.

24       Q.   So three-card poker or two-card poker, you

25   could offer without side bets?

Jimmie Ray Kilby - 6/28/2016

1      A.   Yes.

2      Q.   And there are different types of side bets,

3  and that's -- it would be accurate to say that the

4  side bets can vary by facility?

5      A.   Yes.  And they are always dreaming up new side

6  bets.  I mean, they are always dreaming up new side

7  bets.

8      Q.   So the fact that a new side bet is added,

9  would you agree that that would not change a game that

10  is otherwise three-card poker from being three-card

11  poker?

12     A.   No.  It's just a side bet.

13     Q.   So the side bets don't change the underlying

14  games?

15     A.   Huh-uh.  It's still a banked card game.

16          MR. WEBSTER:  I don't have any other

17  questions.  Thank you.

18

19              FURTHER EXAMINATION

20  BY MR. ANDERSEN:

21     Q.   Just a quick follow-up.  Have you ever seen an

22  electronic gaming device in any jurisdiction that was

23  simultaneously classified by the jurisdiction as both

24  a slot machine and a table game?

25     A.   I've never encountered that.  I'm not into

 1    classifications, you know.  I'm in commercial gaming,

 2    and there's nothing that we are -- no.  No.  I've

 3    never encountered it.

 4        Q.   But you are aware that every game in every

 5    casino is classified by the jurisdictional regulatory

 6    authority as something?

 7        A.   Yes.

 8        Q.   And in most jurisdictions, every game is

 9    classified either as a table game or as a slot

10    machine?

11        A.   Yeah.  And it could change.  It could change

12    over time.

13        Q.   But it hasn't changed as of today; right?

14        A.   I don't know.  You know, mixing that DigiDeal

15    game with those live cards, the question will be how

16    would that thing be categorized.

17        Q.   Well, you saw that GLI certified that under

18    the slot machine regulations in Florida; correct?

19        A.   I didn't see where they certified the game

20    with live cards.  You are talking about with the

21    simulated cards.

22        Q.   Yeah.  And you can't state a single location

23    that the game with the live cards has ever been

24    played, can you?

25        A.   No.  But it's on DigiDeal's site, so I'm sure

Jimmie Ray Kilby - 6/28/2016

 1   it's somewhere out there.

 2        Q.   Why are you sure it's somewhere out there?

 3   Maybe it just failed as a product.  Is that possible?

 4        A.   I think it's still on the site.

 5        Q.   Is it possible that it failed?

 6        A.   It could have.  It could have.

 7        Q.   So you talked about seeing the electronic

 8   blackjack games, for example, at the Mardi Gras

 9   Casino, but did you see electronic blackjack at the

10   Mardi Gras Casino or no?

11        A.   I didn't see that one.

12        Q.   You didn't see DigiDeal.  We know that.  Did

13   you see some other --

14        A.   Did I go to that casino?  I don't remember

15   if --

16        Q.   Well, you got Mardi Gras listed here.

17        A.   Okay.  Then, they had some electronic games

18   there.

19        Q.   Did they, or didn't they, or you just don't

20   remember?

21        A.   If I went there, they had electronic games.

22        Q.   They had -- because some places, you went to

23   see the designated-player game; right?

24        A.   Yeah.  But that's -- isn't it a racino,

25   Mardi Gras?

Jimmie Ray Kilby - 6/28/2016

1    Q.   It says, "Magic City Casino, Miami, Florida."

2    A.   Okay.  Magic City.  Isn't that a racino?

3  Cardrooms are the only ones that have the designated

4  player.

5    Q.   Okay.  So you are saying Magic City Casino had

6  an electronic game that was not the DigiDeal game?

7    A.   Got to look at the notes.  Got to look at the

8  notes.

9    Q.   So here's my question:  At the Magic City

10 Casino, did they have any traditional blackjack table

11 games like this one, that's in this picture on

12 Exhibit 2?

13   A.   No.

14   Q.   They didn't have that; right?

15   A.   Correct.

16   Q.   And you heard them in the video; right?  You

17 heard them say the words their product is, quote, "a

18 lot like real blackjack," close quote?

19   A.   Right.

20   Q.   Right?

21   A.   Right.

22   Q.   And what they were referring to their product

23 being a lot like is what's in this Exhibit 2, that's

24 offered at the Seminole casino; right?

25   A.   That's correct.

Jimmie Ray Kilby - 6/28/2016

1    Q.   Real, live, traditional blackjack?

2    A.   Uh-huh.

3    Q.   Okay.  Do you know why the Mardi Gras Casino

4  doesn't have the one that's pictured in Exhibit 2,

5  that the Seminole Tribe has?

6    A.   Yeah.  Because the tribe is given exclusivity

7  on those live games.

8    Q.   And Mardi Gras is not allowed to have that

9  game?

10    A.   That's correct.

11        MR. ANDERSEN:  That's all I have.

12        Would you like to reserve the right to read?

13        MR. WEBSTER:  Yes.

14        MR. ANDERSEN:  We are off the record.

15                    - - -

16     (The deposition was concluded at 5:35 p.m.)

17                    - - -

18

19

20

21

22

23

24

25

**Jimmie Ray Kilby - 6/28/2016**

```
 1              Declaration Under Penalty of Perjury

 2

 3

 4          I, JIMMIE RAY KILBY, the witness herein,

 5     declare under penalty of perjury that I have read the

 6     foregoing in its entirety; and that the testimony

 7     contained therein, as corrected by me, is a true and

 8     accurate transcription of my testimony elicited at

 9     said time and place.

10

11          Executed this _____ day of _____, 2016, at

12     _____, _____.

13              (city)                    (state)

14

15

16                    _____

17                    JIMMIE RAY KILBY

18

19

20

21

22

23

24

25
```

Jimmie Ray Kilby - 6/28/2016

```
 1       STATE OF CALIFORNIA
 2       COUNTY OF SAN DIEGO
 3
 4              REPORTER'S CERTIFICATE
 5
              I, Tatiana A. Kouprianova, Certified
 6       Shorthand Reporter, in and for the State of
         California, Certificate No. 11759, do hereby certify
 7       that the deponent was by me first duly sworn to
         testify to the truth, and that the foregoing testimony
 8       was reported by me in shorthand and was thereafter
         transcribed with computer-aided transcription; that
 9       the foregoing is a true, correct, and complete record
         of said proceedings.
10
              I further certify that I am not in any way
11       interested in the outcome of the cause in said
         caption.
12
              The dismantling, unsealing, or unbinding of
13       the original transcript will render the reporter's
         certificate null and void.
14
15       X_____ Reading and signing was requested.
16       _____ Reading and signing was waived.
17       _____ Reading and signing was not requested.
18            In witness whereof, I have hereunto set my
19       hand this 10th day of July, 2016.
20
21
22
         _____
23       Tatiana A. Kouprianova, CSR No. 11759
24
25
```

1            **E R R A T A   S H E E T**

2    **DO NOT WRITE ON TRANSCRIPT -- ENTER CHANGES HERE:**

3    **IN RE:**    **SEMINOLE TRIBE OF FLORIDA vs. STATE OF FLORIDA**

4    **DATE TAKEN:** JUNE 28, 2016

5

| Page | Line | Change | Reason for Change |
|------|------|--------|-------------------|
| 12 | 6 | Should read: "It was business, BBA." | Transcription error |
| 12 | 11 | Should read: "and a Series 6 but" | Transcription error |
| 14 | 14 | Should read: "Wagering Magazine. If" | Transcription error |
| 15 | 6 | Should read: "an opportunity to teach" | Transcription error |
| 15 | 25 | Should read: "gaming professor in the" | Transcription error |
| 16 | 11 | Should read: "I was the vice president" | Transcription error |
| 19 | 10 | Should read: "supposed to -- meet with" | Transcription error |
| 22 | 18 | Should read: "the college, I actually" | Transcription error |
| 23 | 6 | Should read: "I know the class makes." | Transcription error |
| 36 | 11 | Should read: "bust in X number of" | Transcription error |
| 37 | 9 | Should read: "you can configure the" | Transcription error |
| 37 | 11 | Should read: "other than how the game" | Transcription error |
| 41 | 18-19 | Should read: "with that and Mr." | Transcription error |
| 42 | 20 | Should read: "before the electronics," | Transcription error |

20        **Under penalties of perjury, I declare that I have**
21  **read my deposition and that the facts stated herein are**
      **true and correct, subject to any changes entered above.**

22

23    _7-18-16_
        DATE                                   
24                             Jimmie Ray Kilby

25    cc:  J. Carter Andersen, Esq.
            **Joseph H. Webster, Esq.**

1     E R R A T A   S H E E T

2     DO NOT WRITE ON TRANSCRIPT -- ENTER CHANGES HERE:

3     IN RE:   SEMINOLE TRIBE OF FLORIDA vs. STATE OF FLORIDA

4     DATE TAKEN: JUNE 28, 2016

5     Page   Line              Change                    Reason for Change

6      45      1    Should read: "He doesn't."           Transcription error

7      48     21    Should read: "that's marked as"      Transcription error

8      52     10    Should read: "all players versus the others,"   Transcription error

9      67     23    Should read: "I couldn't have come up"   Transcription error

10     82      9    Should read: "and that's it. i would never"   Transcription error

11     85      4    Should read: "game. House banking game"   Transcription error

12     96     15    Should read: "this French guy"       Transcription error

13     113    18    Should read: "innovations. We are"   Transcription error

14     113    19    Should read: "in my report, I show"  Transcription error

15     115    13    Should read: "player's advantage. They"   Transcription error

16     116    21    Should read: "you have selection without"   Transcription error

17     116    24    Should read: "you are not going to get"   Transcription error

18     117     2    Should read: "reservoir in most these"   Transcription error

19     118     1    Should read: "Yes. If you throw in the"   Transcription error

20          Under penalties of perjury, I declare that I have
21     read my deposition and that the facts stated herein are
       true and correct, subject to any changes entered above.

22

23     7-18-16                    _____
              DATE
24                                Jimmie Ray Kilby

25     cc:  J. Carter Andersen, Esq.
            Joseph H. Webster, Esq.

```
 1              E R R A T A   S H E E T

 2   DO NOT WRITE ON TRANSCRIPT -- ENTER CHANGES HERE:

 3   IN RE:   SEMINOLE TRIBE OF FLORIDA vs. STATE OF FLORIDA

 4   DATE TAKEN:  JUNE 28, 2016
```

| Page | Line | Change | Reason for Change |
|------|------|--------|-------------------|
| 122 | 25 | Should read: "I don't know. I would" | Transcription error |
| 124 | 16 | Should read: "Twist-A-Jack, at the" | Transcription error |
| 125 | 5 | Should read: "Twist-A-Jack in Las Vegas." | Transcription error |
| 126 | 24 | Should read: "tracking is legal; it's" | Transcription error |
| 133 | 14 | Should read: "it's not a house-banked" | Transcription error |
| 134 | 9 | Should read: "Exactly a 'rake.' Yeah." | Transcription error |
| 135 | 6 | Should read: "know, seen whatever they" | Transcription error |
| 135 | 18 | Should read: "then he'll ante, but" | Transcription error |
| 146 | 15 | Should read: "the Twist-A-Jack episode" | Transcription error |
| 150 | 20 | Should read: "time they have a Chapter" | Transcription error |
| 167 | 24 | Should read: "IGT product. Correct?" | Transcription error |
| 200 | 17 | Should read: "Kenny Bower comes over" | Transcription error |
| 201 | 12 | Should read: "Ken Houston, probably. Ken" | Transcription error |
| 212 | 11 | Should read: "got what Buy-A-Pays. We" | Transcription error |

```
20         Under penalties of perjury, I declare that I have
21   read my deposition and that the facts stated herein are
     true and correct, subject to any changes entered above.
22

23   7-18-16
          DATE                              Jimmie Ray Kilby
24
     cc:  J. Carter Andersen, Esq.
25        Joseph H. Webster, Esq.
```

1          E R R A T A   S H E E T

2    DO NOT WRITE ON TRANSCRIPT -- ENTER CHANGES HERE:

3    IN RE:   SEMINOLE TRIBE OF FLORIDA vs. STATE OF FLORIDA

4    DATE TAKEN: JUNE 28, 2016

| Page | Line | Change | Reason for Change |
|------|------|--------|-------------------|
| 213 | 24 | Should read: "fact, I'd saw it down in" | Transcription error |
| 215 | 12 | Should read: "and I would want" | Transcription error |
| 223 | 21 | Should read: "electronic -- it is a" | Transcription error |

20       Under penalties of perjury, I declare that I have
21  read my deposition and that the facts stated herein are
    true and correct, subject to any changes entered above.

23   7-18-16
       DATE                        Jimmie Ray Kilby

25  cc:  J. Carter Andersen, Esq.
         Joseph H. Webster, Esq.