# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

SEMINOLE TRIBE OF FLORIDA,

    VS                          CASE NO. 4:15cv516-RH/CAS

STATE OF FLORIDA,

## JUDGMENT

This action was tried without a jury with the Honorable Robert L. Hinkle presiding. A declaratory judgment is entered as follows: It is declared that the Seminole Tribe of Florida has the right under the 2010 Compact to provide banked card games for the Compact's entire 20-year term at the seven locations listed in Part IV.B. of the Compact. All other claims in this action are dismissed.

                                        JESSICA J. LYUBLANOVITS
                                        CLERK OF COURT

 November 16, 2016            *s/Elizabeth Lawrence*
DATE                                  Deputy Clerk: Elizabeth Lawrence